## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re

PHOENIX SERVICES TOPCO LLC, *et al.*,

Debtors.[1]

------------------------------------------------------------ x

: Chapter 11

: Case No. 22–10906 (MFW)

: (Joint Administration Requested)

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR SEPTEMBER 28, 2022 AT 9:00 A.M. (EASTERN STANDARD TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsdeyppjsuGm7D9ka97CxM018oALJooeA

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

PLEASE TAKE NOTICE that on September 27, 2022, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following voluntary petitions (collectively, the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

[2]    All motions and other pleadings referenced herein are available online at the following address: https://cases.stretto.com/phoenix.

A.    <u>Voluntary Petitions</u>:

    1.    Phoenix Services Topco, LLC

    2.    Phoenix Services Parent, LLC

    3.    Phoenix Services Holdings Corp.

    4.    Phoenix Services International LLC

    5.    Metal Services LLC

    6.    Terracentric Materials LLC

    7.    Cool Springs LLC

    8.    Metal Services Investment LLC

    9.    Phoenix Receivables, LLC

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petitions, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.    <u>First Day Declaration</u>:

    10.    Declaration of Robert Richard in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 13; filed September 27, 2022]

C.    <u>First Day Motions</u>:

    11.    Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases [Docket No. 3; filed September 27, 2022]

    12.    Motion of Debtors Pursuant to 11 U.S.C §§ 105, 345, 363, 503, and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) Authorizing (A) Continuation of Intercompany Transactions and (B) Granting Superpriority Administrative Expense Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief [Docket No. 11; filed September 27, 2022]

    13.    Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other

Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 6; filed September 27, 2022]

14.   Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 14; filed September 27, 2022]

    i.   Declaration of John Singh in Support of Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 15; filed September 27, 2022]

    ii.   Notice of Filing of Initial DIP Budget [TO BE FILED]

15.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Claims of Critical Vendors and Service Providers, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 9; filed September 27, 2022]

16.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541(d) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 10; filed September 27, 2022]

17.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), and 363(b) and Fed. R. Bankr. P. 4001, 6003, and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Continue their Insurance Programs and Surety Bond Program and (B) Pay all Obligations with Respect Thereto, and (II) Granting Related Relief [Docket No. 8; filed September 27, 2022]

18.   Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Docket No. 5; filed September 27, 2022]

19.   Motion of Debtors Pursuant to 11 U.S.C. § 105(a) and § 107(c), Fed. R. Bankr. P. 1007(d), and Local Rule 1001-1(c) for Entry of an Order Authorizing Debtors to (I) Maintain and File a Consolidated List of Creditors, (II) File a

Consolidated List of the Debtors' Top 30 Unsecured Creditors, (III) Redact Certain Personally Identifiable Information for Individual Creditors, and (IV) Granting Related Relief [Docket No. 4; filed September 27, 2022]

    i.    Notice of Filing of Sealed Version of the Creditor Matrix [Docket No. 16; filed September 27, 2022]

    ii.    Notice of Filing of Proposed Redacted Version of the Creditor Matrix [Docket No. 17; filed September 27, 2022]

20.    Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Stretto as Claims and Noticing Agent, Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 7; filed September 27, 2022]

21.    Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in, and Claims Against, the Debtors and Claiming a Worthless Equity Deduction [Docket No. 12; filed September 27, 2022]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for September 28, 2022 at 9:00 a.m. (Eastern Standard Time) before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**").  Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing at: https://debuscourts.zoomgov.com/meeting/register/vJIsdeyppjsuGm7D9ka97CxM018oALJooeA

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

[*Remainder of page intentionally left blank*]

Dated:  September 27, 2022
          Wilmington, Delaware

/s/ Zachary I. Shapiro
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Emily R. Mathews (No. 6866)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:          defranceschi@rlf.com
                    shapiro@rlf.com
                    milana@rlf.com
                    mathews@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock. P.C. (*pro hac vice* pending)
Jeffrey D. Saferstein (*pro hac vice* pending)
Garrett Fail (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:     (212) 310-8007
Email:          ray.schrock@weil.com
                    jeffrey.saferstein@weil.com
                    garrett.fail@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*