UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                                        :    Chapter 11
                                                             :
PHOENIX SERVICES TOPCO, LLC, *et al.*,                       :    Case No. 22–10906 (MFW)
                                                             :
Debtors.[1]                                                  :    (Joint Administration Requested)
                                                             :
------------------------------------------------------------ x

### NOTICE OF FILING OF DEMONSTRATIVE
### TO BE USED BY THE DEBTORS AT THE FIRST DAY HEARING

**PLEASE TAKE NOTICE** that, on September 27, 2022, Phoenix Services Topco, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a telephonic and video hearing (the "**First Day Hearing**") to consider the Debtors' request for first day relief on **September 28, 2022 at 9:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' undersigned counsel will present a PowerPoint demonstrative, attached hereto as **Exhibit A**, to the Court and other interested parties at the First Day Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

Dated:  September 28, 2022
          Wilmington, Delaware

/s/ Matthew P. Milana
-----
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Email: defranceschi@rlf.com
            shapiro@rlf.com
            milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Jeffrey D. Saferstein (admitted *pro hac vice*)
Garrett Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*