**<u>Exhibit A</u>**

| Client Name and Address | First Lien Loans[1] | Other Disclosable Economic Interests |
|---|---|---|
| **Aegon Asset Management**<br>222 W. Adams St., Suite 2050, Chicago, IL 60606 | Term Loans: $9,918,953.12 | None. |
| **Benefit Street Partners L.L.C.**<br>9 W. 57th St., Suite 4920, New York, NY 10019 | Term Loans: $6,839,422.50 | None. |
| **Blackstone Alternative Credit Advisors LP**<br>345 Park Ave., New York, NY 10154 | Term Loans: $50,483,185.78 | None. |
| **CVC Credit Partners LLC**<br>712 Fifth Ave., New York, NY 10019 | Term Loans: $17,074,477.20 | None. |
| **DoubleLine Capital LP**, as investment advisor or manager to certain accounts or funds<br>2002 N. Tampa Street, Suite 200, Tampa, FL 33602 | Term Loans: $14,840,108.42 | None. |
| **Eaton Vance Management and Boston Management and Research**<br>2 International Place, 9th Floor, Boston MA 02110 | Term Loans: $43,949,277.67 | None. |
| **First Eagle Alternative Credit, LLC**<br>227 W. Monroe Street, Suite 3800, Chicago, IL 60606 | Term Loans: $7,640,678.93 | None. |
| **ICG Debt Advisors LLC Manager Series**<br>600 Lexington Ave., 18th Floor,  New York, NY 10022 | Term Loans: $34,294,904.27 | None. |
| **Rockford Tower Capital Management, L.L.C.**<br>299 Park Ave., 40th Floor, New York, NY 10171 | Term Loans: $16,181,059.89 | None. |
| **LCM Asset Management LLC**<br>399 Park Ave., 22nd Floor, New York, NY 10022 | Term Loans: $27,597,396.60 | None. |
| **MJX Asset Management LLC**<br>12 East 49th St., 38th Floor , New York, NY 10017 | Term Loans: $28,677,660.99 | None. |
| **Napier Park Global**<br>280 Park Ave. 3rd floor, New York, NY 10017 | Term Loans: $20,394,643.41 | None. |
| **Nassau Corporate Credit**<br>17 Old Kings Hwy S, Darien, CT 06820 | Term Loans: $9,661,971.48 | None. |

---

[1] Amounts listed on this **Exhibit A** represent aggregate interests held by, or held by funds or accounts managed or advised by, the listed entities or their respective affiliates, as applicable.  Amounts listed on this **Exhibit A** do not include any claims for, without limitation, fees, expenses, accrued and unpaid interest, premiums, make-wholes or indemnification that may be owing under any credit agreement, indenture or other instrument, agreement or document.  To the best of Gibson Dunn's knowledge, the information included herein is accurate as of close of business September 27, 2022 except as otherwise indicated herein.

| Client Name and Address | First Lien Loans[1] | Other Disclosable Economic Interests |
|---|---|---|
| **PGIM, Inc.**<br>P.O. Box 32339, Newark, NJ 07102 | Term Loans: $25,144,844.98 | None. |
| **Shenkman Capital Management, Inc.,** together with its investment advisory affiliates, solely as agent on behalf of one or more investment advisory clients<br>262 Harbor Dr., 4th Floor, Stamford, CT 06902 | Term Loans: $11,676,649.00 | None. |
| **Silver Point Capital, L.P.**, as investment manager on behalf of certain affiliated funds<br>2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830 | Term Loans: $54,334,745.41 | None. |