IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
PHOENIX SERVICES TOPCO, LLC, et al.,                    :   Case No. 22-10906 (MFW)
                                                        :
                                                        :
          Debtors. ¹                                    :   (Jointly Administered)
------------------------------------------------------- x
```

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), the undersigned counsel enter their appearance as counsel for ANRP II Phoenix Services Holdings (LP) ("ANRP") and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

| | |
|---|---|
| Ira S. Dizengoff, Esq.<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, New York 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com | James Savin, Esq.<br>Blaine T. Scott, Esq.<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: jsavin@akingump.com<br>           bscott@akingump.com |

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

>Christopher M. Samis (No. 4909)
>R. Stephen McNeill (No. 5210)
>Sameen Rizvi (No. 6902)
>**POTTER ANDERSON & CORROON LLP**
>1313 N. Market Street, 6th Floor
>Wilmington, Delaware 19801
>Telephone: (302) 984-6000
>Facsimile:  (302) 658-1192
>Email: csamis@potteranderson.com
>            rmcneill@potteranderson.com
>            srizvi@potteranderson.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that filing of this *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of ANRP including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which ANRP is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses,

setoffs and recoupments are expressly reserved. Unless and until ANRP expressly states otherwise, ANRP does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: September 29, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Christopher M. Samis*<br>Christopher M. Samis (No. 4909)<br>R. Stephen McNeill (No. 5210)<br>Sameen Rizvi (No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>        rmcneill@potteranderson.com<br>        srizvi@potteranderson.com<br><br>– and –<br><br>Ira S. Dizengoff, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, New York 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com<br><br>– and –<br><br>James Savin, Esq.<br>Blaine T. Scott, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: jsavin@akingump.com<br>        bscott@akingump.com<br><br>*Counsel for ANRP II Phoenix Services Holdings (LP)* |