# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHOENIX SERVICES TOPCO, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10906 (MFW) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Julie M. Murphy, Esquire, of Stradley Ronon Stevens & Young, LLP, hereby enters her appearance in the above-captioned case on behalf of Latrobe Specialty Metals Company, LLC, formerly known as Latrobe Specialty Steel Company ("LSMC"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby demands that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon LSMC at the address set forth below:

> Julie M. Murphy, Esquire
> Stradley, Ronon, Stevens & Young, LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> Telephone:  (302) 295-3805
> Facsimile:  (302) 295-4801
> E-mail: jmmurphy@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect the above-captioned debtor or its property.

5797469v.1

- 2 -

**PLEASE TAKE FURTHER NOTICE** that LSMC does not intend for this request for notice or any later pleading, claim or suit to constitute a waiver of (1) the right of LSMC to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of LSMC to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of LSMC to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which LSMC is or may be entitled.

STRADLEY, RONON, STEVENS & YOUNG, LLP

By: */s/ Julie M. Murphy*
Julie M. Murphy, Esq. (DE ID. 5856)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-3805
jmmurphy@stradley.com

October 6, 2022

- 3 -

## CERTIFICATE OF SERVICE

I, Julie M. Murphy, Esq., hereby certify that on October 6, 2022, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be electronically filed and served through the Court's CM/ECF system, which will notify all registered participants that such filing is available for viewing and downloading.

Date:  October 6, 2022                                                                  /s/ Julie M. Murphy
                                                                              Julie M. Murphy (DE ID 5856)

5797469v.1