IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
PHOENIX SERVICES TOPCO LLC, et al.,                          :    Case No. 22–10906 (MFW)
                                                             :
        Debtors.[1]                                          :    (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x
```

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 3, 2022 AT 1:00 P.M. (ET)

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuutqjIiH9jEIY67wo3AsCOEE84E0AU

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    MATTER UNDER CERTIFICATION:**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 6; filed September 27, 2022]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

[2] **Amended agenda items appear in bold.**

RLF1 28191403v.1

<u>Response/Objection Deadline</u>:    October 20, 2022 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:

A. Limited Objection of Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Midwest Operating Engineers Retirement Enhancement Fund and Midwest Operating Engineers Apprenticeship Fund to Debtors' Motion for Order to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 151; filed October 20, 2022]

    i. Notice of Withdrawal of Limited Objection of Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Midwest Operating Engineers Retirement Enhancement Fund and Midwest Operating Engineers Apprenticeship Fund to Debtors' Motion for Order to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefits, and other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief  [Docket No. 225; filed October 31, 2022]

B. Limited Objection and Reservation of Rights of Certain SERP Participants in Response to Debtors' Employee Wage Motion and DIP Financing Motion [Docket No. 194; filed October 25, 2022]

C. Informal comments from the Committee

<u>Related Documents</u>:

i. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 47; entered September 28, 2022]

ii. Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 78; filed September 29, 2022]

  iii. Certification of Counsel Regarding Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 230; filed November 1, 2022]

  iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, (B) Maintain Employee Benefit Programs and Pay Related Obligations, and (C) Pay Prepetition Employee Expenses and (II) Granting Related Relief [Docket No. 234; filed November 2, 2022]**

 Status: **On November 2, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

## II. MATTER GOING FORWARD:

2. Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 14; filed September 27, 2022]

  Response/Objection Deadline: October 20, 2022 at 4:00 p.m. (ET); extended (i) for the U.S Trustee, (ii) to October 20, 2022 at 6:00 p.m. (ET) for Cleveland-Cliffs Steel LLC, (iii) to October 24, 2022 for Encina Equipment Finance SPV, LLC, Fifth Third Bank, N.A., and Liberty Commercial Finance LLC, and (iv) for the Committee

  Responses/Objections Received:

  A. Limited Objection of Pathward, N.A. to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 152; filed October 20, 2022]

  B. Limited Objection of Cleveland-Cliffs Steel LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative

3

    Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 157; filed October 20, 2022]

    i. Notice of Withdrawal of Limited Objection of Cleveland-Cliffs Steel LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 229; filed November 1, 2022]

    ii. **Notice of Withdrawal of the Joinder of North American Stainless to the Limited Objection of Cleveland-Cliffs Steel LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 233; filed November 1, 2022]**

  C. Limited Objection of Encina Equipment Finance SPV, LLC, Fifth Third Bank, N.A., and Liberty Commercial Finance LLC, to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 161; filed October 24, 2022]

  D. Limited Objection and Joinder of 36th Street Capital Partners, LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, and (E) Modify the Automatic Stay [Docket No. 167; filed October 24, 2022]

  E. Limited Objection and Reservation of Rights of Certain SERP Participants in Response to Debtors' Employee Wage Motion and DIP Financing Motion [Docket No. 194; filed October 25, 2022]

  F. Joinder of De Lage Landen Financial Services, Inc. in Connection with Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, and (E) Modify the Automatic Stay [Docket No. 202; filed October 25, 2022]

  G. Joinder of North American Stainless to the Limited Objection of Cleveland-Cliffs Steel LLC to Motion of Debtors for (I) Authority to (A)

       Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 223; filed October 27, 2022]

H.     Informal comments for the U.S. Trustee

I.     Informal comments from U.S. Specialty Insurance

J.     Informal comments from Caterpillar Financial Services Corporation

Related Documents:

i.     Declaration of John Singh in Support of Motion of Debtors for (I) Authority to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, (C) Grant Liens and Provide Superpriority Administrative Expense Status, (D) Grant Adequate Protection, (E) Modify the Automatic Stay, and (F) Schedule a Final Hearing and (II) Related Relief [Docket No. 15; filed September 27, 2022]

ii.     Notice of Filing of Initial DIP Budget [Docket No. 39; filed September 27, 2022]

iii.     Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [Docket No. 73; filed September 29, 2022]

iv.     Notice of Filing of Execution Version of DIP Credit Agreement [Docket No. 76; filed September 29, 2022]

v.     Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 79; filed September 29, 2022]

vi.     **Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief [Docket No. 235; filed November 2, 2022]**

<u>Status</u>: **On November 2, 2022, the Debtors filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.**

Dated: November 2, 2022
Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Emily R. Mathews (No. 6866)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  defranceschi@rlf.com
 shapiro@rlf.com
 milana@rlf.com
 mathews@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock. P.C. (admitted *pro hac vice*)
Jeffrey D. Saferstein (admitted *pro hac vice*)
Garrett Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  ray.schrock@weil.com
 jeffrey.saferstein@weil.com
 garrett.fail@weil.com

*Attorneys for Debtors
and Debtors in Possession*