# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re : Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*, : Case No. 22–10906 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
:
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2022 AT 3:00 P.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

*[ZOOM INFORMATION TO BE PROVIDED]*

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

I.    **RESOLVED MATTER:**

1. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a), Fed. R. Bankr. P. 1007, 2015.3, and 9006(b), and Local Rule 1007-1 and 9006-2 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Reports of Financial Information [Docket No. 204; filed October 25, 2022]

    Response/Objection Deadline:    November 8, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:    None

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

Related Documents:

i. Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a), Fed. R. Bankr. P. 1007, 2015.3, and 9006(b), and Local Rule 1007-1 and 9006-2 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Reports of Financial Information [Docket No. 249; filed November 9, 2022]

ii. Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Reports of Financial Information [Docket No. 250; entered November 10, 2022]

Status: On November 10, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. MATTER FILED UNDER CERTIFICATION:

2. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 14, 2022 [Docket No. 245; filed November 4, 2022]

Response/Objection Deadline: November 18, 2022 at 4:00 p.m. (ET)

Responses/Objections Received:

A. Informal comments from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

Related Documents:

i. Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 14, 2022 [Docket No. 267; filed November 23, 2022]

Status: On November 23, 2022, the Committee filed a revised form of order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent the Court has any questions or concerns for the Committee.

## III. MATTERS GOING FORWARD:

3. Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Squire Patton Boggs

(US) LLP as Committee Counsel *Nunc Pro Tunc* to October 12, 2022, and (II) Granting Related Relief [Docket No. 244; filed November 4, 2022]

<u>Response/Objection Deadline</u>:    November 18, 2022 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:

A.    Informal comments from the U.S. Trustee

<u>Related Documents</u>:

i.    First Supplemental Declaration of Norman N. Kinel Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure [Docket No. 259; filed November 18, 2022]

<u>Status</u>:  The hearing on this matter will go forward.

4.    Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 14, 2022 [Docket No. 246; filed November 4, 2022]

<u>Response/Objection Deadline</u>:    November 18, 2022 at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:

A.    Informal comments from the U.S. Trustee

<u>Status</u>:  The hearing on this matter will go forward.

3

| | |
|---|---|
| Dated:  November 23, 2022<br>Wilmington, Delaware | */s/ Matthew P. Milana*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com<br>mathews@rlf.com<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock. P.C. (admitted *pro hac vice*)<br>Jeffrey D. Saferstein (admitted *pro hac vice*)<br>Garrett Fail (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: ray.schrock@weil.com<br>jeffrey.saferstein@weil.com<br>garrett.fail@weil.com<br><br>*Attorneys for Debtors<br>and Debtors in Possession* |

RLF1 28232938v.1