IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                            :    Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*,            :    Case No. 22–10906 (MFW)
:
Debtors.[1]                                      :    (Jointly Administered)
:
:
------------------------------------------------------------ x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2022 AT 3:00 P.M. (ET)

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

I.   **RESOLVED MATTER:**

1.  Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a), Fed. R. Bankr. P. 1007, 2015.3, and 9006(b), and Local Rule 1007-1 and 9006-2 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Reports of Financial Information [Docket No. 204; filed October 25, 2022]

    Response/Objection Deadline:         November 8, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:       None

    Related Documents:

    i.  Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521(a), Fed. R. Bankr. P. 1007, 2015.3, and 9006(b), and Local Rule 1007-1 and 9006-2 for Entry of Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

[2] **Amended agenda items appear in bold.**

RLF1 28276302v.1

           Affairs and Reports of Financial Information [Docket No. 249; filed November 9, 2022]

    ii.    Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Reports of Financial Information [Docket No. 250; entered November 10, 2022]

Status: On November 10, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II.    MATTER FILED UNDER CERTIFICATION:

2. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 14, 2022 [Docket No. 245; filed November 4, 2022]

    Response/Objection Deadline:    November 18, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.    Informal comments from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**")

    Related Documents:

    i.    Certification of Counsel Regarding Proposed Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 14, 2022 [Docket No. 267; filed November 23, 2022]

    ii.    **Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 14, 2022 [Docket No. 272; entered November 28, 2022]**

Status: **On November 28, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

### III. MATTERS GOING FORWARD:

3. Application of the Official Committee of Unsecured Creditors for Entry of an Order (I) Authorizing the Retention and Employment of Squire Patton Boggs (US) LLP as Committee Counsel *Nunc Pro Tunc* to October 12, 2022, and (II) Granting Related Relief [Docket No. 244; filed November 4, 2022]

    Response/Objection Deadline:    November 18, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the U.S. Trustee

    Related Documents:

    i.  First Supplemental Declaration of Norman N. Kinel Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure [Docket No. 259; filed November 18, 2022]

    ii. **Certification of Counsel Regarding Order Authorizing the Employment and Retention of Squire Patton Boggs (US) LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 12, 2022 [Docket No. 273; filed November 28, 2022]**

    iii. **Order Authorizing the Employment and Retention of Squire Patton Boggs (US) LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to October 12, 2022 [Docket No. 275; entered November 28, 2022]**

    Status:  **On November 28, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

4. Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 14, 2022 [Docket No. 246; filed November 4, 2022]

    Response/Objection Deadline:    November 18, 2022 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.  Informal comments from the U.S. Trustee

    Related Documents:

    i.  **Certification of Counsel Regarding Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the**

3

**Official Committee of Unsecured Creditors Effective as of October 14, 2022 [Docket No. 274; filed November 28, 2022]**

ii. **Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors [Docket No. 276; entered November 28, 2022]**

Status: **On November 28, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

|  |  |
|---|---|
| Dated: November 28, 2022<br>Wilmington, Delaware | */s/ Matthew P. Milana*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          defranceschi@rlf.com<br>                    shapiro@rlf.com<br>                    milana@rlf.com<br>                    mathews@rlf.com<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock. P.C. (admitted *pro hac vice*)<br>Jeffrey D. Saferstein (admitted *pro hac vice*)<br>Garrett Fail (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone:   (212) 310-8000<br>Facsimile:    (212) 310-8007<br>Email:          ray.schrock@weil.com<br>                    jeffrey.saferstein@weil.com<br>                    garrett.fail@weil.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |