**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Phoenix Services Topco, LLC, et al., | ) | Case No 22-10906 (MFW) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## STATEMENT OF FINANCIAL AFFAIRS FOR

**Metal Services LLC**

**Case No: 22-10910 (MFW)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PHOENIX SERVICES TOPCO, LLC, et al., | ) Case No. 22-10906 (MFW) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**General**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Phoenix Services Topco, LLC ("Phoenix" or the "Company") and its debtor affiliates as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared, pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by management of the Debtors, with the assistance of the Debtors' advisors.

Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred.

The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors, and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (6493); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

1

including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The Schedules and Statements have been signed by Robert A. Richard, Chief Financial Officer and Secretary of Phoenix Services Topco, LLC and its Debtor Affiliates. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Richard necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Richard has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. The Debtors, and their officers, employees, agents, attorneys and financial advisors shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or recategorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements and Global Notes (as defined below) should not be relied upon by any persons for information relating to current or future financial conditions, events, or performances of the Debtors.

These Global Notes and Statements of Limitation, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

**Description of the Cases and Reporting Date**

On September 27, 2022 (the "Petition Date"), the Debtors each commenced with this Court a voluntary case under chapter 11 of title 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases are being

---

[2]    These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of Debtor's individual Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United State Bankruptcy Court for the District of Delaware under Case No. 22-10906 (MFW). On October 11, 2022, the U.S. Trustee for Region 3 appointed an official committee of unsecured creditors, which was reconstituted on October 18, 2022. No trustee or examiner has been appointed in these chapter 11 cases. Additional information about these chapter 11 cases, court filings, and claims information is available on the Debtors' restructuring website: http://cases.stretto.com/phoenix.

The asset and liability information provided herein, except as otherwise noted, represents the asset and liability data of the Debtors as of August 31, 2022 (the "Reporting Date").

**Basis of Presentation**

The Company is the sole owner of Phoenix Services Parent, LLC, which is sole owner of Phoenix Services Holdings Corp., which is sole owner of Phoenix Services International LLC, which is sole owner of Metal Services LLC. Metal Services LLC is the direct or indirect parent of all of the other Debtors in these cases as well as the non-Debtor affiliates. Its consolidated financial statements were audited annually. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent a Debtor shows more assets than liabilities, it is not an admission that the Debtor was solvent as of the Petition Date or at any time prior thereto. Likewise, to the extent a Debtor shows more liabilities than assets, it is not an admission that the Debtor was insolvent at the Petition Date or any time prior thereto.

**Amendment**

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

## General Disclosures Applicable to Schedules and Statements

1.      **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims or causes of action (including avoidance actions), controversy, right of setoff,

cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

2. **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3. **Claim Designations**. The Debtors reserve all of their rights to dispute, and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

4. **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

6. **Court Orders.** Pursuant to certain interim and final "first day" orders entered by the Bankruptcy Court (the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, insurance related obligations, critical vendors, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements or object to scheduled amounts or proofs of claim as is necessary or appropriate. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a First Day Order that preserves the right to dispute any amounts required to be paid to satisfy prepetition claims.

7. **Valuation**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their

assets. Accordingly, unless otherwise indicated, net book values as of the Reporting Date are reflected on the Schedules and Statements. Exceptions to this include operating cash, cash equivalents, and certain other assets. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may vary materially from fair market values. Amounts ultimately realized may vary from net book value (or other value so ascribed) and such variance may be material. Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

8.    **Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements or object to scheduled amounts or proofs of claim as they deem appropriate in this regard.

9.    **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including accrued salaries, employee benefit accruals, paid time off, accounts payable credit balances, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

10.    **Personally Identifiable Information**.  In accordance with the relief granted in the Creditor Matrix Order (Docket No. 54), certain personally identifiable information, such as mailing addresses of individuals, has been redacted from the Schedules and Statements.

11.    **Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any operating leases. Additionally, the Debtors have not included in the Schedules any right-of-use operating lease assets or liabilities related to FASB Accounting Standards Update 2016-2 because the Debtors do not possess any ownership interest in the corresponding properties and believe that the addition of these items would be cumbersome and unnecessary for understanding the value of the Debtors' estates. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

12.    **Contingent Assets**.  The Debtors believe that they may possess certain claims and causes of action against various parties. The Debtors may also possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the

Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, Part 3 Question 7, for lawsuits commenced prior to the Petition Date in which a Debtor was a plaintiff.

13.    **Intercompany Accounts**. The Debtors maintain intercompany accounts in their books and records that record transfers of cash between Phoenix affiliates. Although efforts have been made to attribute these transactions to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such transactions to a different legal entity, as is necessary or appropriate. For additional information regarding the Debtors' intercompany transactions and related cash management protocols, please refer to the *Motion of Debtors pursuant to 11 U.S.C. §§ 105, 345, 363, 503, and 507 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Ordinary Course Changes to Cash Management System, and (C) Honor Certain Related Prepetition Obligations, (II) Authorizing (A) Continuation of Intercompany Transactions and (B) Granting Superpriority Administrative Expense Status for Postpetition Intercompany Claims, (III) Extending Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related relief* (Docket No. 11) (the "Cash Management Motion").

Receivables and payables among the Debtors in these cases (each an "Intercompany Receivable" or "Intercompany Payable") are reported in the Schedules based upon the gross intercompany balances. To the extent that a Debtor owes an Intercompany Payable, it is reported on Schedule F as a liability of such Debtor. To the extent that a Debtor has an Intercompany Receivable, it is reported on Schedule B as an asset of such Debtor.

14.    **Guarantees and Other Secondary Liability Claims**. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been inadvertently omitted. The Debtors may identify additional guarantees as they continue their review of their books and records, executory contracts, unexpired leases, secured financing, debt instruments, and other such agreements, and will amend their Schedules and Statements accordingly.

15.    **Intellectual Property Rights**. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or non-Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

16.    **Executory Contracts**. The Debtors have not set forth executory contracts as assets in the Schedules and Statements. The Debtors' executory contracts have been set forth in Schedule G. In addition, the businesses of the Debtors are complex—the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, but inadvertent errors, omissions, or over-inclusion may have occurred.

17.    **Mechanics' Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens.

18.    **Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

19.    **Fiscal Year**. Each Debtor's fiscal year ends on December 31.

20.    **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

21.    **Property and Equipment**. Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or should be construed as an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to same.

22.    **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to such parties. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are designated as such.

23.    **Interest in Subsidiaries and Affiliates**. The Company is the sole owner of Phoenix Services Parent, LLC, which is sole owner of Phoenix Services Holdings Corp., which is sole owner of Phoenix Services International LLC, which is sole owner of Metal Services LLC. Metal Services LLC owns directly or indirectly all of the equity interest in 28 subsidiaries and affiliates, comprised of 4 Debtors and 24 non-Debtors. Interests in subsidiaries arise from stock ownership or ownership through a membership interest. Each Debtor's Schedule A/B 15 or Statement 25 schedules its ownership interests, if any, in subsidiaries and affiliates. Assets such

7

as investments in subsidiaries are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

24.    **Umbrella or Master Agreements**.    Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements may have been listed in the Schedules and Statements of only the Debtor that signed the original umbrella or master agreement.

25.    **Other Paid Claims**.    To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

26.    **Setoffs and Recoupment**.    The Debtors routinely take and are subject to setoffs with customers and vendors in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, refunds, royalties, chargebacks, rebates, discounts, and disputes between the Debtors and their customers or vendors.  These setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  Some amounts listed may have been affected by setoffs taken of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights which may be asserted.

27.    **Insiders**.    For purposes of the Schedules and Statements, the Debtors define "insiders" as (a) officers, directors, and anyone in control of a corporate debtor and their relatives; and (b) affiliates of the Debtor and insiders of such affiliates.  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of Bankruptcy Code section 101(31).  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.  In addition, the Debtors used the best information available to them to determine the list of former directors and officers reflected in the Schedules and Statements, and reserve all rights to modify or amend such list.

28.    **Indemnification**.    Section 7.2 of the Limited Liability Company Agreement of the Company, effective as of May 22, 2018 (the "<u>Agreement</u>"), provides for indemnification, on the particular terms set forth therein, for Protected Persons (as defined in the Agreement), which

includes the Managers and Members of the Company, and officers of the Company (each, an "Indemnitee") from and against any and all claims, liabilities, damages, losses, costs and expenses that are incurred by any Indemnitee, and arise out of, are related to, or are in connection with (i) the affairs or operations of the Company or the performance by such Indemnitee of any of the Indemnitee's responsibilities under the Agreement, and (ii) the service at the request of the Company by such Indemnitee as a partner, member, manager, director, officer, trustee, employee or agent of any other Person (as defined in the Agreement); provided, however, that the Indemnitee (A) acted in good faith and in a manner reasonably believed to be in the best interests of the Company, (B) did violate any fiduciary duties and (C) with respect to any criminal action or proceeding, had no reasonable cause to believe such Indemnitee's conduct was unlawful. Certain other Debtors also provide indemnification to certain such persons. The Debtors have not reached a determination as to whether certain potentially indemnified persons are ineligible for indemnification under the terms of the Agreement and such persons are therefore listed on Phoenix's Schedule E/F. To the extent that Phoenix has entered into separate contracts with certain directors and officers and former directors and officers, agreeing to indemnify them in certain circumstances according to the particular terms and conditions set forth in those contracts, such contracts are listed on Phoenix's Schedule G. The Debtors have not reached a determination as to whether the persons who are parties to these contracts are eligible for indemnification. Consequently, the Debtors have separately listed on Schedule G all contracts with such persons, but Debtors reserve all rights with respect thereto, including the right to assert that the individual is not entitled to indemnification and that the provisions do not constitute executory contracts.

29.    **Payments**. The financial affairs and businesses of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as described in the Cash Management Motion). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, as is necessary or appropriate. Payments made are listed by the legal entity making such payment notwithstanding that many such payments may have been made on behalf of another legal entity.

30.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

## Specific Notes Regarding Schedule A/B

1.    **Schedule A/B, Part 1, Question 3 - Checking, savings, or other financial accounts, CDs, etc**. Schedule A/B, Part 1, Question 3 lists closing bank balances as of the Reporting Date.

2.      **Schedule A/B, Part 2, Questions 5-8 – Deposits and prepayments**.  Certain prepaid or amortized assets are listed in Part 2 in accordance with the Debtors' books and records.  The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to collect or realize.  The amounts listed in Part 2 include, among other things, prepaid rent, prepaid IT maintenance, prepaid insurance, and prepaid professional expenses.

3.      **Schedule A/B Part 3, Questions 10-12 – Accounts receivable**.  The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or other outside parties, which are calculated net of any amounts that, as of the Reporting Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The accounts receivable balances in this section exclude intercompany related receivables.

4.      **Schedule A/B, Part 4, Question 15 – Stock and interests in incorporated and unincorporated businesses**.  See <u>Schedule A/B, Part 4, Question 15</u> for additional businesses the Debtors were a parent of or owned a significant interest in.

5.      **Schedule A/B, Part 7, Question 39 - Office equipment**.  Certain of the Debtors' office equipment, furnishings, and supplies are not capitalized based on its accounting policies and procedures. These assets are not listed herein.

6.      **Schedule A/B, Part 7, Question 40 / Schedule A/B, Part 8, Question 50 - Business equipment and spare parts**.  Certain of the Debtors' machinery, fixtures, equipment, and supplies used in business are not capitalized based on its accounting policies and procedures. These assets are not listed herein.

**Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien.  Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently failed to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.  Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  The Debtors have reported outstanding letters of credit in Schedule D. Although there are multiple parties that may hold a portion of the Debtors' funded debt, only the administrative agents have been listed for purposes of Schedule D.  The amounts

reflected outstanding under the Debtors' prepetition loan facilities reflect the principal amounts stipulated in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* (Docket No. 237).

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

Except as specifically stated herein, certain real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D and have not filed a UCC-1 financing statement.

Any changes to the status of any liens or security rights since the Petition Date may not be adequately reflected in Schedule D. Therefore, the Debtors may have listed claims with secured status that have changed, or failed to list certain parties whose claims may be secured through rights of setoff, deposits or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights on Schedule D.

## Specific Notes Regarding Schedule E/F

1.    **Schedule E/F, Part 1, Question 1 - Creditors Holding Priority Unsecured Claims**. The Debtors reserve all rights to dispute the amount and/or the priority status of any claim on Schedule E/F on any basis at any time. Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits and/or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

The Bankruptcy Court entered a Final Order granting authority to the Debtors to pay certain prepetition employee wage and other obligations in the ordinary course (Docket No. 234) (the "Employee Wage Order"). Pursuant to the Employee Wage Order, the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, bonuses and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to and intend to pay pursuant to the Employee Wage Order. The Debtors have not included accrued paid time off balances as of the Petition Date in the Schedules and Statements. The Debtors will make available to their employees accrued paid time off balances as of the date of their termination of employment with the Debtors and supplement the Schedules and Statements as necessary.

2.    **Schedule E/F, Part 2, Question 3 - Creditors Holding Nonpriority Unsecured Claims**.  The Debtors have used commercially reasonable efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding potential and pending litigation involving the Debtors.  In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor (even though the litigation may actually impact another Debtor or non-Debtor affiliate).

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F.  Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances.  The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

Although the Debtors have made commercially reasonable efforts to identify all known general unsecured Equal Employment Opportunity Commission and Occupational Safety and Health Administration claims, the Debtors may not have identified and/or set forth all such claims.

3.    **Schedule E/F, Part 2, Question 3 - Trade Payables**.  Trade payables listed on Schedule E/F contain the prepetition liability information available to the Debtors as of the filing date of the Schedules and may include invoices that were paid subsequent to the Petition Date related to prepetition obligations pursuant to the certain First Day Orders.

4.    **Schedule E/F, Part 2, Question 3 – Employee Benefits – Supplemental Executive Retirement Plan ("SERP")**.  Amounts due under the Debtors' SERP listed on Schedule E/F are based upon a third party advisor's projected accrued liability under ASC 715 as of September 27, 2022.

**Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts on each of the Debtor's Schedule G, and while the Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many executory contracts as possible and to ensuring the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  The Debtors expressly reserve their rights to challenge whether such agreements constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.  Similarly, in the ordinary course of business, the Debtors may have issued numerous statements of work or similar documents for services which, to the extent that such statements of work or similar documents constitute executory contracts, are not listed individually on Schedule G.  To the extent that services were delivered under statements

of work prior to the Petition Date, vendors' claims with respect to such services are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category.  In those instances, one category has been chosen to avoid duplication.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, employment-related agreements, and confidentiality and non-disclosure agreements. Such documents may not be set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's claim. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance.  In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis.  To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.  The Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their business. The Debtors' obligations pursuant to capital leases appear on Schedule D and their obligations pursuant to operating leases have been listed on Schedule E/F.  The underlying lease agreements are listed on Schedule G.  Nothing in the Schedules and Statements is or shall be construed to be an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid.  The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors.  Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers.  In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as necessary or appropriate.

## Specific Notes Regarding Schedule H

The Debtors are party to various debt agreements, which were executed by multiple Debtors.  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their affiliates.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent,

WEIL 98891416V.4

disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

The inclusion of or failure to include any entity on Schedule H does not constitute a waiver or an admission that such entity is a co-debtor or co-liable with respect to any pending or threatened litigation.  The Debtors reserve all rights with respect to any claims related to any pending or threatened litigation.

## Specific Notes Regarding Statements

1.  **Statements, Part 1, Question 1 - List certain transfers made before filing for bankruptcy**.  In the ordinary course of their businesses, the Debtors maintain a complex cash management system.  The Debtors maintain separate disbursement Bank Accounts for Phoenix's payroll, healthcare plan, and accounts payable ("Disbursement Accounts"), which are used to satisfy their ordinary course operating expenses and financial obligations as further explained in the Cash Management Motion.  Consequently, most, if not all, payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by Phoenix from one of its Disbursement Accounts pursuant to the Debtors' cash management system described in the Cash Management Motion.  The Disbursement Accounts are typically funded by draws from Phoenix's Master Account on a daily basis in the amount of upcoming disbursements.  The Debtors conduct various business transactions among themselves (the "Intercompany Transactions"), including moving cash within the Cash Management System between different Debtors. The Debtors are able to track and account for each Intercompany Transaction and the resulting intercompany claims ("Intercompany Claims").  Intercompany Transactions are not required to be, and typically are not, settled by actual transfers of cash among the Debtors.  The Debtors maintain records of ordinary course Intercompany Transactions and can ascertain, trace, and account for the Intercompany Transactions.

2.  **Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**.  The Debtors routinely transfer property, including money, in the ordinary course of business.  As described in the Cash Management Motion, the Debtors utilize an integrated, centralized cash management system to collect, concentrate, and disburse funds generated by their operations.  The obligations of the Debtors are primarily paid by and through one operating entity: Metal Services LLC, notwithstanding that certain obligations may be obligations of one or more of the Debtors consistent with the Cash Management Motion.

The payments disclosed in Statements, Part 2, Question 3 are based on payments made by the Debtors with payment dates from June 29, 2022 through September 27, 2022.  The actual dates that cash cleared the Debtors' bank accounts were not considered.  The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a significant manual review of individual bank statements.  It is expected, however, that many payments included in Statements, Part 2, Question 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).  The response to Statements, Part 2, Question 3 excludes disbursements or transfers listed on Statements, Part 2 Question 4.  Amounts still owed to creditors will appear on the Schedules for each of the Debtors, as applicable.

16

All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on <u>Statements, Part 6, Question 11</u> and are not listed on <u>Statements, Part 2, Question 3</u>.

**3.     Statements, Part 3, Question 7 – Legal actions**.   Information provided on <u>Statements, Part 3, Question 7</u> includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.   While the Debtors believe they were diligent in their efforts, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to <u>Statements, Part 3, Question 7</u>. The Debtors reserve all of their rights to amend or supplement their response to <u>Statements, Part 3, Question 7</u>.   Any information contained in this Statement shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**4.     Statements, Part 4, Question 9 – Certain gifts and charitable contributions**. The donations and/or charitable contributions listed in response to SOFA 9 represent payments made to third parties during the applicable timeframe that were recorded as such within the Debtors books and records.

**5.     Statements, Part 6, Question 11 – Payments related to bankruptcy**.   All payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on that Debtor's response to SOFA 11.   Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.   In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of lenders or other parties on account of any applicable fee arrangements.

**6.     Statements, Part 12, Questions 22-24 - Details about environmental information**.   The Debtors have or in the past have had operations in many locations.   In certain locations, the Debtors no longer have any operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable.   Some individuals who once possessed responsive information are no longer employed by the Debtors.   For all these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" responsive to Questions 22-24.   The Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many responsive sites and proceedings as reasonably possible.   The Debtors may supplement or amend this response in the future.   Due to the number of potentially responsive matters, the practical burdens in compiling information on inactive matters and the presumably lower relevance of information on inactive matters, information is presented only for matters that have been active within the last few years and that the Debtors do not consider to be closed.   When some requested categories of information were not reasonably available for a listed "site" or "proceeding," the Debtors' response gives as much information as was reasonably available.   When a site is the subject of a proceeding, settlement or order listed in the response to Question 22, the site and notices related to it are not also listed in the responses to Questions 23 or 24.   Similarly, sites that

are listed in the response to Question 23 (sites for which the Debtors have received notice from a governmental unit) are not repeated in response to Question 24 (sites for which the Debtors have provided notice to a governmental unit). To avoid duplication, notices are not listed to the extent they refer to another notice or proceeding already identified in Questions 22, 23 or 24. This response does not include sites or proceedings related to non-environmental laws such as occupational safety and health laws or transportation laws. The Debtors make routine reports and submissions concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. This response is limited to those reports and submissions that identify uncontrolled releases and hazardous materials and does not purport to identify all routine reports and submissions.

7.      **Statements, Part 13, Question 25 - Details About the Debtors' Business or Connections to Any Business**.  The Debtors have used their reasonable efforts to identify the beginning and ending dates of all businesses in which the Debtors were an owner, partner, member or otherwise a person in control within the six years immediately preceding the Petition Date.  In certain instances, however, the dissolution dates of certain entities that are no longer in existence were not readily available and, therefore, are not included in <u>Statements, Part 13, Question 25</u>.

8.      **Statements, Part 13, Question 26 - Books, records, and financial statements**. The Debtors routinely provide financial statements to banks, customers, suppliers, tax authorities, landlords, factors, potential investors, and other financial institutions in the ordinary course, as well as in association with its restructuring efforts.

9.      **Statements, Part 13, Question 30 – Payments to insiders**.  Any and all known disbursements to insiders of the Debtors have been listed in response to <u>Statements, Part 2, Question 4</u>.

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 1: | Income |
|---|---|

## 1. Gross Revenue from business

☐ None

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | | | | | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2022 <br> MM/DD/YYYY | to | Filing date <br> MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $175,288,734.00 |
| **For prior year:** | From | 1/1/2021 <br> MM/DD/YYYY | to | 12/31/2021 <br> MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $229,489,951.00 |
| **For the year before that:** | From | 1/1/2020 <br> MM/DD/YYYY | to | 12/31/2020 <br> MM/DD/YYYY | ☑ Operating a business <br> ☐ Other _____ | $199,560,263.00 |

**Metal Services LLC**                                           Case Number:  22-10910 (MFW)

| Part 1: | Income |
|---------|--------|

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2022 MM/DD/YYYY | to Filing date MM/DD/YYYY | OTHER INCOME | $4,948,426 |
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2022 MM/DD/YYYY | to Filing date MM/DD/YYYY | INTEREST INCOME | $3,715,529 |
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2022 MM/DD/YYYY | to Filing date MM/DD/YYYY | CHANGE IN VALUE OF DERIVATIVES | $13,590,044 |
| **For prior year:** | From | 1/1/2021 MM/DD/YYYY | to 12/31/2021 MM/DD/YYYY | OTHER INCOME | $4,476,479 |
| **For prior year:** | From | 1/1/2021 MM/DD/YYYY | to 12/31/2021 MM/DD/YYYY | INTEREST INCOME | $5,984,688 |
| **For prior year:** | From | 1/1/2021 MM/DD/YYYY | to 12/31/2021 MM/DD/YYYY | FOREIGN CURRENCY GAINS | $301,107 |
| **For prior year:** | From | 1/1/2021 MM/DD/YYYY | to 12/31/2021 MM/DD/YYYY | CHANGE IN VALUE OF DERIVATIVES | $17,574,045 |
| **For the year before that:** | From | 1/1/2020 MM/DD/YYYY | to 12/31/2020 MM/DD/YYYY | OTHER INCOME | $2,318,039 |
| **For the year before that:** | From | 1/1/2020 MM/DD/YYYY | to 12/31/2020 MM/DD/YYYY | INTEREST INCOME | $6,629,503 |
| **For the year before that:** | From | 1/1/2020 MM/DD/YYYY | to 12/31/2020 MM/DD/YYYY | FOREIGN CURRENCY GAINS | $6,788,660 |

**Metal Services LLC**                                                   **Case Number:  22-10910 (MFW)**

| **Part 1:** | Income |
|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

|  | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|

**Metal Services LLC**                                                      Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.1 | 36TH STREET CAPITAL PARTNERS<br>P.O. BOX 4516<br>HOUSTON, TX 772104916 | 7/1/2022 | $32,819 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | | 7/1/2022 | $35,213 | |
| | | 7/1/2022 | $46,552 | |
| | | 8/1/2022 | $46,552 | |
| | | 8/1/2022 | $35,213 | |
| | | 8/1/2022 | $32,819 | |
| | | 8/17/2022 | $31,649 | |
| | | 9/1/2022 | $32,819 | |
| | | 9/1/2022 | $35,213 | |
| | | 9/1/2022 | $46,552 | |
| | | 9/7/2022 | $31,649 | |
| | **TOTAL 36TH STREET CAPITAL PARTNERS** | | **$407,049** | |
| 3.2 | 5R ENTERPRISES, LLC<br>1802 N DIVISION ST  STE 800<br>MORRIS, IL 60450 | 8/8/2022 | $19,514 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | | 8/12/2022 | $16,583 | |
| | | 8/19/2022 | $106,980 | |
| | | 8/26/2022 | $25,959 | |
| | **TOTAL 5R ENTERPRISES, LLC** | | **$169,036** | |
| 3.3 | ACM ELF ST LLC<br>P.O. BOX 843840<br>DALLAS, TX 752843840 | 6/30/2022 | $89,005 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | | 8/5/2022 | $89,005 | |
| | | 8/31/2022 | $89,005 | |
| | **TOTAL ACM ELF ST LLC** | | **$267,016** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.4 | ACMS GROUP<br>10769 BROADWAY #333<br>CROWN POINT, IN 46307 | 7/15/2022<br>8/19/2022 | $130,000<br>$24,570 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ACMS GROUP** | | **$154,570** | |
| 3.5 | ADVANCED WEIGHING SYSTEMS, INC.<br>233 N 8TH STREET   STE 300<br>LINCOLN, NE 68508 | 8/8/2022<br>8/12/2022 | $2,107<br>$5,550 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ADVANCED WEIGHING SYSTEMS, INC.** | | **$7,657** | |
| 3.6 | AERO MACHINE & MANUFACTURING, LLC<br>1251 TRANSPORT DRIVE<br>VALPARAISO, IN 46383 | 7/29/2022<br>9/9/2022 | $21,985<br>$1,375 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AERO MACHINE & MANUFACTURING, LLC** | | **$23,360** | |
| 3.7 | AFCO<br>P O BOX 360572<br>PITTSBURGH, PA 152506572 | 8/1/2022<br>9/1/2022 | $149,271<br>$150,354 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Insurance |
| | **TOTAL AFCO** | | **$299,624** | |
| 3.8 | AFFORDABLE COMFORT HEATING & COOL<br>11620 US HWY 127 N<br>GLENCOE, KY 41046 | 8/19/2022 | $21,950 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AFFORDABLE COMFORT HEATING & COOL** | | **$21,950** | |
| 3.9 | AHERN RENTALS, INC.<br>PO BOX 271390<br>LAS VEGAS, NV 89127 | 7/22/2022 | $8,357 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL AHERN RENTALS, INC.** | | **$8,357** | |

**Metal Services LLC**                                                       **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.10  AHS-KY, INC.<br>PO BOX 624<br>CATLETTSBURG, KY 41129 | 8/5/2022 | $27,930 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | **TOTAL AHS-KY, INC.** | **$27,930** | |
| 3.11  AIRGAS USA, LLC<br>PO BOX 734671<br>DALLAS, TX 753734671 | 7/1/2022 | $5,426 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 7/15/2022 | $3,955 | |
|  | 7/29/2022 | $1,435 | |
|  | 7/29/2022 | $2,555 | |
|  | 8/8/2022 | $3,099 | |
|  | 8/12/2022 | $6,973 | |
|  | 8/19/2022 | $17,106 | |
|  | 9/9/2022 | $24,495 | |
|  | 9/16/2022 | $6,739 | |
|  | **TOTAL AIRGAS USA, LLC** | **$71,783** | |
| 3.12  AL ANSARI EXCHANGE LLC<br>WIRE TRANSFER<br>KENNETT SQUARE, PA 19348 | 7/25/2022 | $47,960 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|  | 7/25/2022 | $19,901 | |
|  | 8/23/2022 | $58,755 | |
|  | 8/23/2022 | $19,901 | |
|  | 8/24/2022 | $21,409 | |
|  | 9/22/2022 | $300,000 | |
|  | 9/26/2022 | $21,145 | |
|  | **TOTAL AL ANSARI EXCHANGE LLC** | **$489,072** | |
| 3.13  AL RASHID TRANSPORTING & CLEARING<br>WIRE<br>WAYNE, PA 19087 | 9/21/2022 | $34,130 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|  | **TOTAL AL RASHID TRANSPORTING & CLEARING** | **$34,130** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.14 | ALLEGHENY SHOVEL & DRAG, INC.<br>328 FOGLETOWN ROAD<br>GARRETT, PA 15542 | 7/15/2022<br>7/22/2022<br>7/29/2022<br>9/2/2022 | $654<br>$686<br>$610<br>$59,763 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ALLEGHENY SHOVEL & DRAG, INC.** | | **$61,713** | |
| 3.15 | ALLEN MCMURRAY<br>420 20TH ST.  SUITE 1900<br>BIRMINGHAM, AL 35203 | 8/4/2022 | $11,700 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Legal Settlements |
| | **TOTAL ALLEN MCMURRAY** | | **$11,700** | |
| 3.16 | ALLIUM SOLUTIONS LLC<br>200 RIVER PLACE<br>MADISON, WI 53716 | 7/22/2022<br>7/29/2022<br>8/12/2022 | $7,200<br>$900<br>$4,613 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL ALLIUM SOLUTIONS LLC** | | **$12,713** | |
| 3.17 | ALPHA MACHINE & MOBILE REPAIR SVC<br>P.O. BOX 497<br>WARSAW, KY 41095 | 7/1/2022 | $8,414 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ALPHA MACHINE & MOBILE REPAIR SVC** | | **$8,414** | |
| 3.18 | ALTA CONSTRUCTION EQUIPMENT ILL<br>29547 NETWORK PLACE<br>CHICAGO, IL 60673 | 8/8/2022<br>8/12/2022<br>8/19/2022 | $15,000<br>$6,784<br>$1,231 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ALTA CONSTRUCTION EQUIPMENT ILL** | | **$23,015** | |

**Metal Services LLC**                                                                  **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.19 | ALTORFER INDUSTRIES, INC.<br>P.O. BOX 809239<br>CHICAGO, IL 606809201 | 7/22/2022 | $173,104 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/22/2022 | $2,489 | |
| | | 7/29/2022 | $145,993 | |
| | | 8/4/2022 | $4,360 | |
| | | 8/5/2022 | $102,624 | |
| | | 8/12/2022 | $128,009 | |
| | | 8/19/2022 | $87,850 | |
| | | 8/26/2022 | $15,944 | |
| | | 9/1/2022 | $2,317 | |
| | | 9/7/2022 | $3,418 | |
| | | 9/9/2022 | $6,950 | |
| | | 9/13/2022 | $2,744 | |
| | | 9/16/2022 | $2,770 | |
| | | 9/23/2022 | $2,511 | |
| | | 9/26/2022 | $1,900 | |
| | **TOTAL ALTORFER INDUSTRIES, INC.** | | **$682,982** | |
| 3.20 | AMTECK, LLC<br>1387 E NEW CIRCLE RD<br>LEXINGTON, KY 40505 | 7/1/2022 | $17,729 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL AMTECK, LLC** | | **$17,729** | |
| 3.21 | ANTIBUS SCALES & SYSTEMS, INC.<br>1919 RESEARCH DRIVE<br>FORT WAYNE, IN 46808 | 8/26/2022 | $6,976 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 9/9/2022 | $9,529 | |
| | **TOTAL ANTIBUS SCALES & SYSTEMS, INC.** | | **$16,505** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.22 | AON RISK SERVICES CENTRAL, INC<br>PO BOX 955816<br>SAINT LOUIS, MO 631955816 | 7/1/2022<br>7/14/2022<br>7/22/2022<br>8/1/2022<br>8/4/2022<br>8/12/2022<br>8/23/2022<br>9/1/2022<br>9/23/2022 | $298,675<br>$976,756<br>$4,998<br>$288,504<br>$1,211<br>$1,975<br>$596<br>$288,503<br>$1,565,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL AON RISK SERVICES CENTRAL, INC** | | **$3,426,217** | |
| 3.23 | APF FBO TEMPS PLUS<br>P.O. BOX 823473<br>PHILADELPHIA, PA 191823473 | 7/1/2022<br>8/12/2022<br>8/19/2022<br>9/9/2022<br>9/21/2022 | $30,199<br>$19,310<br>$23,500<br>$42,535<br>$22,515 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL APF FBO TEMPS PLUS** | | **$138,058** | |
| 3.24 | APPLIED INDUSTRIAL TECHNOLOGIES<br>22510 NETWORK PLACE<br>CHICAGO, IL 606731225 | 8/8/2022<br>8/19/2022<br>9/16/2022 | $1,361<br>$9,990<br>$651 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL APPLIED INDUSTRIAL TECHNOLOGIES** | | **$12,001** | |

**Metal Services LLC**                                                                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.25 ARIA HAULING & EXCAVATING, INC.<br>1800 COUNTY ROAD<br>WEIRTON, WV 26062 | 7/1/2022<br>8/19/2022<br>9/2/2022<br>9/9/2022 | $826<br>$2,678<br>$2,002<br>$2,157 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL ARIA HAULING & EXCAVATING, INC. | | **$7,664** | |
| 3.26 ARIES GLOBAL LOGISTICS INC.<br>P. O. BOX 592<br>FRANKLIN SQUARE, NY 11010 | 9/23/2022 | $60,593 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL ARIES GLOBAL LOGISTICS INC. | | **$60,593** | |
| 3.27 ATAC ENGINEERING, INC.<br>300 MT. LEBANON BLVD<br>PITTSBURGH, PA 15234 | 7/29/2022 | $55,046 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL ATAC ENGINEERING, INC. | | **$55,046** | |
| 3.28 ATECK CORPORATION<br>P.O. BOX 133<br>WARSAW, KY 41095 | 8/12/2022 | $8,715 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL ATECK CORPORATION | | **$8,715** | |
| 3.29 ATLAS MACHINE & SUPPLY, INC.<br>7000 GLOBAL DRIVE<br>LOUISVILLE, KY 40258 | 8/8/2022 | $21,630 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL ATLAS MACHINE & SUPPLY, INC. | | **$21,630** | |
| 3.30 ATWOOD LUMBER MATS<br>P.O. BOX 282<br>CARROLLTON, KY 41008 | 7/14/2022 | $19,754 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL ATWOOD LUMBER MATS | | **$19,754** | |

**Metal Services LLC**                                   **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.31 | BAKER TILLY US, LLP<br>BOX 78975<br>MILWAUKEE, WI 53278 | 8/5/2022 | $44,003 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | TOTAL BAKER TILLY US, LLP | | $44,003 | |
| 3.32 | BANK OF AMERICA<br>P.O. BOX 15731<br>WILMINGTON, DE 198865731 | 7/14/2022<br>8/12/2022<br>9/7/2022<br>9/14/2022 | $388,989<br>$351,490<br>$50,000<br>$392,229 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | TOTAL BANK OF AMERICA | | $1,182,709 | |
| 3.33 | BARCLAYS BANK PLC<br>745 7TH AVENUE<br>NEW YORK, NY 10019 | 6/30/2022<br>6/30/2022<br>6/30/2022<br>7/5/2022<br>7/29/2022<br>7/29/2022<br>8/2/2022<br>8/9/2022<br>8/9/2022<br>8/18/2022<br>8/23/2022<br>8/31/2022<br>9/2/2022<br>9/7/2022 | $1,789,160<br>$99,560<br>$1,162,500<br>$476,665<br>$59,724<br>$1,942,572<br>$1,236<br>$59,724<br>$196,294<br>$119,715<br>$462<br>$19,414<br>$19,384<br>$373 | ☑ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL BARCLAYS BANK PLC | | $5,946,781 | |

**Metal Services LLC**                                                              **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.34 BARKSDALE OILS, INC.<br>PO BOX 910<br>PETERSBURG, VA 23804 | 7/1/2022<br>7/22/2022<br>7/29/2022<br>8/12/2022<br>9/9/2022 | $12,770<br>$40,546<br>$13,337<br>$52,326<br>$44,750 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BARKSDALE OILS, INC.** | | **$163,729** | |
| 3.35 BEARING DISTRIBUTORS INC.<br>PO BOX 74069<br>CLEVELAND, OH 441940161 | 7/8/2022<br>9/9/2022<br>9/16/2022 | $9,179<br>$633<br>$6,252 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BEARING DISTRIBUTORS INC.** | | **$16,063** | |
| 3.36 BELL PRINT & STITCH<br>607 MAIN STREET<br>BENTLEYVILLE, PA 15314 | 8/12/2022 | $9,003 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BELL PRINT & STITCH** | | **$9,003** | |
| 3.37 BERTKE ELECTRIC COMPANY, INC.<br>1645 BLUE ROCK STREET<br>CINCINNATI, OH 45223 | 8/12/2022 | $8,732 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BERTKE ELECTRIC COMPANY, INC.** | | **$8,732** | |
| 3.38 BLACKMON INDUSTRIAL ELECTRIC SERV.<br>4104 RAIDER RD<br>JONESBORO, AR 72404 | 7/29/2022<br>8/19/2022<br>8/26/2022<br>9/2/2022 | $425<br>$6,154<br>$2,670<br>$43,219 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BLACKMON INDUSTRIAL ELECTRIC SERV.** | | **$52,468** | |

**Metal Services LLC**                                          **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.39 | BLYTHEVILLE INDUSTRIAL SALES LLC<br>5430 EAST STATE HWY 137<br>BLYTHEVILLE, AR 72315 | 7/29/2022 | $6,828 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 8/19/2022 | $37,735 | |
| | | 9/2/2022 | $16,699 | |
| | | 9/16/2022 | $35,128 | |
| | **TOTAL BLYTHEVILLE INDUSTRIAL SALES LLC** | | **$96,390** | |
| 3.40 | BOBCAT ENTERPRISES, INC.<br>PO BOX 46345<br>CINCINATI, OH 452460345 | 7/29/2022 | $2,682 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/19/2022 | $5,442 | |
| | **TOTAL BOBCAT ENTERPRISES, INC.** | | **$8,124** | |
| 3.41 | BOYD COMPANY<br>DEPARTMENT 8326<br>CAROL STREAM, IL 60122 | 7/1/2022 | $13,862 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/15/2022 | $63,564 | |
| | | 7/15/2022 | $46,799 | |
| | | 7/22/2022 | $146,929 | |
| | | 7/22/2022 | $235,047 | |
| | | 7/29/2022 | $86,808 | |
| | | 8/8/2022 | $21,454 | |
| | | 8/12/2022 | $119,113 | |
| | | 8/19/2022 | $17,464 | |
| | | 8/19/2022 | $92,344 | |
| | | 8/26/2022 | $150,041 | |
| | | 9/2/2022 | $150,092 | |
| | | 9/9/2022 | $150,033 | |
| | | 9/16/2022 | $150,090 | |
| | **TOTAL BOYD COMPANY** | | **$1,443,643** | |

**Metal Services LLC**                                                          **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.42　BP LUBRICANTS USA, INC.<br>P.O. BOX 734591<br>CHICAGO, IL 60673 | 6/30/2022 | $5,806 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 7/1/2022 | $3,712 | |
| | 7/1/2022 | $608 | |
| | 7/6/2022 | $4,200 | |
| | 7/6/2022 | $1,649 | |
| | 7/8/2022 | $2,203 | |
| | 7/8/2022 | $2,513 | |
| | 7/8/2022 | $1,794 | |
| | 7/8/2022 | $4,912 | |
| | 7/11/2022 | $10,106 | |
| | 7/11/2022 | $1,212 | |
| | 7/11/2022 | $1,802 | |
| | 7/11/2022 | $8,008 | |
| | 7/14/2022 | $3,245 | |
| | 7/15/2022 | $4,520 | |
| | 7/15/2022 | $2,199 | |
| | 7/18/2022 | $1,463 | |
| | 7/18/2022 | $5,268 | |
| | 7/20/2022 | $6,586 | |
| | 7/20/2022 | $2,831 | |
| | 7/21/2022 | $2,613 | |
| | 7/21/2022 | $8,964 | |
| | 7/22/2022 | $4,524 | |
| | 7/25/2022 | $2,017 | |
| | 7/28/2022 | $1,228 | |
| | 7/29/2022 | $1,910 | |
| | 7/29/2022 | $6,776 | |
| | 8/1/2022 | $2,118 | |
| | 8/5/2022 | $1,812 | |
| | 8/5/2022 | $3,300 | |
| | 8/5/2022 | $1,174 | |
| | 8/8/2022 | $1,066 | |
| | 8/8/2022 | $7,678 | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|-----------------------------|-------|-----------------------|---------------------------------|
| | 8/8/2022 | $8,285 | |
| | 8/8/2022 | $10,868 | |
| | 8/8/2022 | $5,862 | |
| | 8/12/2022 | $8,128 | |
| | 8/12/2022 | $6,122 | |
| | 8/12/2022 | $4,493 | |
| | 8/12/2022 | $1,129 | |
| | 8/15/2022 | $2,525 | |
| | 8/19/2022 | $3,471 | |
| | 8/22/2022 | $5,745 | |
| | 8/22/2022 | $4,695 | |
| | 8/22/2022 | $8,886 | |
| | 8/22/2022 | $1,749 | |
| | 8/22/2022 | $3,826 | |
| | 8/23/2022 | $4,332 | |
| | 8/26/2022 | $6,177 | |
| | 8/26/2022 | $5,685 | |
| | 8/26/2022 | $6,971 | |
| | 8/26/2022 | $2,211 | |
| | 8/29/2022 | $2,846 | |
| | 8/29/2022 | $3,967 | |
| | 8/29/2022 | $3,031 | |
| | 8/29/2022 | $1,887 | |
| | 8/29/2022 | $6,728 | |
| | 8/29/2022 | $1,695 | |
| | 8/30/2022 | $2,692 | |
| | 8/31/2022 | $3,726 | |
| | 9/2/2022 | $9,022 | |
| | 9/6/2022 | $4,967 | |
| | 9/6/2022 | $1,193 | |
| | 9/9/2022 | $1,188 | |
| | 9/9/2022 | $4,757 | |
| | 9/16/2022 | $2,415 | |

Metal Services LLC                                                          Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | 9/16/2022 | $7,207 | |
| | 9/16/2022 | $2,077 | |
| | 9/19/2022 | $3,088 | |
| | 9/19/2022 | $3,031 | |
| | 9/19/2022 | $2,132 | |
| | 9/19/2022 | $3,324 | |
| | 9/21/2022 | $152 | |
| | 9/23/2022 | $2,998 | |
| | 9/23/2022 | $4,842 | |
| | 9/23/2022 | $9,211 | |
| | 9/26/2022 | $3,097 | |
| | 9/26/2022 | $4,332 | |
| | 9/26/2022 | $1,130 | |
| | 9/26/2022 | $1,541 | |
| | 9/26/2022 | $1,066 | |
| **TOTAL BP LUBRICANTS USA, INC.** | | **$320,321** | |
| 3.43 BRAKE SUPPLY CO., INC.<br>4280 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | 7/22/2022 | $41,096 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/29/2022 | $34,060 | |
| | 8/16/2022 | $52,427 | |
| **TOTAL BRAKE SUPPLY CO., INC.** | | **$127,582** | |

**Metal Services LLC**                                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.44 | BRANDEIS MACHINERY & SUPPLY COMPANY<br>P.O. BOX 32230<br>LOUISVILLE, KY 40232 | 7/1/2022 | $38,676 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/15/2022 | $10,038 | |
| | | 7/22/2022 | $8,325 | |
| | | 8/26/2022 | $36,049 | |
| | | 9/16/2022 | $28,688 | |
| | **TOTAL BRANDEIS MACHINERY & SUPPLY COMPANY** | | **$121,776** | |
| 3.45 | BRANDYWINE REALTY TRUST<br>LOCKBOX NUMBER 826730<br>MOUNT LAUREL, NJ 080543415 | 6/30/2022 | $26,574 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/3/2022 | $26,574 | |
| | | 8/31/2022 | $26,574 | |
| | **TOTAL BRANDYWINE REALTY TRUST** | | **$79,723** | |
| 3.46 | BRIDGESTONE AMERICAS<br>PO BOX 73418<br>CHICAGO, IL 606737418 | 7/22/2022 | $364 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 8/12/2022 | $31,803 | |
| | | 8/19/2022 | $3,888 | |
| | | 8/26/2022 | $40,823 | |
| | | 9/16/2022 | $5,496 | |
| | **TOTAL BRIDGESTONE AMERICAS** | | **$82,374** | |
| 3.47 | BRONCO INDUSTRIAL SERVICES LLC<br>PO BOX 2040<br>PRAIRIEVILLE, LA 70769 | 7/15/2022 | $9,561 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL BRONCO INDUSTRIAL SERVICES LLC** | | **$9,561** | |

**Metal Services LLC**                                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.48 | BUFFALO WIRE WORKS CO., INC.<br>PO BOX 1239<br>BUFFALO, NY 14240 | 7/1/2022<br>8/19/2022 | $30,250<br>$30,684 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |
| | TOTAL BUFFALO WIRE WORKS CO., INC. | | $60,934 | |
| 3.49 | BULK EQUIPMENT CORP<br>720 W HIGHWAY 20<br>MICHIGAN CITY, IN 46360 | 8/19/2022<br>9/9/2022 | $22,373<br>$2,095 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other ____ |
| | TOTAL BULK EQUIPMENT CORP | | $24,467 | |
| 3.50 | C & B MARINE - GALLATIN, LLC<br>50 E> RIVER CENTER BLVD.<br>COVINGTON, KY 41011 | 8/12/2022<br>9/2/2022<br>9/23/2022 | $34,500<br>$90,000<br>$302,878 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |
| | TOTAL C & B MARINE - GALLATIN, LLC | | $427,378 | |
| 3.51 | C. NORRIS MANUFACTURING, LLC<br>1500 HENRY AVE SW<br>CANTON, OH 44706 | 7/8/2022 | $42,298 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |
| | TOTAL C. NORRIS MANUFACTURING, LLC | | $42,298 | |
| 3.52 | CARTER MACHINERY COMPANY INC.<br>P O BOX 751053<br>CHARLOTTE, NC 282751053 | 7/1/2022<br>7/8/2022<br>8/19/2022 | $86<br>$182<br>$10,008 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other ____ |
| | TOTAL CARTER MACHINERY COMPANY INC. | | $10,276 | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.53 | CATERPILLAR FINANCIAL SERVICES<br>2120 WEST END AVE.<br>NASHVILLE, TN 37203 | 7/1/2022 | $8,601 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | | 7/6/2022 | $1,068 | |
| | | 7/6/2022 | $20,705 | |
| | | 7/6/2022 | $6,941 | |
| | | 7/6/2022 | $1,311 | |
| | | 7/7/2022 | $11,451 | |
| | | 7/7/2022 | $15,659 | |
| | | 7/7/2022 | $3,167 | |
| | | 7/11/2022 | $1,591 | |
| | | 7/11/2022 | $951 | |
| | | 7/12/2022 | $5,584 | |
| | | 7/12/2022 | $9,424 | |
| | | 7/12/2022 | $11,950 | |
| | | 7/14/2022 | $4,707 | |
| | | 7/15/2022 | $6,352 | |
| | | 7/18/2022 | $4,653 | |
| | | 7/18/2022 | $4,653 | |
| | | 7/18/2022 | $4,653 | |
| | | 7/19/2022 | $1,081 | |
| | | 7/19/2022 | $916 | |
| | | 7/19/2022 | $8,381 | |
| | | 7/19/2022 | $3,995 | |
| | | 7/19/2022 | $8,133 | |
| | | 7/19/2022 | $2,623 | |
| | | 7/19/2022 | $4,018 | |
| | | 7/19/2022 | $7,673 | |
| | | 7/19/2022 | $4,018 | |
| | | 7/21/2022 | $14,493 | |
| | | 7/22/2022 | $12,363 | |
| | | 7/25/2022 | $19,065 | |
| | | 7/28/2022 | $12,908 | |
| | | 7/28/2022 | $18,298 | |
| | | 7/28/2022 | $8,601 | |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|-----------------------------|-------|-----------------------|----------------------------------|
|  | 8/3/2022 | $20,705 |  |
|  | 8/3/2022 | $1,311 |  |
|  | 8/3/2022 | $1,068 |  |
|  | 8/3/2022 | $6,941 |  |
|  | 8/9/2022 | $3,167 |  |
|  | 8/9/2022 | $11,451 |  |
|  | 8/9/2022 | $1,591 |  |
|  | 8/9/2022 | $15,659 |  |
|  | 8/9/2022 | $951 |  |
|  | 8/10/2022 | $11,950 |  |
|  | 8/16/2022 | $4,653 |  |
|  | 8/16/2022 | $4,707 |  |
|  | 8/16/2022 | $6,352 |  |
|  | 8/16/2022 | $4,653 |  |
|  | 8/16/2022 | $4,653 |  |
|  | 8/17/2022 | $9,424 |  |
|  | 8/17/2022 | $8,381 |  |
|  | 8/17/2022 | $5,584 |  |
|  | 8/17/2022 | $3,995 |  |
|  | 8/17/2022 | $916 |  |
|  | 8/17/2022 | $2,623 |  |
|  | 8/17/2022 | $1,081 |  |
|  | 8/19/2022 | $8,133 |  |
|  | 8/19/2022 | $4,018 |  |
|  | 8/19/2022 | $4,018 |  |
|  | 8/19/2022 | $7,673 |  |
|  | 8/23/2022 | $12,363 |  |
|  | 8/23/2022 | $19,065 |  |
|  | 8/23/2022 | $14,493 |  |
|  | 8/30/2022 | $18,298 |  |
|  | 8/30/2022 | $12,908 |  |
|  | 8/30/2022 | $8,601 |  |
|  | 9/6/2022 | $6,941 |  |

**Metal Services LLC**                                              **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | 9/6/2022 | $20,705 | |
| | 9/6/2022 | $1,068 | |
| | 9/6/2022 | $1,311 | |
| | 9/7/2022 | $3,167 | |
| | 9/7/2022 | $11,451 | |
| | 9/7/2022 | $15,659 | |
| | 9/9/2022 | $951 | |
| | 9/9/2022 | $1,591 | |
| | 9/12/2022 | $11,950 | |
| | 9/13/2022 | $5,584 | |
| | 9/13/2022 | $9,424 | |
| | 9/14/2022 | $4,707 | |
| | 9/15/2022 | $6,352 | |
| | 9/16/2022 | $4,653 | |
| | 9/16/2022 | $4,653 | |
| | 9/16/2022 | $4,653 | |
| | 9/19/2022 | $3,995 | |
| | 9/19/2022 | $2,623 | |
| | 9/19/2022 | $8,381 | |
| | 9/19/2022 | $916 | |
| | 9/19/2022 | $1,081 | |
| | 9/20/2022 | $8,133 | |
| | 9/20/2022 | $7,673 | |
| | 9/20/2022 | $4,018 | |
| | 9/20/2022 | $4,018 | |
| | 9/21/2022 | $14,493 | |
| | 9/22/2022 | $12,363 | |
| | 9/23/2022 | $19,065 | |
| **TOTAL CATERPILLAR FINANCIAL SERVICES** | | **$692,947** | |

**Metal Services LLC**                                                  **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.54 | CDW DIRECT, LLC<br>P.O. BOX 75723<br>CHICAGO, IL 60675 | 7/1/2022 | $10,907 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CDW DIRECT, LLC** | | **$10,907** | |
| 3.55 | CEDRIC SPENCER<br>420 20TH ST.  SUITE 1900<br>BIRMINGHAM, AL 35203 | 8/4/2022 | $13,912 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Legal Settlements |
| | **TOTAL CEDRIC SPENCER** | | **$13,912** | |
| 3.56 | CENTRAL OHIO FARMERS CO-OP INC.<br>PO BOX 936<br>MARION, OH 43302 | 7/1/2022 | $5,029 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/8/2022 | $5,229 | |
| | | 7/22/2022 | $10,689 | |
| | | 7/29/2022 | $4,282 | |
| | | 8/5/2022 | $5,465 | |
| | | 8/12/2022 | $4,750 | |
| | | 8/19/2022 | $6,055 | |
| | | 8/26/2022 | $2,775 | |
| | | 9/2/2022 | $3,089 | |
| | | 9/9/2022 | $609 | |
| | | 9/16/2022 | $4,640 | |
| | **TOTAL CENTRAL OHIO FARMERS CO-OP INC.** | | **$52,611** | |

**Metal Services LLC**                                                                    Case Number:  **22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.57 | CERTIFIED LABORATORIES<br>23261 NETWORK PLACE<br>CHICAGO, IL 60673 | 7/15/2022 | $10,505 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/22/2022 | $3,314 | |
| | | 7/29/2022 | $17,372 | |
| | | 8/19/2022 | $5,581 | |
| | | 8/26/2022 | $8,223 | |
| | | 9/2/2022 | $5,152 | |
| | | 9/9/2022 | $2,834 | |
| | | 9/9/2022 | $5,134 | |
| | | 9/16/2022 | $2,525 | |
| | **TOTAL CERTIFIED LABORATORIES** | | **$60,641** | |
| 3.58 | CHARTER COMMUNICATIONS OPERATING<br>PO BOX 6030<br>CAROL STREAM, IL 60197 | 7/14/2022 | $6,933 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| | | 7/28/2022 | $4,797 | |
| | **TOTAL CHARTER COMMUNICATIONS OPERATING** | | **$11,730** | |
| 3.59 | CINTAS CORP #524<br>PO BOX 630803<br>CINCINNATI, OH 452630803 | 7/8/2022 | $677 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/22/2022 | $2,558 | |
| | | 8/12/2022 | $4,629 | |
| | | 8/19/2022 | $4,455 | |
| | | 9/9/2022 | $1,406 | |
| | **TOTAL CINTAS CORP #524** | | **$13,725** | |

**Metal Services LLC**

**Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.60 | CINTAS CORPORATION<br>PO BOX 630921<br>CINCINNATI, OH 45263 | 7/1/2022 | $4,980 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/15/2022 | $753 | |
| | | 7/29/2022 | $1,832 | |
| | | 8/12/2022 | $2,228 | |
| | | 8/12/2022 | $2,212 | |
| | | 8/19/2022 | $11,661 | |
| | | 8/19/2022 | $60,097 | |
| | **TOTAL CINTAS CORPORATION** | | **$83,763** | |
| 3.61 | CINTAS CORPORATION #319<br>1303 KENTWOOD AVE.<br>HAMMOND, IN 46320 | 7/21/2022 | $26,839 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/22/2022 | $106 | |
| | | 8/8/2022 | $9,420 | |
| | | 8/12/2022 | $2,274 | |
| | | 9/2/2022 | $27,449 | |
| | **TOTAL CINTAS CORPORATION #319** | | **$66,087** | |
| 3.62 | CINTAS CORPORATION (LOC # 04M)<br>P.O. BOX 88005<br>CHICAGO, IL 606801005 | 7/1/2022 | $2,112 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/22/2022 | $24,679 | |
| | | 7/29/2022 | $6,790 | |
| | | 8/19/2022 | $12,880 | |
| | | 8/26/2022 | $1,136 | |
| | | 9/9/2022 | $14,559 | |
| | | 9/16/2022 | $35,008 | |
| | **TOTAL CINTAS CORPORATION (LOC # 04M)** | | **$97,165** | |

**Metal Services LLC**                                                     Case Number:  **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.63 | CINTAS FIRE PROTECTION<br>PO BOX 636525<br>CINCINNATI, OH 45263 | 7/1/2022<br>7/8/2022<br>8/19/2022<br>8/19/2022<br>9/9/2022 | $3,943<br>$5,956<br>$2,526<br>$3,889<br>$1,813 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL CINTAS FIRE PROTECTION** | | **$18,127** | |
| 3.64 | CIT EQUIPMENT FINANCE<br>FIRST-CITIZENS BANK & TRUST CO<br>CHICAGO, IL 606731259 | 6/30/2022<br>8/5/2022<br>8/31/2022 | $19,857<br>$19,857<br>$19,857 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | **TOTAL CIT EQUIPMENT FINANCE** | | **$59,570** | |
| 3.65 | CLEVELAND-CLIFFS INC.<br>25465 NETWORK PLACE<br>CHICAGO, IL 60673 | 7/22/2022<br>8/8/2022<br>8/26/2022 | $13,646<br>$161,236<br>$143,024 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Customer |
| | **TOTAL CLEVELAND-CLIFFS INC.** | | **$317,905** | |
| 3.66 | COMPOSITECH PRODUCTS MANUFACTURING,<br>PO BOX 2673<br>PEARLAND, TX 77588 | 8/12/2022<br>9/2/2022<br>9/9/2022 | $13,173<br>$18,310<br>$20,845 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL COMPOSITECH PRODUCTS MANUFACTURING,** | | **$52,328** | |

**Metal Services LLC**                                           **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.67 | CONTINENTAL TIRE THE AMERICAS, LLC<br>PO BOX 745388<br>ATLANTA, GA 303745388 | 7/1/2022<br>7/22/2022<br>8/26/2022 | $41,510<br>$8,371<br>$12,116 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CONTINENTAL TIRE THE AMERICAS, LLC** | | **$61,997** | |
| 3.68 | COPE BROTHERS MACHINE SHOP<br>PO BOX 65<br>CROWN POINT, IN 46307 | 7/1/2022<br>7/8/2022 | $11,200<br>$6,625 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL COPE BROTHERS MACHINE SHOP** | | **$17,825** | |
| 3.69 | COUGAR CHEMICAL<br>3725 NEW GETWELL RD.<br>MEMPHIS, TN 38118 | 7/15/2022<br>8/19/2022 | $5,886<br>$7,184 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL COUGAR CHEMICAL** | | **$13,070** | |
| 3.70 | CRESTMARK EQUIPMENT FINANCE<br>5501 S. BROADBAND LN<br>SIOUX FALLS, SD 57108 | 7/6/2022 | $158,186 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL CRESTMARK EQUIPMENT FINANCE** | | **$158,186** | |
| 3.71 | CRYDER MARKETING & ADVERTISING<br>1224 NORTH SHARTEL AVE.<br>OKLAHOMA CITY, OK 73103 | 7/1/2022<br>8/12/2022 | $7,096<br>$13,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL CRYDER MARKETING & ADVERTISING** | | **$20,596** | |

**Metal Services LLC**                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.72 | DAVALYN CORPORATION<br>2 JENNI LN.<br>MORRISTOWN, NJ 07960 | 9/9/2022 | $31,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL DAVALYN CORPORATION** | | **$31,000** | |
| 3.73 | DAVENPORT ENERGY, INC.<br>P.O. BOX 879<br>CHATHAM, VA 24531 | 7/1/2022 | $5,469 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/8/2022 | $13,043 | |
| | | 7/29/2022 | $15,423 | |
| | | 8/12/2022 | $5,282 | |
| | | 8/19/2022 | $11,652 | |
| | | 9/2/2022 | $11,899 | |
| | | 9/16/2022 | $10,419 | |
| | **TOTAL DAVENPORT ENERGY, INC.** | | **$73,187** | |
| 3.74 | DAVISON FUELS & OIL, LLC<br>PO BOX 896850<br>CHARLOTTE, NC 28289 | 7/8/2022 | $28,288 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/22/2022 | $39,988 | |
| | | 7/29/2022 | $27,157 | |
| | | 8/5/2022 | $11,844 | |
| | | 8/12/2022 | $11,780 | |
| | | 8/19/2022 | $14,635 | |
| | | 8/26/2022 | $16,728 | |
| | | 9/2/2022 | $39,527 | |
| | **TOTAL DAVISON FUELS & OIL, LLC** | | **$189,946** | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|-----------------------------|-------|-----------------------|---------------------------------|
| 3.75  DE LAGE LANDEN FINANCIAL SERVICES<br>P.O. BOX 41602<br>PHILADELPHIA, PA 191011601 | 7/5/2022 | $38,900 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/5/2022 | $4,626 | |
| | 7/5/2022 | $11,825 | |
| | 7/5/2022 | $23,474 | |
| | 7/5/2022 | $10,939 | |
| | 7/5/2022 | $5,855 | |
| | 7/5/2022 | $6,913 | |
| | 7/18/2022 | $1 | |
| | 7/18/2022 | $5,854 | |
| | 7/18/2022 | $16,758 | |
| | 7/18/2022 | $18,167 | |
| | 7/18/2022 | $11,360 | |
| | 8/2/2022 | $10,939 | |
| | 8/2/2022 | $23,474 | |
| | 8/2/2022 | $6,913 | |
| | 8/2/2022 | $5,855 | |
| | 8/2/2022 | $11,825 | |
| | 8/2/2022 | $4,626 | |
| | 8/2/2022 | $38,900 | |
| | 8/16/2022 | $16,758 | |
| | 8/16/2022 | $11,360 | |
| | 8/16/2022 | $18,167 | |
| | 8/16/2022 | $5,855 | |
| | 9/2/2022 | $6,913 | |
| | 9/2/2022 | $38,900 | |
| | 9/2/2022 | $23,474 | |
| | 9/2/2022 | $11,825 | |
| | 9/2/2022 | $5,855 | |
| | 9/2/2022 | $10,939 | |
| | 9/2/2022 | $4,626 | |
| | 9/16/2022 | $5,855 | |
| | 9/16/2022 | $11,360 | |
| | 9/16/2022 | $16,758 | |

**Metal Services LLC**                                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | 9/16/2022 | $18,167 | |
| **TOTAL DE LAGE LANDEN FINANCIAL SERVICES** | | $464,015 | |
| 3.76  DELTA AUTO PARTS, INC.<br>PO BOX 1731<br>BLYTHEVILLE, AR 72315 | 7/15/2022<br>7/22/2022<br>7/29/2022<br>8/19/2022 | $319<br>$9,451<br>$5,742<br>$6,044 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DELTA AUTO PARTS, INC.** | | $21,556 | |
| 3.77  DELTA STEEL TECHNOLOGIES<br>2204 CENTURY CENTER BLVD.<br>IRVING, TX 75062 | 7/29/2022 | $8,341 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL DELTA STEEL TECHNOLOGIES** | | $8,341 | |
| 3.78  DEMARCUS BRIGHT<br>420 20TH ST.  SUITE 1900<br>BIRMINGHAM, AL 35203 | 8/4/2022 | $10,800 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Legal Settlements |
| **TOTAL DEMARCUS BRIGHT** | | $10,800 | |
| 3.79  DEXT CAPITAL<br>P.O. BOX 74007351<br>CHICAGO, IL 60674 | 7/1/2022<br>8/1/2022<br>9/1/2022 | $89,411<br>$89,411<br>$89,411 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| **TOTAL DEXT CAPITAL** | | $268,233 | |

**Metal Services LLC**                                                              **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.80 DISCOVERY BENEFITS LLC<br>P.O. BOX 2926<br>FARGO, ND 581082926 | 7/1/2022 | $3,819 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/20/2022 | $2,988 | |
| | 8/4/2022 | $3,653 | |
| | 8/23/2022 | $3,763 | |
| | 9/6/2022 | $1,822 | |
| | 9/23/2022 | $2,222 | |
| **TOTAL DISCOVERY BENEFITS LLC** | | **$18,267** | |
| 3.81 DNC HYDRAULICS, LLC<br>5219 CR313<br>RAWSON, OH 45881 | 7/15/2022 | $45,452 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 9/2/2022 | $5,285 | |
| | 9/9/2022 | $20,741 | |
| **TOTAL DNC HYDRAULICS, LLC** | | **$71,479** | |
| 3.82 DOZIER CRANE & RIGGING, LLC<br>156 PINE BARREN ROAD<br>POOLER, GA 31322 | 7/22/2022 | $35,234 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 8/26/2022 | $5,748 | |
| **TOTAL DOZIER CRANE & RIGGING, LLC** | | **$40,981** | |
| 3.83 DUST CONTROL TECHNOLOGY<br>1607 W CHANUTE RD<br>PEORIA, IL 61615 | 7/29/2022 | $9,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 8/19/2022 | $4,700 | |
| | 8/26/2022 | $4,700 | |
| | 9/2/2022 | $4,700 | |
| | 9/16/2022 | $24,158 | |
| **TOTAL DUST CONTROL TECHNOLOGY** | | **$47,658** | |

**Metal Services LLC**                                                     **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.84 ELLIS PROCESSING & MATERIAL HANDLIN<br>2603 CORPORATE AVE EAST<br>MEMPHIS, TN 38132 | 7/22/2022 | $17,451 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ELLIS PROCESSING & MATERIAL HANDLIN** | | **$17,451** | |
| 3.85 EMAINT ENTERPRISES, LLC<br>P.O. BOX 7410678<br>CHICAGO, IL 606740678 | 7/1/2022<br>8/26/2022 | $8,750<br>$60,317 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL EMAINT ENTERPRISES, LLC** | | **$69,067** | |
| 3.86 EMCOR HYRE ELECTRIC CO OF INDIANA I<br>2655 GARFIELD ST.<br>HIGHLAND, IN 46322 | 7/29/2022<br>8/8/2022<br>8/12/2022<br>9/16/2022 | $1,636<br>$6,305<br>$11,872<br>$674 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL EMCOR HYRE ELECTRIC CO OF INDIANA I** | | **$20,487** | |
| 3.87 EMERALD REFRACTORIES<br>100 S. 3RD ST.<br>EVANS CITY, PA 16033 | 7/1/2022<br>8/12/2022<br>9/2/2022<br>9/9/2022<br>9/16/2022 | $5,751<br>$15,336<br>$15,346<br>$15,347<br>$14,236 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL EMERALD REFRACTORIES** | | **$66,015** | |
| 3.88 EMPLOYMENT SCREENING SERVICES<br>GLOBAL HR RESEARCH<br>CINCINNATI, OH 452638968 | 7/15/2022<br>8/1/2022<br>9/9/2022 | $10,506<br>$8,751<br>$485 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL EMPLOYMENT SCREENING SERVICES** | | **$19,742** | |

**Metal Services LLC**                                                      **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.89  ENABLON<br>300 WEST ADAMS STREET<br>CHICAGO, IL 60606 | 7/1/2022<br>8/12/2022<br>8/19/2022 | $7,004<br>$21,212<br>$57,623 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ENABLON** | | **$85,839** | |
| 3.90  ENCINA EQUIPMENT FINANCE<br><br>WAYNE, PA 19087 | 7/1/2022<br>8/1/2022<br>9/1/2022 | $191,688<br>$197,819<br>$197,819 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Capital Leases |
| **TOTAL ENCINA EQUIPMENT FINANCE** | | **$587,325** | |
| 3.91  EQUIPMENT MECHANIC SERVICES, LLC<br>2907 US HWY 42 WEST<br>WARSAW, KY 41095 | 7/1/2022<br>9/9/2022 | $5,555<br>$4,842 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL EQUIPMENT MECHANIC SERVICES, LLC** | | **$10,396** | |
| 3.92  ERIC DC ARAGON<br><br>WAYNE, PA 19087 | 9/2/2022<br>9/19/2022<br>9/22/2022 | $7,601<br>$1,541<br>$1,520 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ERIC DC ARAGON** | | **$10,662** | |

**Metal Services LLC**           **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.93  ERNST & YOUNG<br>P.O. BOX 640382<br>PITTSBURGH, PA 152640382 | 7/1/2022<br>7/15/2022<br>9/9/2022<br>9/23/2022<br>9/23/2022<br>9/26/2022 | $100,000<br>$100,000<br>$158,920<br>$37,806<br>$117,021<br>$47,256 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL ERNST & YOUNG** | **$561,002** | |
| 3.94  EVERCORE GROUP LLC<br>55 EAST 52 STREET<br>38TH FLOOR<br>NEW YORK, NY 10055 | 9/9/2022<br>9/16/2022<br>9/23/2022 | $150,000<br>$150,000<br>$150,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL EVERCORE GROUP LLC** | **$450,000** | |
| 3.95  EXPEDIENT<br>500 FIRST AVENUE<br>PITTSBURGH, PA 15219 | 7/15/2022<br>9/9/2022<br>9/16/2022 | $21,437<br>$13,576<br>$12,376 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL EXPEDIENT** | **$47,388** | |
| 3.96  EXPOQUIP, INC<br>6636 CENTRAL AVENURE PIKE<br>KNOXVILLE, TN 37912 | 7/15/2022<br>7/22/2022<br>8/26/2022 | $24,106<br>$3,768<br>$1,742 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL EXPOQUIP, INC** | **$29,615** | |

**Metal Services LLC**                                                    Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.97 | EXPORT FUEL CO. INC.<br>1050 MECHLING RD<br>GREENSBURG, PA 15601 | 7/1/2022 | $2,350 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/8/2022 | $2,519 | |
| | | 7/22/2022 | $4,217 | |
| | | 7/29/2022 | $2,524 | |
| | | 8/5/2022 | $2,259 | |
| | | 8/12/2022 | $2,545 | |
| | | 8/26/2022 | $2,722 | |
| | | 9/2/2022 | $3,010 | |
| | | 9/9/2022 | $1,760 | |
| | **TOTAL EXPORT FUEL CO. INC.** | | **$23,908** | |
| 3.98 | EXPRESS 4X4 TRUCK RENTAL<br>WIRE TRANSFER<br>WAYNE, PA 19087 | 7/8/2022 | $12,639 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 8/29/2022 | $6,139 | |
| | | 9/21/2022 | $12,601 | |
| | **TOTAL EXPRESS 4X4 TRUCK RENTAL** | | **$31,379** | |
| 3.99 | EXPRESS SCRIPTS, INC.<br>21653 NETWORK PLACE<br>CHICAGO, IL 606731216 | 7/1/2022 | $9,417 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/8/2022 | $14,240 | |
| | **TOTAL EXPRESS SCRIPTS, INC.** | | **$23,657** | |
| 3.100 | F&M MAFCO, INC.<br>PO BOX 11013<br>CINCINNATI, OH 45211 | 7/22/2022 | $2,112 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/29/2022 | $3,528 | |
| | | 8/19/2022 | $12,187 | |
| | | 9/16/2022 | $4,105 | |
| | **TOTAL F&M MAFCO, INC.** | | **$21,932** | |

**Metal Services LLC**                                                              **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.101 | FASTENAL<br>PO BOX 1286<br>WINONA, MN 55987 | 7/1/2022<br>7/15/2022<br>7/22/2022<br>9/9/2022 | $1,009<br>$6,034<br>$1,229<br>$499 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | **TOTAL FASTENAL** | **$8,770** | |
| 3.102 | FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 152507461 | 8/15/2022<br>9/9/2022 | $7,138<br>$845 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | **TOTAL FEDEX** | **$7,983** | |
| 3.103 | FIFTH THIRD BANK, NATIONAL ASSN.<br>P.O. BX 630756<br>CINCINNATI, OH 452630756 | 7/5/2022<br>8/2/2022<br>9/2/2022 | $11,714<br>$13,286<br>$16,508 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | | **TOTAL FIFTH THIRD BANK, NATIONAL ASSN.** | **$41,508** | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.104  FIRST NATIONAL CAPITAL, LLC<br>27051 TOWNE CENTRE DR.,STE 260<br>FOOTHILL RANCH, CA 92610 | 7/1/2022 | $8,128 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | 7/1/2022 | $663 | |
| | 7/1/2022 | $663 | |
| | 7/1/2022 | $81,785 | |
| | 7/1/2022 | $663 | |
| | 7/1/2022 | $663 | |
| | 7/1/2022 | $663 | |
| | 7/1/2022 | $21,312 | |
| | 7/1/2022 | $38,741 | |
| | 7/1/2022 | $40,954 | |
| | 7/1/2022 | $13,217 | |
| | 7/1/2022 | $32,302 | |
| | 7/1/2022 | $17,230 | |
| | 8/1/2022 | $38,078 | |
| | 8/1/2022 | $7,977 | |
| | 8/1/2022 | $40,292 | |
| | 8/1/2022 | $51,020 | |
| | 8/1/2022 | $32,302 | |
| | 8/1/2022 | $20,650 | |
| | 8/1/2022 | $13,217 | |
| | 8/1/2022 | $17,936 | |
| | 9/1/2022 | $32,302 | |
| | 9/1/2022 | $40,292 | |
| | 9/1/2022 | $51,020 | |
| | 9/1/2022 | $20,650 | |
| | 9/1/2022 | $38,078 | |
| | 9/1/2022 | $19,601 | |
| | 9/1/2022 | $7,977 | |
| | 9/1/2022 | $13,217 | |
| **TOTAL FIRST NATIONAL CAPITAL, LLC** | | **$701,592** | |

**Metal Services LLC**                                                                 **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.105 | FL SMIDTH KREBS, INC.<br>PO BOX 12352<br>DALLAS, TX 75312 | 7/1/2022<br>8/12/2022 | $2,527<br>$12,847 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FL SMIDTH KREBS, INC.** | | **$15,374** | |
| 3.106 | FUELZ - A MCPHERSON COMPANY<br>DEPT# 6451<br>BIRMINGHAM, AL 35246 | 7/1/2022<br>7/8/2022<br>7/22/2022<br>7/29/2022<br>8/5/2022<br>8/26/2022<br>9/2/2022<br>9/16/2022 | $8,557<br>$11,034<br>$16,380<br>$16,094<br>$10,135<br>$5,335<br>$9,467<br>$4,637 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FUELZ - A MCPHERSON COMPANY** | | **$81,639** | |
| 3.107 | FUELZ-A MCPHERSON COMPANY<br>DEPT #6451<br>BIRMINGHAM, AL 35246 | 9/9/2022 | $22,563 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FUELZ-A MCPHERSON COMPANY** | | **$22,563** | |
| 3.108 | G.E.I. FLUID POWER<br>G.E.I. FLUID POWER<br>DILLSBORO, IN 47018 | 7/15/2022<br>7/22/2022 | $22,311<br>$10,527 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL G.E.I. FLUID POWER** | | **$32,837** | |
| 3.109 | GALLO EQUIPMENT CO<br>11835 S. AVENUE O<br>CHICAGO, IL 60617 | 7/15/2022 | $28,448 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GALLO EQUIPMENT CO** | | **$28,448** | |

**Metal Services LLC**                                                          **Case Number: 22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.110  GARUS TRUCKING, INC.<br>7264 W. 21ST AVE.<br>GARY, IN 46406 | 7/1/2022<br>7/8/2022<br>7/15/2022<br>9/2/2022 | $23,933<br>$11,950<br>$19,200<br>$23,183 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GARUS TRUCKING, INC.** | | **$78,266** | |
| 3.111  GATTERDAM INDUSTRIAL SERVICES<br>P.O. BOX 32245<br>LOUISVILLE, KY 40232 | 7/22/2022<br>8/26/2022 | $6,847<br>$3,211 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GATTERDAM INDUSTRIAL SERVICES** | | **$10,058** | |
| 3.112  GENESIS WELDING SERVICES<br>167 WINDY HILL<br>SALYERSVILLE, KY 41465 | 8/12/2022<br>9/9/2022 | $34,500<br>$10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GENESIS WELDING SERVICES** | | **$44,500** | |
| 3.113  GERDAU<br>PO BOX 1592<br>FORT SMITH, AR 72902 | 7/15/2022<br>7/29/2022<br>9/16/2022 | $4,252<br>$1,511<br>$2,962 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GERDAU** | | **$8,725** | |
| 3.114  GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166 | 9/9/2022<br>9/9/2022<br>9/23/2022 | $263,991<br>$250,000<br>$391,104 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GIBSON, DUNN & CRUTCHER LLP** | | **$905,094** | |

**Metal Services LLC**                                                         Case Number: **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.115  GILSON COMPANY, INC.<br>P.O. BOX 337<br>POWELL, OH 430650337 | 7/15/2022<br>7/22/2022 | $4,888<br>$3,020 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL GILSON COMPANY, INC.** | | **$7,908** | |
| 3.116  GLOBAL TAX MANAGEMENT<br>656 E. SWEDESFORD RD.<br>WAYNE, PA 19087 | 9/9/2022 | $15,786 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GLOBAL TAX MANAGEMENT** | | **$15,786** | |
| 3.117  GRAINGER<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | 7/1/2022<br>7/15/2022<br>7/22/2022<br>8/8/2022<br>8/19/2022<br>9/9/2022 | $31,114<br>$39,179<br>$1,659<br>$6,235<br>$1,490<br>$2,496 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL GRAINGER** | | **$82,173** | |
| 3.118  GREEN UP 2 CLEAN UP<br>175 EAST US HIGHWAY 20<br>CHESTERTON, IN 46304 | 8/12/2022<br>8/26/2022 | $4,030<br>$4,030 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL GREEN UP 2 CLEAN UP** | | **$8,060** | |
| 3.119  GREENWAY OIL & GAS CO., INC.<br>PO BOX 127<br>NEWPORT, AR 72112 | 7/15/2022 | $42,244 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Utilities |
| **TOTAL GREENWAY OIL & GAS CO., INC.** | | **$42,244** | |

**Metal Services LLC**                                                    Case Number:  **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.120 | GULF COAST TRUCK & EQUIPMENT<br>PO BOX 2208<br>DECATUR, AL 35609 | 8/19/2022<br>8/26/2022<br>8/26/2022 | $256<br>$497<br>$12,213 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GULF COAST TRUCK & EQUIPMENT** | | **$12,966** | |
| 3.121 | H&K EQUIPMENT INC.<br>4200 CASTEEEL DRIVE<br>CORAOPOLIS, PA 15108 | 8/12/2022 | $49,560 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL H&K EQUIPMENT INC.** | | **$49,560** | |
| 3.122 | HALYARD CORPORATION<br>862 KENNEDY AVE<br>SCHERERVILLE, IN 46375 | 7/1/2022<br>7/8/2022 | $98,389<br>$135,946 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HALYARD CORPORATION** | | **$234,335** | |
| 3.123 | HATCH ASSOCIATES CONSULTANTS, INC.<br>PO BOX 200966<br>PITTSBURGH, PA 15251 | 7/26/2022 | $87,870 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HATCH ASSOCIATES CONSULTANTS, INC.** | | **$87,870** | |
| 3.124 | HEAVY MACHINES, INC<br>PO BOX 306330<br>NASHVILLE, TN 372306330 | 7/15/2022<br>7/22/2022<br>7/29/2022 | $2,735<br>$1,194<br>$4,776 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HEAVY MACHINES, INC** | | **$8,705** | |

**Metal Services LLC**

**Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.125   HERC RENTALS INC.<br>P.O. BOX 936257<br>ATLANTA, GA 31193 | 8/19/2022 | $13,852 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL HERC RENTALS INC.** | | **$13,852** | |
| 3.126   HITEC SOLUTIONS<br><br>WAYNE, PA 19087 | 6/29/2022<br>8/31/2022 | $69,003<br>$84,857 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL HITEC SOLUTIONS** | | **$153,860** | |
| 3.127   HOSE CONNECTIONS, INC<br>6718 KENNEDY AVE<br>HAMMOND, IN 46323 | 8/8/2022<br>8/12/2022 | $9,087<br>$21,389 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL HOSE CONNECTIONS, INC** | | **$30,477** | |
| 3.128   HUGG AND HALL EQUIPMENT COMPANY<br>PO BOX 194110<br>LITTLE ROCK, AR 72219 | 7/15/2022<br>7/22/2022 | $20,378<br>$5,554 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL HUGG AND HALL EQUIPMENT COMPANY** | | **$25,932** | |
| 3.129   I.U.O.E. LOCAL 150 ADMIN DUES<br>6150 JOLIET ROAD<br>LA GRANGE, IL 60525 | 7/7/2022<br>8/9/2022 | $38,784<br>$45,306 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL I.U.O.E. LOCAL 150 ADMIN DUES** | | **$84,090** | |
| 3.130   INCORP INDUSTRIES, LLC<br>3020 DIEGO DRIVE<br>EVANSVILLE, IN 47715 | 7/15/2022 | $10,920 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL INCORP INDUSTRIES, LLC** | | **$10,920** | |

**Metal Services LLC**                                                                 **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.131 | INDUSTRIAL PARTS GROUP, INC.<br>605 S. OLD RT. 66<br>DWIGHT, IL 60420 | 7/8/2022<br>8/19/2022 | $33,290<br>$17,075 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL INDUSTRIAL PARTS GROUP, INC.** | | **$50,365** | |
| 3.132 | INDUSTRIAL RESOURCE GROUP, LLC<br>3110 W. 5TH AVE.<br>GARY, IN 46406 | 7/22/2022<br>7/29/2022<br>8/19/2022<br>8/19/2022<br>9/2/2022 | $4,725<br>$4,453<br>$10,957<br>$672<br>$32,893 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL INDUSTRIAL RESOURCE GROUP, LLC** | | **$53,699** | |
| 3.133 | INDUSTRIAL SOLUTIONS AUTHORITY<br>530 N 3RS ST.<br>HAMILTON, OH 45011 | 8/19/2022 | $21,439 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL INDUSTRIAL SOLUTIONS AUTHORITY** | | **$21,439** | |
| 3.134 | INTEGRATED COMMUNICATIONS, INC.<br>P.O. BOX 341886<br>MEMPHIS, TN 38184 | 7/1/2022<br>8/12/2022 | $16,779<br>$3,536 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| | **TOTAL INTEGRATED COMMUNICATIONS, INC.** | | **$20,316** | |
| 3.135 | INTEGRITY SOLUTIONS GROUP LLC<br>PO BOX 2373<br>STILLWATER, OK 74076 | 8/12/2022<br>9/21/2022 | $376<br>$16,825 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL INTEGRITY SOLUTIONS GROUP LLC** | | **$17,201** | |

**Metal Services LLC**                                                         Case Number:  **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.136  INTRALINKS, INC.<br>P.O. BOX 392134<br>PITTSBURGH, PA 152519134 | 8/19/2022<br>8/19/2022 | $45,050<br>$106 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INTRALINKS, INC.** | | **$45,156** | |
| 3.137  J.A. RIGGS TRACTOR CO.<br>PO BOX 844753<br>DALLAS, TX 752844753 | 7/1/2022<br>7/15/2022<br>7/18/2022<br>7/29/2022<br>8/5/2022<br>8/12/2022<br>8/19/2022<br>8/19/2022<br>8/26/2022<br>9/2/2022<br>9/9/2022<br>9/16/2022 | $255,663<br>$175,089<br>$432,786<br>$275,022<br>$275,063<br>$275,185<br>$100,135<br>$175,158<br>$275,024<br>$275,074<br>$275,180<br>$275,031 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL J.A. RIGGS TRACTOR CO.** | | **$3,064,408** | |
| 3.138  JABER ADULLA JAAFAR AL ROMAITHI<br><br>WAYNE, PA 19087 | 7/8/2022 | $44,849 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL JABER ADULLA JAAFAR AL ROMAITHI** | | **$44,849** | |
| 3.139  JACKSON LEWIS P.C.<br>P.O. BOX 416019<br>BOSTON, MA 02241 | 7/1/2022<br>7/15/2022 | $4,874<br>$4,462 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL JACKSON LEWIS P.C.** | | **$9,336** | |

**Metal Services LLC**                                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.140   JAMES RIVER EQUIPMENT<br>3902 W. MAIN ST.<br>SALEM, VA 24153 | 7/1/2022 | $9,994 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  **TOTAL JAMES RIVER EQUIPMENT** | | **$9,994** | |
| 3.141   JJB TRANSPORTATION, LLC<br>12802 N 103RD AVE<br>COLLINSVILLE, OK 74021 | 7/1/2022 | $9,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL JJB TRANSPORTATION, LLC** | | **$9,000** | |
| 3.142   JOE HARRIS JR. TRUCKING<br>P.O. BOX 781<br>OSCEOLA, AR 72370 | 7/8/2022 | $24,692 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL JOE HARRIS JR. TRUCKING** | | **$24,692** | |
| 3.143   JOHN SAKASH COMPANY, INC.<br>P.O. BOX 210<br>ELMHURST, IL 60126 | 7/1/2022<br>7/22/2022 | $5,772<br>$3,537 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL JOHN SAKASH COMPANY, INC.** | | **$9,309** | |
| 3.144   JP INDUSTRIAL SUPPLY, INC.<br>10033 EXPRESS DR.<br>HIGHLAND, IN 46322 | 7/8/2022<br>7/29/2022<br>8/12/2022<br>8/19/2022<br>8/26/2022<br>9/9/2022<br>9/16/2022 | $4,964<br>$3,196<br>$2,310<br>$519<br>$2,705<br>$10,099<br>$2,261 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL JP INDUSTRIAL SUPPLY, INC.** | | **$26,054** | |

**Metal Services LLC**                                                        **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.145  KADEX ELECTRO-MECHANICAL WORKS<br>WIRE TRANSFER<br>WAYNE, PA 19087 | 8/8/2022 | $12,001 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KADEX ELECTRO-MECHANICAL WORKS** | | **$12,001** | |
| 3.146  KELLY & ASSOCIATES INSURANCE GROUP<br>PO BOX 418926<br>BOSTON, MA 02241 | 7/25/2022<br>8/25/2022<br>9/26/2022 | $277,142<br>$310,858<br>$291,252 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL KELLY & ASSOCIATES INSURANCE GROUP** | | **$879,251** | |
| 3.147  KENCO ENGINEERING, INC.<br>P.O. BOX 1467<br>ROSEVILLE, CA 95678 | 7/15/2022<br>7/22/2022 | $9,437<br>$10,354 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KENCO ENGINEERING, INC.** | | **$19,791** | |
| 3.148  KENNEDY EXCAVATING<br>106 1/2 COOPER ST<br>WEIRTON, WV 26062 | 7/1/2022<br>8/19/2022 | $4,527<br>$10,996 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL KENNEDY EXCAVATING** | | **$15,524** | |
| 3.149  KENTUCKIANA WIRE ROPE & SUPPLY, INC<br>P.O. BOX 933279<br>CLEVELAND, OH 44193 | 7/15/2022<br>7/22/2022<br>7/29/2022<br>8/19/2022<br>8/26/2022 | $13,106<br>$20,706<br>$1,514<br>$964<br>$1,352 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL KENTUCKIANA WIRE ROPE & SUPPLY, INC** | | **$37,642** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.150  KENTUCKY STATE TREASURER<br>403 CONSTITUTION CIRCLE<br>LINCOLN UNIVERSITY, PA 19352 | 9/9/2022 | $9,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Taxes |
| **TOTAL KENTUCKY STATE TREASURER** | | **$9,000** | |
| 3.151  KENWORTH OF MOBILE, INC<br>CORPORATE BILLING, INC.<br>BIRMINGHAM, AL 35283 | 7/1/2022<br>8/19/2022<br>8/26/2022 | $4,484<br>$15,385<br>$211 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL KENWORTH OF MOBILE, INC** | | **$20,080** | |
| 3.152  KEY PARTS & MACHINERY CO., INC.<br>P.O. BOX 2222<br>DECATUR, AL 35609 | 7/15/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022 | $12,237<br>$38,620<br>$17,212<br>$18,820 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL KEY PARTS & MACHINERY CO., INC.** | | **$86,890** | |
| 3.153  KIEMLE HANKINS COMPANY<br>PO BOX 507<br>TOLEDO, OH 43697 | 8/19/2022<br>9/9/2022 | $38,575<br>$2,995 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL KIEMLE HANKINS COMPANY** | | **$41,570** | |
| 3.154  KOEHLER WELDING SUPPLY INC.<br>2352 MICHIGAN RD<br>MADISON, IN 47250 | 7/1/2022<br>7/22/2022<br>8/12/2022 | $4,995<br>$3,262<br>$7,313 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL KOEHLER WELDING SUPPLY INC.** | | **$15,570** | |

**Metal Services LLC**                                                         **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.155  KOORSEN FIRE & SECURITY<br>2719 N ARLINGTON AVENUE<br>INDIANAPOLIS, IN 462183322 | 7/22/2022<br>7/29/2022<br>9/2/2022<br>9/23/2022 | $8,354<br>$20,653<br>$2,162<br>$281,351 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KOORSEN FIRE & SECURITY** | | **$312,520** | |
| 3.156  KPA SERVICES, LLC<br>P.O. BOX 83301<br>WOBURN, MA 018133301 | 7/1/2022<br>8/19/2022 | $13,157<br>$7,105 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL KPA SERVICES, LLC** | | **$20,261** | |
| 3.157  KPMG LLP<br>DEPT 0970<br>DALLAS, TX 753120970 | 7/5/2022 | $235,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL KPMG LLP** | | **$235,000** | |
| 3.158  KRESS CORPORATION<br>36958 TREASURY CENTER<br>CHICAGO, IL 606946900 | 7/1/2022<br>7/22/2022<br>7/29/2022<br>8/19/2022<br>8/26/2022<br>9/2/2022<br>9/9/2022<br>9/16/2022 | $22,062<br>$4,605<br>$8,156<br>$25,343<br>$13,476<br>$36,962<br>$200,177<br>$200,153 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KRESS CORPORATION** | | **$510,933** | |

**Metal Services LLC**                                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.159 KT- GRANT, INC.<br>P.O. BOX 635748<br>CINCINNATI, OH 452635748 | 7/1/2022<br>7/8/2022<br>7/29/2022<br>8/8/2022<br>8/12/2022<br>8/19/2022 | $4,901<br>$59,164<br>$20,196<br>$7,652<br>$33,872<br>$20,043 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL KT- GRANT, INC.** | | **$145,828** | |
| 3.160 LAKE COUNTY TREASURER<br>2293 NORTH MAIN ST<br>CROWN POINT, IN 46307 | 7/1/2022 | $107,109 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL LAKE COUNTY TREASURER** | | **$107,109** | |
| 3.161 LATROBE STEEL COMPANY<br>P.O. BOX 31<br>LATROBE, PA 15650 | 7/1/2022 | $9,706 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL LATROBE STEEL COMPANY** | | **$9,706** | |
| 3.162 LAZOURDY CONTRACTING & GENERAL MAIN<br>WIRE TRANSFER<br>KENNETT SQUARE, PA 19348 | 8/8/2022 | $28,443 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL LAZOURDY CONTRACTING & GENERAL MAIN** | | **$28,443** | |
| 3.163 LEE RODGERS TIRE COMPANY<br>2000 EAST 165 SERVICE RD NORTH<br>MOBILE, AL 36617 | 7/8/2022<br>7/22/2022<br>8/8/2022 | $6,183<br>$7,523<br>$28,524 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL LEE RODGERS TIRE COMPANY** | | **$42,230** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.164   LENDINGCLUB BANK<br>2701 N. THANKSGIVING WAY<br>LEHI, UT 84043 | 7/6/2022<br>8/2/2022<br>9/2/2022 | $29,574<br>$29,574<br>$29,574 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL LENDINGCLUB BANK** | | **$88,723** | |
| 3.165   LIBERTY COMMERCIAL FINANCE LLC<br>18302 IRVINE BLVD.<br>TUSTIN, CA 92780 | 6/30/2022<br>7/1/2022<br>7/1/2022<br>7/8/2022<br>7/11/2022<br>7/15/2022<br>8/1/2022<br>8/1/2022<br>8/30/2022<br>9/1/2022<br>9/1/2022 | $203,871<br>$43,911<br>$63,252<br>$200,000<br>$139,644<br>$200,000<br>$43,911<br>$81,539<br>$32,819<br>$64,284<br>$43,911 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| **TOTAL LIBERTY COMMERCIAL FINANCE LLC** | | **$1,117,143** | |
| 3.166   LINKLATERS, LLP<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 8/5/2022 | $92,759 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL LINKLATERS, LLP** | | **$92,759** | |

**Metal Services LLC**                                                    **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.167 | LITTLEFIELD OIL COMPANY<br>PO BOX 180100<br>FORT SMITH, AR 72918 | 7/1/2022 | $7,262 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/8/2022 | $9,608 | |
| | | 7/22/2022 | $21,081 | |
| | | 7/29/2022 | $7,641 | |
| | | 8/5/2022 | $7,179 | |
| | | 8/12/2022 | $4,517 | |
| | | 8/19/2022 | $4,717 | |
| | | 8/26/2022 | $8,015 | |
| | | 9/2/2022 | $6,471 | |
| | | 9/9/2022 | $8,695 | |
| | | 9/16/2022 | $3,729 | |
| | **TOTAL LITTLEFIELD OIL COMPANY** | | **$88,915** | |
| 3.168 | LOGAN CORPORATION<br>1126 20TH STREET<br>HUNTINGTON, WV 25703 | 7/22/2022 | $9,055 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 9/9/2022 | $4,490 | |
| | **TOTAL LOGAN CORPORATION** | | **$13,545** | |
| 3.169 | LYDEN OIL COMPANY<br>3711 LEHARPS ROAD<br>YOUNGSTOWN, OH 44515 | 7/1/2022 | $3,040 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/8/2022 | $2,056 | |
| | | 7/22/2022 | $5,577 | |
| | | 8/5/2022 | $10,015 | |
| | | 8/19/2022 | $6,732 | |
| | | 8/26/2022 | $969 | |
| | | 9/2/2022 | $1,239 | |
| | | 9/9/2022 | $984 | |
| | **TOTAL LYDEN OIL COMPANY** | | **$30,612** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.170    MANSFIELD OIL COMPANY OF<br>P.O. BOX 733706<br>DALLAS, TX 753733706 | 7/1/2022 | $103,388 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 7/8/2022 | $231,418 |  |
|  | 7/15/2022 | $164,605 |  |
|  | 7/22/2022 | $181,945 |  |
|  | 7/29/2022 | $141,632 |  |
|  | 8/5/2022 | $84,107 |  |
|  | 8/12/2022 | $157,360 |  |
|  | 8/19/2022 | $54,702 |  |
|  | 8/26/2022 | $96,157 |  |
|  | 9/2/2022 | $131,399 |  |
|  | 9/9/2022 | $314,797 |  |
|  | 9/16/2022 | $27,681 |  |
| **TOTAL MANSFIELD OIL COMPANY OF** |  | **$1,689,190** |  |
| 3.171    MARMIC FIRE & SAFETY COMPANY, INC.<br>P.O. BOX 1939<br>LOWELL, AR 72745 | 8/19/2022 | $9,012 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 9/2/2022 | $999 |  |
| **TOTAL MARMIC FIRE & SAFETY COMPANY, INC.** |  | **$10,011** |  |
| 3.172    MARTIN ENGINEERING COMPANY<br>PO BOX 7138<br>CAROL STREAM, IL 60197 | 8/8/2022 | $13,567 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL MARTIN ENGINEERING COMPANY** |  | **$13,567** |  |
| 3.173    MAYNARD INDUSTRIES USA LLC<br>17177 NORTH LAUREL PARK DRIVE<br>IRVINE, CA 92618 | 7/1/2022 | $14,051 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MAYNARD INDUSTRIES USA LLC** |  | **$14,051** |  |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.174 | MCCARTHY TIRE SERVICE<br>P O BOX 1125<br>WILKES-BARRE, PA 19703 | 8/19/2022<br>9/9/2022<br>9/16/2022 | $13,109<br>$8,990<br>$5,442 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL MCCARTHY TIRE SERVICE** | | **$27,541** | |
| 3.175 | MELLOTT COMPANY, LLC<br>PO BOX 45970<br>BALTIMORE, MD 21297 | 8/12/2022<br>8/19/2022<br>8/26/2022<br>9/9/2022 | $29,718<br>$229<br>$3,263<br>$4,982 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL MELLOTT COMPANY, LLC** | | **$38,192** | |
| 3.176 | MID SOUTH SALES, LLC<br>4522 EAST STATE HWY 18<br>BLYTHEVILLE, AR 72315 | 7/1/2022<br>7/8/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022<br>8/5/2022<br>8/12/2022<br>8/19/2022<br>8/26/2022<br>9/2/2022<br>9/9/2022<br>9/16/2022 | $64,501<br>$138,119<br>$68,201<br>$104,656<br>$120,015<br>$113,898<br>$88,082<br>$40,368<br>$31,737<br>$172,196<br>$55,702<br>$162,655 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL MID SOUTH SALES, LLC** | | **$1,160,129** | |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.177 | MIDLAND INFORMATION RESOURCES CO.<br>5440 CORPORATE PARK DR.<br>DAVENPORT, IA 52807 | 7/1/2022 | $490 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/8/2022 | $490 | |
| | | 8/19/2022 | $990 | |
| | | 9/9/2022 | $491 | |
| | | 9/9/2022 | $5,439 | |
| | | 9/16/2022 | $496 | |
| | **TOTAL MIDLAND INFORMATION RESOURCES CO.** | | **$8,397** | |
| 3.178 | MIDWEST INDUSTRIAL SALES, INC<br>423 INDUSTRY AVE.<br>GARDNER, IL 60424 | 7/8/2022 | $37,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/22/2022 | $6,000 | |
| | **TOTAL MIDWEST INDUSTRIAL SALES, INC** | | **$43,500** | |
| 3.179 | MIDWEST OPERATING ENG. FRINGE BEN.<br>6150 JOLIET ROAD<br>COUNTRYSIDE, IL 60525 | 7/7/2022 | $419,576 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/9/2022 | $462,913 | |
| | **TOTAL MIDWEST OPERATING ENG. FRINGE BEN.** | | **$882,488** | |
| 3.180 | MIDWEST OPERATING ENGINEERS<br>ATTN: TONGELA RICE<br>COUNTRYSIDE, IL 60525 | 7/7/2022 | $753,249 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/9/2022 | $931,112 | |
| | **TOTAL MIDWEST OPERATING ENGINEERS** | | **$1,684,361** | |
| 3.181 | MILLENNIUM SERVICES, INC.<br>80 MAINLINE DRIVE<br>WESTFIELD, MA 01085 | 7/15/2022 | $13,455 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/22/2022 | $5,351 | |
| | **TOTAL MILLENNIUM SERVICES, INC.** | | **$18,805** | |

**Metal Services LLC**                                    Case Number:  **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.182  MISSISSIPPI COUNTY ELECTRIC COOPERA<br>PO BOX 7<br>BLYTHEVILLE, AR 723160007 | 7/22/2022<br>8/19/2022<br>9/9/2022 | $19,243<br>$36,183<br>$16,423 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| **TOTAL MISSISSIPPI COUNTY ELECTRIC COOPERA** | | **$71,849** | |
| 3.183  MOLY-COP USA<br>DEPT CH 19740<br>PALATINE, IL 60055 | 8/12/2022 | $33,549 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL MOLY-COP USA** | | **$33,549** | |
| 3.184  MORRIS MOTOR SERVICE, INC<br>10525 W US HWY 30 BLD 7<br>WANATAH, IN 46390 | 7/29/2022<br>8/8/2022<br>8/12/2022<br>8/19/2022<br>9/2/2022<br>9/9/2022 | $33,547<br>$21,078<br>$9,575<br>$44,475<br>$13,229<br>$15,337 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL MORRIS MOTOR SERVICE, INC** | | **$137,241** | |
| 3.185  MOTION INDUSTRIES<br>PO BOX 98412<br>CHICAGO, IL 60693 | 7/1/2022<br>9/16/2022 | $5,031<br>$5,539 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL MOTION INDUSTRIES** | | **$10,570** | |

**Metal Services LLC**

**Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.186  MOTION INDUSTRIES, INC<br>P.O.BOX 98412<br>CHICAGO, IL 60693 | 7/1/2022<br>8/26/2022<br>9/9/2022<br>9/16/2022 | $6,745<br>$1,653<br>$292<br>$605 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MOTION INDUSTRIES, INC** | | **$9,295** | |
| 3.187  MPW INDUSTRIAL SERVICES, INC.<br>1300 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | 7/1/2022<br>9/2/2022 | $5,090<br>$25,083 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| **TOTAL MPW INDUSTRIAL SERVICES, INC.** | | **$30,174** | |
| 3.188  MRES INC.<br>5948 LINCOLN HIGHWAY<br>STOYSTOWN, PA 15563 | 7/1/2022<br>9/16/2022 | $11,334<br>$10,834 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL MRES INC.** | | **$22,168** | |
| 3.189  NATIONAL SLAG ASSOCIATION<br>112 AIRPORT RD.<br>COATESVILLE, PA 19320 | 9/9/2022 | $10,950 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL NATIONAL SLAG ASSOCIATION** | | **$10,950** | |
| 3.190  NEW MILLENNIUM RENTALS INC.<br>PO BOX 275<br>FLORIDA, NY 10921 | 8/19/2022<br>9/2/2022 | $30,188<br>$30,188 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL NEW MILLENNIUM RENTALS INC.** | | **$60,375** | |

**Metal Services LLC**                                                                                            **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.191 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST<br>GHENT, KY 41045 | 6/30/2022<br>7/29/2022<br>8/31/2022 | $401,476<br>$406,681<br>$461,928 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Customer |
| **TOTAL NORTH AMERICAN STAINLESS** | | **$1,270,085** | |
| 3.192 NORTH MILL EQUIPMENT FINANCE, LLC<br>601 MERRITT 7<br>NORWALK, CT 06851 | 9/1/2022 | $19,725 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL NORTH MILL EQUIPMENT FINANCE, LLC** | | **$19,725** | |
| 3.193 NOVATECH APS<br><br>KENNETT SQUARE, PA 19348 | 9/9/2022 | $315,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL NOVATECH APS** | | **$315,000** | |
| 3.194 NUCOR STEEL ARKANSAS H<br>WELLS FARGO-LOCKBOX #101140<br>ATLANTA, GA 30354 | 7/1/2022<br>8/19/2022 | $4,390<br>$4,509 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Customer |
| **TOTAL NUCOR STEEL ARKANSAS H** | | **$8,898** | |
| 3.195 NUCOR YAMATO STEEL<br>PO BOX 1228<br>BLYTHEVILLE, AR 72316-1228 | 7/15/2022 | $11,777 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Customer |
| **TOTAL NUCOR YAMATO STEEL** | | **$11,777** | |
| 3.196 NUDRAULIX, INC.<br>311 ARI CT<br>MOBILE, AL 36670 | 7/15/2022<br>8/19/2022 | $2,960<br>$8,503 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL NUDRAULIX, INC.** | | **$11,463** | |

**Metal Services LLC**  **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.197 OHIO BUREAU OF WORKERS COMPENSATION<br>P.O. BOX 89492<br>CLEVELAND, OH 441016492 | 7/22/2022 | $11,594 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Insurance |
| **TOTAL OHIO BUREAU OF WORKERS COMPENSATION** | | **$11,594** | |
| 3.198 OHIO MACHINERY CO<br>P.O. BOX 854439<br>MINNEAPOLIS, MN 55485 | 7/1/2022<br>7/15/2022<br>8/19/2022<br>9/16/2022<br>9/16/2022 | $16,911<br>$49,955<br>$1,421<br>$1,059<br>$11,188 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL OHIO MACHINERY CO** | | **$80,534** | |
| 3.199 OPPORTUNITY FRANCHISING, INC.<br>2791 MOMENTUM PLACE<br>CHICAGO, IL 606895327 | 7/1/2022<br>8/8/2022<br>9/16/2022 | $3,402<br>$1,793<br>$5,011 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL OPPORTUNITY FRANCHISING, INC.** | | **$10,207** | |
| 3.200 OVASCO INDUSTRIES<br>P.O. BOX 504<br>LOUISVILLE, KY 40201 | 7/8/2022<br>9/23/2022 | $21,036<br>$6,311 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL OVASCO INDUSTRIES** | | **$27,346** | |
| 3.201 OWEN ELECTRIC<br>P.O. BOX 400<br>OWENTON, KY 40359 | 7/22/2022<br>9/2/2022 | $9,547<br>$9,725 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| **TOTAL OWEN ELECTRIC** | | **$19,272** | |

**Metal Services LLC**                                      **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.202 | PARK ENTERPRISE CONSTRUCTION CO<br>560 BARKS ROAD WEST<br>MARION, OH 43302 | 7/8/2022<br>7/15/2022<br>8/3/2022<br>8/8/2022<br>8/31/2022 | $6,100<br>$26,861<br>$1,700<br>$13,294<br>$1,700 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PARK ENTERPRISE CONSTRUCTION CO** | | **$49,656** | |
| 3.203 | PATHWARD, NATIONAL ASSOCIATION<br>P.O. BOX 233756<br>CHICAGO, IL 606895337 | 8/1/2022<br>9/2/2022 | $158,186<br>$158,186 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | **TOTAL PATHWARD, NATIONAL ASSOCIATION** | | **$316,371** | |
| 3.204 | PAUL, WEISS, RIFKIND, WHARTON &<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | 7/15/2022 | $12,633 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PAUL, WEISS, RIFKIND, WHARTON &** | | **$12,633** | |
| 3.205 | PICKETT EQUIPMENT PARTS, INC.<br>200 EAST EARLYWOOD DRIVE<br>FRANKLIN, IN 46131 | 8/12/2022<br>8/19/2022 | $3,002<br>$20,528 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PICKETT EQUIPMENT PARTS, INC.** | | **$23,530** | |
| 3.206 | PLM CRANES<br>WIRE TRANSFER ONLY<br>TBD, | 7/18/2022<br>7/18/2022 | $1,413<br>$12,997 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PLM CRANES** | | **$14,410** | |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.207  PNC BANK<br>ONE FINANCIAL PARKWAY<br>KALAMAZOO, MI 49009 | 6/30/2022<br>7/29/2022<br>8/31/2022 | $5,783<br>$3,073<br>$5,692 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PNC BANK | | $14,548 | |
| 3.208  POLYCORP LTD<br>PO BOX 775963<br>CHICAGO, IL 606775963 | 8/19/2022 | $70,841 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL POLYCORP LTD | | $70,841 | |
| 3.209  PORTRAIL CRANE SERVICES, LLC<br>3301 MARINER AVENUE<br>PORTSMOUTH, VA 23703 | 7/8/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022<br>8/8/2022 | $2,228<br>$2,206<br>$24,928<br>$14,297<br>$3,742 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PORTRAIL CRANE SERVICES, LLC | | $47,401 | |
| 3.210  PORTS OF INDIANA<br>P.O. BOX 776961<br>CHICAGO, IL 606776961 | 6/30/2022<br>7/29/2022<br>8/3/2022<br>8/31/2022<br>9/9/2022<br>9/16/2022 | $29,216<br>$8,207<br>$29,216<br>$29,216<br>$10,216<br>$11,451 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PORTS OF INDIANA | | $117,521 | |

Metal Services LLC                                                      Case Number:  22-10910 (MFW)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.211 | POWER EQUIPMENT COMPANY<br>DEPT. 8015<br>CAROL STREAM, IL 601228015 | 7/1/2022<br>8/12/2022 | $18,613<br>$12,062 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL POWER EQUIPMENT COMPANY** | | **$30,674** | |
| 3.212 | PRECISE TOOLING SOLUTIONS, INC,.<br>3150 SCOTT DRIVE<br>COLUMBUS, IN 47201 | 7/1/2022 | $22,270 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PRECISE TOOLING SOLUTIONS, INC,.** | | **$22,270** | |
| 3.213 | PRECO ELECTRONICS LLC<br>PO BOX 100139<br>ATLANTA, GA 303840139 | 7/15/2022<br>7/29/2022 | $3,720<br>$5,510 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PRECO ELECTRONICS LLC** | | **$9,230** | |
| 3.214 | PRENTICE MACHINE WORKS INC.<br>PO BOX 560<br>MEMPHIS, TN 381010560 | 7/22/2022<br>9/9/2022 | $1,962<br>$36,812 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PRENTICE MACHINE WORKS INC.** | | **$38,774** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.215   PRESIDENTIAL BANK<br>4520 EAST-WEST HIGHWAY<br>BETHESDA, MD 20814 | 7/5/2022 | $30,915 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | 7/5/2022 | $5,433 | |
| | 7/5/2022 | $27,630 | |
| | 8/2/2022 | $30,915 | |
| | 8/2/2022 | $27,630 | |
| | 8/2/2022 | $5,433 | |
| | 9/2/2022 | $27,630 | |
| | 9/2/2022 | $30,915 | |
| | 9/2/2022 | $5,433 | |
| **TOTAL PRESIDENTIAL BANK** | | $191,936 | |
| 3.216   PRISM SYSTEMS INC.<br>200 VIRGINIA STREET<br>MOBILE, AL 36603 | 7/1/2022 | $19,557 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | 8/12/2022 | $11,035 | |
| | 9/9/2022 | $65,331 | |
| **TOTAL PRISM SYSTEMS INC.** | | $95,923 | |
| 3.217   PROPELLER AERO INC.<br>3360 WALMUT ST<br>DENVER, CO 80205 | 8/19/2022 | $8,250 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL PROPELLER AERO INC.** | | $8,250 | |

**Metal Services LLC**                                                    Case Number:  **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.218  R.D. HOLDER OIL CO, INC.<br>PO BOX 40<br>NEW CARLISLE, OH 453440040 | 7/1/2022 | $37,567 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 7/8/2022 | $98,650 |  |
|  | 7/15/2022 | $79,304 |  |
|  | 7/22/2022 | $102,739 |  |
|  | 7/29/2022 | $88,286 |  |
|  | 8/5/2022 | $63,663 |  |
|  | 8/12/2022 | $32,765 |  |
|  | 8/19/2022 | $41,549 |  |
|  | 8/26/2022 | $91,549 |  |
|  | 9/2/2022 | $75,640 |  |
|  | 9/9/2022 | $103,533 |  |
| TOTAL R.D. HOLDER OIL CO, INC. | | $815,244 | |
| 3.219  RECO EQUIPMENT, INC.<br>P.O. BOX 644405<br>PITTSBURGH, PA 152644405 | 7/15/2022 | $146,307 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
|  | 7/29/2022 | $1,836 |  |
|  | 8/12/2022 | $154,582 |  |
|  | 9/16/2022 | $100,128 |  |
| TOTAL RECO EQUIPMENT, INC. | | $402,853 | |
| 3.220  RED UMBRELLA GENERAL TRANSPORT<br><br>WAYNE, PA 19087 | 7/15/2022 | $2,886 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|  | 8/16/2022 | $2,772 |  |
|  | 8/31/2022 | $3,918 |  |
| TOTAL RED UMBRELLA GENERAL TRANSPORT | | $9,576 | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.221 RED'S EQUIPMENT INC.<br>10001 EXPRESS DR.<br>HIGHLAND, IN 46322 | 7/6/2022 | $50,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL RED'S EQUIPMENT INC.** | | **$50,000** | |
| 3.222 REPUBLIC SERVICES #715<br>PO BOX 9001099<br>LOUISVILLE, KY 40290 | 9/2/2022 | $11,762 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| **TOTAL REPUBLIC SERVICES #715** | | **$11,762** | |
| 3.223 RIVER VALLEY COOPERATIVE<br>3478A HWY. 927<br>DURANT, IA 52747 | 7/22/2022<br>8/5/2022<br>9/9/2022 | $23,493<br>$12,713<br>$14,289 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| **TOTAL RIVER VALLEY COOPERATIVE** | | **$50,495** | |
| 3.224 RJ SAFETY & SUPPLY LLC<br>451 WINSTON CT.<br>SCHERERVILLE, IN 46375 | 7/8/2022<br>8/8/2022<br>8/19/2022<br>8/26/2022<br>8/26/2022<br>9/9/2022<br>9/16/2022 | $13,627<br>$366<br>$2,788<br>$1,143<br>$1,166<br>$4,295<br>$3,602 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL RJ SAFETY & SUPPLY LLC** | | **$26,989** | |
| 3.225 RKL ESOLUTIONS,LLC<br>1800 FRUITVILLE PIKE<br>LANCASTER, PA 17601 | 7/1/2022<br>8/12/2022<br>9/9/2022 | $500<br>$66,599<br>$28,039 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL RKL ESOLUTIONS,LLC** | | **$95,137** | |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.226 | ROBERT HALF MANAGEMENT RESOURCES<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 7/1/2022 | $7,944 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/8/2022 | $7,090 | |
| | | 7/22/2022 | $2,531 | |
| | | 7/29/2022 | $3,024 | |
| | | 8/8/2022 | $3,011 | |
| | | 8/12/2022 | $16,430 | |
| | | 8/19/2022 | $6,021 | |
| | | 9/9/2022 | $10,062 | |
| | | 9/16/2022 | $4,783 | |
| | **TOTAL ROBERT HALF MANAGEMENT RESOURCES** | | **$60,897** | |
| 3.227 | RONALD SMITH, MD.,P.A.<br>527 NORTH 6TH ST.<br>BLYTHEVILLE, AR 72315 | 7/29/2022 | $8,440 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL RONALD SMITH, MD.,P.A.** | | **$8,440** | |
| 3.228 | ROYAL BANK OF CANADA<br><br>KENNETT SQUARE, PA 19348 | 6/30/2022 | $99,456 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 7/29/2022 | $59,623 | |
| | | 8/31/2022 | $19,299 | |
| | **TOTAL ROYAL BANK OF CANADA** | | **$178,377** | |
| 3.229 | RUBBER & GASKET COMPANY OF AMERICA<br>3905 EAST PROGRESS STREET<br>NORTH LITTLE ROCK, AR 72114 | 7/1/2022 | $150 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/22/2022 | $16,141 | |
| | | 7/29/2022 | $8,571 | |
| | | 8/12/2022 | $7,759 | |
| | | 8/19/2022 | $32,512 | |
| | **TOTAL RUBBER & GASKET COMPANY OF AMERICA** | | **$65,132** | |

**Metal Services LLC**                                   **Case Number: 22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.230 | RUD-CHAIN, INC.<br>P.O. BOX 367<br>HIAWATHA, IA 52233 | 7/1/2022<br>8/12/2022 | $140,897<br>$7,289 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL RUD-CHAIN, INC. | | $148,186 | |
| 3.231 | RUSTED KNUCKLES, LLC<br>434 SOUTHFIELD LANE<br>VALPARAISO, IN 46385 | 7/15/2022<br>7/29/2022<br>8/8/2022<br>8/12/2022 | $366<br>$7,003<br>$5,844<br>$2,236 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL RUSTED KNUCKLES, LLC | | $15,448 | |
| 3.232 | SAGE SOFTWARE, INC<br>14855 COLLECTIONS CENTER DR.<br>CHICAGO, IL 60693 | 8/12/2022 | $132,817 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL SAGE SOFTWARE, INC | | $132,817 | |
| 3.233 | SBC TAX COLLECTOR<br>268 W. HOSPITALITY LANE<br>SAN BERNARDINO, CA 924150360 | 9/1/2022 | $13,243 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | TOTAL SBC TAX COLLECTOR | | $13,243 | |
| 3.234 | SHERIFF OF HANCOCK COUNTY<br>TAX OFFICE<br>NEW CUMBERLAND, WV 26047 | 8/25/2022 | $35,903 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Taxes |
| | TOTAL SHERIFF OF HANCOCK COUNTY | | $35,903 | |
| 3.235 | SHIRLEY PARSONS, INC.<br>77 SLEEPER STREET<br>BOSTON, MA 02210 | 7/25/2022 | $31,625 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | TOTAL SHIRLEY PARSONS, INC. | | $31,625 | |

**Metal Services LLC**  <span style="float:right">**Case Number: 22-10910 (MFW)**</span>

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.236 | SIMKO<br>P.O. BOX 2735<br>CHESTERTON, IN 46304 | 7/22/2022<br>7/29/2022 | $40,940<br>$45,390 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SIMKO** | | **$86,330** | |
| 3.237 | SMILEY'S MOBILE GLASS SHOP INC.<br>7100 FOREST HILL AVE.<br>RICHMOND, VA 23225 | 7/15/2022<br>7/29/2022<br>8/19/2022 | $1,125<br>$5,278<br>$5,278 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SMILEY'S MOBILE GLASS SHOP INC.** | | **$11,681** | |
| 3.238 | SNF MINING INC.<br>PO BOX 405655<br>ATLANTA, GA 303845655 | 7/29/2022<br>9/9/2022 | $4,944<br>$9,888 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SNF MINING INC.** | | **$14,832** | |
| 3.239 | SOPUS PRODUCTS<br>PO BOX 7247-6236<br>PHILADELPHIA, PA 191706236 | 7/1/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022<br>8/12/2022<br>8/19/2022<br>8/26/2022<br>9/2/2022<br>9/16/2022 | $13,786<br>$22,795<br>$21,352<br>$15,736<br>$26,689<br>$21,352<br>$1,443<br>$21,352<br>$17,122 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SOPUS PRODUCTS** | | **$161,626** | |

**Metal Services LLC**                                                                 **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.240 | SOUTHEAST MACHINE WORKS INC<br>123 PARK DRIVE<br>SARALAND, AL 36571 | 7/15/2022<br>7/22/2022<br>8/19/2022<br>8/26/2022 | $4,500<br>$6,328<br>$4,145<br>$14,988 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SOUTHEAST MACHINE WORKS INC** | | **$29,961** | |
| 3.241 | SOUTHERN PINES TRUCKING, INC.<br>P.O. BOX 6019<br>HERMITAGE, PA 161481019 | 7/15/2022<br>9/2/2022 | $10,710<br>$7,950 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SOUTHERN PINES TRUCKING, INC.** | | **$18,660** | |
| 3.242 | SOUTHERN TIRE MART, LLC<br>PO BOX 1000<br>MEMPHIS, TN 381480143 | 8/19/2022<br>8/26/2022<br>9/16/2022 | $6,016<br>$9,519<br>$11,364 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SOUTHERN TIRE MART, LLC** | | **$26,899** | |
| 3.243 | SSAB WEAR SOLUTIONS<br>PO BOX 161711<br>ATLANTA, GA 30321 | 7/8/2022 | $48,212 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SSAB WEAR SOLUTIONS** | | **$48,212** | |
| 3.244 | STAPLES ADVANTAGE<br>P.O. BOX 70242<br>PHILADELPHIA, PA 191760242 | 7/15/2022<br>7/22/2022<br>7/29/2022<br>8/19/2022 | $904<br>$9,596<br>$522<br>$652 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL STAPLES ADVANTAGE** | | **$11,674** | |

**Metal Services LLC**                                                      Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.245 | STEEL CITIES STEELS, INC.<br>395 MELTON ROAD<br>BURNS HARBOR, IN 46304 | 8/12/2022 | $21,328 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 8/19/2022 | $10,688 | |
| | | 8/26/2022 | $5,402 | |
| | | 9/2/2022 | $4,292 | |
| | | 9/9/2022 | $1,878 | |
| | **TOTAL STEEL CITIES STEELS, INC.** | | **$43,588** | |
| 3.246 | STEEL CITY TIRE LLC<br>DRAWER # 2572<br>TROY, MI 480075935 | 7/15/2022 | $10,179 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 8/12/2022 | $11,460 | |
| | | 8/19/2022 | $573 | |
| | | 9/2/2022 | $17,351 | |
| | | 9/9/2022 | $51,804 | |
| | | 9/16/2022 | $484 | |
| | **TOTAL STEEL CITY TIRE LLC** | | **$91,851** | |
| 3.247 | STEEL DYNAMICS INC-ROANOKE BAR DIVI<br>P.O. BOX 532068<br>ATLANTA, GA 303532068 | 7/8/2022 | $8,715 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL STEEL DYNAMICS INC-ROANOKE BAR DIVI** | | **$8,715** | |
| 3.248 | STILES ASSOCIATES, LLC<br>276 NEWPORT RD.<br>NEW LONDON, NH 03257 | 7/8/2022 | $20,433 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 9/2/2022 | $20,433 | |
| | | 9/9/2022 | $40,260 | |
| | **TOTAL STILES ASSOCIATES, LLC** | | **$81,125** | |

**Metal Services LLC**                                                                      **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.249  STONEBRIAR COMMERCIAL FINANCE<br>5601 GRANITE PARKWAY<br>PLANO, TX 75024 | 7/1/2022<br>8/1/2022<br>9/1/2022 | $243,298<br>$243,298<br>$243,298 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Capital Leases |
| **TOTAL STONEBRIAR COMMERCIAL FINANCE** | | **$729,894** | |
| 3.250  STONEMONT SOLUTIONS, INC<br>128 6TH STREET<br>WINDSOR, CO 80550 | 9/9/2022 | $8,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL STONEMONT SOLUTIONS, INC** | | **$8,400** | |
| 3.251  STRIBLING EQUIPMENT, LLC<br>PO BOX 6038<br>JACKSON, MS 392886038 | 7/1/2022<br>8/19/2022 | $16,605<br>$25,867 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL STRIBLING EQUIPMENT, LLC** | | **$42,472** | |
| 3.252  SUMMIT LEADERSHIP PARTNERS<br>19410 JETTON RD.<br>CORNELIUS, NC 28031 | 7/15/2022 | $36,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL SUMMIT LEADERSHIP PARTNERS** | | **$36,000** | |
| 3.253  SUPER PRODUCTS LLC<br>P.O. BOX 277213<br>ATLANTA, GA 30384 | 7/29/2022<br>8/12/2022 | $11,118<br>$11,118 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL SUPER PRODUCTS LLC** | | **$22,236** | |

**Metal Services LLC**                                                    Case Number: **22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.254 | SYSTEMS PLANT SERVICES<br>214 N. WASHINGTON AVE.<br>EL DORADO, AR 71730 | 7/1/2022<br>7/22/2022<br>9/16/2022 | $13,550<br>$17,095<br>$6,932 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SYSTEMS PLANT SERVICES** | | **$37,576** | |
| 3.255 | TAFT STETTINIUS & HOLLISTER LLP<br>ONE INDIANA SQUARE<br>INDIANAPOLIS, IN 46204 | 8/19/2022<br>8/26/2022<br>9/9/2022 | $21,420<br>$185<br>$45,227 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL TAFT STETTINIUS & HOLLISTER LLP** | | **$66,832** | |
| 3.256 | TAYLOR LEASING & RENTAL<br>P.O. BOX 906<br>LOUISVILLE, MS 393390906 | 6/30/2022<br>8/5/2022<br>8/31/2022<br>9/26/2022 | $6,602<br>$6,602<br>$6,602<br>$14,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | **TOTAL TAYLOR LEASING & RENTAL** | | **$33,807** | |
| 3.257 | TAYLOR MACHINE WORKS, INC.<br>P.O. BOX 906<br>LOUISVILLE, MS 393390906 | 7/15/2022<br>8/8/2022<br>8/12/2022 | $627<br>$3,000<br>$11,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL TAYLOR MACHINE WORKS, INC.** | | **$14,627** | |

Metal Services LLC                                                      Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.258 | TAYLOR SUDDEN SERVICE, INC<br>P.O. BOX 903<br>LOUISVILLE, MS 393390903 | 7/8/2022 | $6,284 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 7/15/2022 | $5,342 | |
| | | 7/22/2022 | $1,295 | |
| | | 7/29/2022 | $16,669 | |
| | | 8/8/2022 | $11,338 | |
| | | 8/12/2022 | $4,840 | |
| | | 8/19/2022 | $14,229 | |
| | | 9/2/2022 | $78,563 | |
| | | 9/9/2022 | $366 | |
| | | 9/9/2022 | $51,621 | |
| | | 9/16/2022 | $23,467 | |
| | | 9/20/2022 | $1,484 | |
| | | 9/26/2022 | $4,056 | |
| | **TOTAL TAYLOR SUDDEN SERVICE, INC** | | **$219,556** | |
| 3.259 | TCEO<br>WIRE ONLY<br>MIAMI, FL 33133 | 8/5/2022 | $4,800 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 9/23/2022 | $78,167 | |
| | **TOTAL TCEO** | | **$82,967** | |
| 3.260 | THOESEN TRACTOR & EQUIP. CO., INC.<br>3142 LINCOLN HIGHWAY<br>CHICAGO HEIGHTS, IL 604117728 | 8/12/2022 | $4,622 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 8/26/2022 | $4,244 | |
| | | 9/2/2022 | $1,181 | |
| | **TOTAL THOESEN TRACTOR & EQUIP. CO., INC.** | | **$10,047** | |

**Metal Services LLC**                                                 **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.261   THOMPSON TRACTOR CO, INC<br>P.O. BOX 746941<br>ATLANTA, GA 30374 | 7/8/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022<br>8/8/2022 | $4,620<br>$8,477<br>$8,505<br>$8,066<br>$26,621 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL THOMPSON TRACTOR CO, INC** | | **$56,290** | |
| 3.262   TIMUR COLAK<br>1600 TIGERTAIL AVE<br>MIAMI, FL 33133 | 7/1/2022<br>7/15/2022<br>7/22/2022 | $65,920<br>$64,000<br>$66,817 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL TIMUR COLAK** | | **$196,737** | |
| 3.263   TITAN TIRE CORPORATION<br>4483 PAYSPHERE CIRCLE<br>CHICAGO, IL 606740044 | 7/1/2022<br>8/12/2022<br>8/26/2022 | $11,855<br>$27,960<br>$48,709 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL TITAN TIRE CORPORATION** | | **$88,524** | |
| 3.264   TOM'S TRUCKING INC.<br>14858 S KEDZIE AVE.<br>MIDLOTHIAN, IL 60445 | 8/12/2022<br>8/19/2022<br>9/9/2022 | $4,829<br>$933<br>$5,263 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL TOM'S TRUCKING INC.** | | **$11,025** | |

**Metal Services LLC**                                                   Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.265  TONY'S TIRE SERVICE, INC.<br>720 S 28TH<br>FORT SMITH, AR 72908 | 7/1/2022<br>7/8/2022 | $9,927<br>$253 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL TONY'S TIRE SERVICE, INC. | | $10,179 | |
| 3.266  TRACTOR & EQUIPMENT COMPANY<br>P.O. BOX 12326<br>BIRMINGHAM, AL 352022326 | 7/29/2022<br>9/9/2022<br>9/16/2022 | $242<br>$94,309<br>$733 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL TRACTOR & EQUIPMENT COMPANY | | $95,284 | |
| 3.267  TREASURER, DINWIDDIE COUNTY<br>P.O. BOX 178<br>DINWIDDIE, VA 23841 | 7/28/2022 | $57,807 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Taxes |
| TOTAL TREASURER, DINWIDDIE COUNTY | | $57,807 | |
| 3.268  TREDROC TIRE SERVICES, LLC<br>DRAWER #2572<br>TROY, MI 48007 | 7/1/2022<br>7/8/2022<br>7/15/2022<br>7/22/2022<br>7/29/2022<br>8/8/2022<br>8/12/2022<br>8/19/2022<br>8/19/2022<br>8/19/2022 | $16,546<br>$8,498<br>$25,138<br>$5,029<br>$4,572<br>$64,587<br>$48,503<br>$13,745<br>$115,417<br>$318 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL TREDROC TIRE SERVICES, LLC | | $302,354 | |

**Metal Services LLC**                                        **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.269 | TRI-STATE INDUSTRIAL SUPPLY, INC.<br>400 SOUTH WALNUT STREET<br>OSCEOLA, AR 72370 | 8/9/2022<br>8/26/2022 | $9,036<br>$4,222 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | **TOTAL TRI-STATE INDUSTRIAL SUPPLY, INC.** | | **$13,257** | |
| 3.270 | TRI-STATE TRUCK CENTER, INC.<br>P.O. BOX 5858<br>PEARL, MS 392085858 | 7/22/2022<br>8/26/2022<br>9/16/2022 | $9,924<br>$5,111<br>$4,728 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | **TOTAL TRI-STATE TRUCK CENTER, INC.** | | **$19,762** | |
| 3.271 | U-NEEK INDUSTRIES LLC<br>297 W. UWCHLAN AVE<br>DOWNINGTOWN, PA 19335 | 7/1/2022<br>8/12/2022<br>9/9/2022 | $2,730<br>$2,730<br>$2,730 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL U-NEEK INDUSTRIES LLC** | | **$8,190** | |
| 3.272 | UNION LEASING, INC.<br>P.O. BOX 74007556<br>CHICAGO, IL 606747556 | 7/11/2022<br>8/12/2022<br>9/12/2022 | $65,636<br>$51,675<br>$65,803 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL UNION LEASING, INC.** | | **$183,113** | |
| 3.273 | UNITED RENTALS (N AMERICA), INC<br>FILE 51122<br>LOS ANGELES, CA 90074 | 7/1/2022<br>8/19/2022<br>9/16/2022 | $9,919<br>$22,895<br>$11,650 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL UNITED RENTALS (N AMERICA), INC** | | **$44,464** | |

**Metal Services LLC**                                                           **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.274  UNITED RENTALS PR, INC.<br>PO BOX 100711<br>ATLANTA, GA 303840711 | 7/15/2022<br>7/22/2022<br>7/29/2022<br>8/19/2022 | $10,362<br>$664<br>$2,406<br>$1,742 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL UNITED RENTALS PR, INC. | | $15,175 | |
| 3.275  UNIVERSAL FIRE EQUIP. CO.<br>207 SOUTH 3RD ST.<br>VAN BUREN, AR 72956 | 7/29/2022<br>8/19/2022 | $7,665<br>$1,311 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL UNIVERSAL FIRE EQUIP. CO. | | $8,976 | |
| 3.276  US CRANE LLC<br>2605 RESEARCH CENTER DR.<br>BLACKSBURG, VA 24060 | 7/29/2022 | $27,750 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL US CRANE LLC | | $27,750 | |
| 3.277  VATIC OUTSOURCING, LLC<br>P.O. BOX 673907<br>MARIETTA, GA 30006 | 8/12/2022<br>9/9/2022 | $3,000<br>$8,750 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL VATIC OUTSOURCING, LLC | | $11,750 | |
| 3.278  VAUGHN ELECTRIC COMPANY, INC<br>313 E FLORIDA AVE<br>UNION CITY, TN 38261 | 7/15/2022<br>7/29/2022<br>8/26/2022 | $19,430<br>$5,349<br>$3,740 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL VAUGHN ELECTRIC COMPANY, INC | | $28,519 | |

**Metal Services LLC**                                                                **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.279  VERIZON<br>PO BOX 16810<br>NEWARK, NJ 07101 | 7/25/2022 | $7,397 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Utilities |
|  | 7/25/2022 | $2,063 |  |
|  | 8/24/2022 | $9,310 |  |
|  | 8/24/2022 | $1,891 |  |
|  | 9/23/2022 | $7,552 |  |
|  | 9/23/2022 | $1,891 |  |
|  | **TOTAL VERIZON** | **$30,105** |  |
| 3.280  VIDEOTEC CORP<br>9801 SPRING ST.<br>HIGHLAND, IN 46322 | 7/29/2022 | $15,299 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
|  | **TOTAL VIDEOTEC CORP** | **$15,299** |  |
| 3.281  VONAGE BUSINESS<br>PO BOX 392415<br>PITTSBURGH, PA 152519415 | 7/1/2022 | $6,199 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Utilities |
|  | 8/5/2022 | $6,339 |  |
|  | 9/2/2022 | $6,339 |  |
|  | **TOTAL VONAGE BUSINESS** | **$18,877** |  |
| 3.282  WASELIUS & WIST<br><br>WAYNE, PA 19087 | 7/18/2022 | $7,903 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
|  | 8/12/2022 | $11,817 |  |
|  | **TOTAL WASELIUS & WIST** | **$19,721** |  |
| 3.283  WESTECH ENGINEERING, INC.<br>PO BOX 65068<br>SALT LAKE CITY, UT 84165 | 7/15/2022 | $8,661 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
|  | **TOTAL WESTECH ENGINEERING, INC.** | **$8,661** |  |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.284 | WESTERN VIRGINIA WATER AUTHORITY<br>601 S JEFFERSON ST<br>ROANOKE, VA 24011 | 8/5/2022<br>9/2/2022 | $4,437<br>$4,522 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Utilities |
| | **TOTAL WESTERN VIRGINIA WATER AUTHORITY** | | **$8,958** | |
| 3.285 | WIGGIN AND DANA<br>ONE CENTURY TOWER<br>NEW HAVEN, CT 065081832 | 8/19/2022<br>9/9/2022<br>9/23/2022 | $37,316<br>$70,067<br>$19,542 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL WIGGIN AND DANA** | | **$126,925** | |
| 3.286 | WILLIS TOWERS WATSON<br>WIRE TRANSFER<br>WAYNE, PA 19087 | 8/9/2022<br>9/23/2022 | $50,000<br>$50,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL WILLIS TOWERS WATSON** | | **$100,000** | |
| 3.287 | WINSTON COOKS, LLC<br>420 20TH ST.  SUITE 1900<br>BIRMINGHAM, AL 35203 | 8/4/2022<br>8/4/2022<br>8/4/2022 | $8,000<br>$10,000<br>$12,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL WINSTON COOKS, LLC** | | **$30,000** | |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.288    WINTRUST COMMERCIAL FINANCE<br>WIRE TRANSFER<br>KENNETT SQUARE, PA 19348 | 7/1/2022 | $23,014 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Capital Leases |
| | 7/1/2022 | $6,494 | |
| | 7/1/2022 | $2,208 | |
| | 7/1/2022 | $2,208 | |
| | 7/1/2022 | $4,329 | |
| | 7/1/2022 | $32,674 | |
| | 7/1/2022 | $25,110 | |
| | 7/1/2022 | $36,791 | |
| | 7/1/2022 | $2,165 | |
| | 7/1/2022 | $43,243 | |
| | 7/1/2022 | $62,790 | |
| | 7/1/2022 | $25,110 | |
| | 7/1/2022 | $39,782 | |
| | 7/8/2022 | $46,066 | |
| | 8/1/2022 | $4,329 | |
| | 8/1/2022 | $25,110 | |
| | 8/1/2022 | $62,790 | |
| | 8/1/2022 | $25,110 | |
| | 8/1/2022 | $2,165 | |
| | 8/1/2022 | $2,208 | |
| | 8/1/2022 | $6,494 | |
| | 8/1/2022 | $23,014 | |
| | 8/1/2022 | $32,674 | |
| | 8/1/2022 | $36,791 | |
| | 8/1/2022 | $39,782 | |
| | 8/1/2022 | $43,243 | |
| | 8/1/2022 | $46,066 | |
| | 8/1/2022 | $2,208 | |
| | 9/1/2022 | $6,494 | |
| | 9/1/2022 | $2,208 | |
| | 9/1/2022 | $32,674 | |
| | 9/1/2022 | $4,329 | |
| | 9/1/2022 | $2,208 | |

**Metal Services LLC**

**Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | 9/1/2022 | $25,110 | |
| | 9/1/2022 | $2,165 | |
| | 9/1/2022 | $39,782 | |
| | 9/1/2022 | $43,243 | |
| | 9/1/2022 | $46,066 | |
| | 9/1/2022 | $62,790 | |
| | 9/1/2022 | $36,791 | |
| | 9/1/2022 | $25,110 | |
| | 9/1/2022 | $23,014 | |
| **TOTAL WINTRUST COMMERCIAL FINANCE** | | **$1,055,948** | |
| 3.289  YOKOHAMA OFF-HIGHWAY TIRES AMERICA<br>LOCKBOX 778740<br>CHICAGO, IL 60677 | 8/12/2022 | $21,436 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL YOKOHAMA OFF-HIGHWAY TIRES AMERICA** | | **$21,436** | |
| 3.290  ZONES<br>PO BOX 34740<br>SEATTLE, WA 981241740 | 7/1/2022 | $16,779 | ☐ Secured debt |
| | 8/12/2022 | $17,011 | ☐ Unsecured loan repayment |
| | 8/19/2022 | $17,323 | ☐ Suppliers or vendors |
| | 9/9/2022 | $17,517 | ☑ Services<br>☐ Other _____ |
| **TOTAL ZONES** | | **$68,629** | |
| **TOTAL** | | **$47,833,381** | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.1 | APOLLO MANAGEMENT HOLDINGS, LP | 10/13/2021 | $238,579 | Management Fee and Expenses |
| | SHAREHOLDER/OWNER | 1/3/2022 | $312,500 | Management Fee and Expenses |
| | 1095 SIXTH AVE  39TH FLOOR | 1/7/2022 | $5,016 | Management Fee and Expenses |
| | NEW YORK, NY 10018 | 2/16/2022 | $26,755 | Management Fee and Expenses |
| | | 4/1/2022 | $312,500 | Management Fee and Expenses |
| | | 4/13/2022 | $100,361 | Management Fee and Expenses |
| | | 5/18/2022 | $5,072 | Management Fee and Expenses |
| | | 7/1/2022 | $525,077 | Management Fee and Expenses |
| | | 7/1/2022 | $312,500 | Management Fee and Expenses |
| | | 9/2/2022 | $20,847 | Management Fee and Expenses |
| | **TOTAL APOLLO MANAGEMENT HOLDINGS, LP** | | **$1,859,207** | |
| 4.2 | CARLOS FERREIRA SARMENTO | | $540 | GTL |
| | SENIOR VP OF STRATEGY & ANALYTICS | | $260,000 | Retention |
| | CONFIDENTIAL - AVAILABLE UPON REQUEST | | $9,731 | W2 Healthcare Reporting |
| | | | $101,088 | Bonus |
| | | | $11,399 | 401K Match |
| | | | $260,000 | Salary |
| | | 11/30/2021 | $391 | Concur Expense Reimbursements |
| | | 12/31/2021 | $217 | Concur Expense Reimbursements |
| | | 1/31/2022 | $1,072 | Concur Expense Reimbursements |
| | | 3/24/2022 | $90 | Concur Expense Reimbursements |
| | | 4/25/2022 | $45 | Concur Expense Reimbursements |
| | | 6/30/2022 | $225 | Concur Expense Reimbursements |
| | | 9/16/2022 | $150 | Concur Expense Reimbursements |
| | **TOTAL CARLOS FERREIRA SARMENTO** | | **$644,947** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.3   CLINT MCGINTY | | $331,000 | Retention |
|      SENIOR VP PROCUREMENT & ASSETS | | $8,375 | W2 Healthcare Reporting |
|      CONFIDENTIAL - AVAILABLE UPON REQUEST | | $73,977 | Bonus |
| | | $270 | GTL |
| | | $6,883 | 401K Match |
| | | $214,333 | Salary |
| | 10/26/2021 | $1,397 | Concur Expense Reimbursements |
| | 10/28/2021 | $109 | Concur Expense Reimbursements |
| | 12/23/2021 | $101 | Concur Expense Reimbursements |
| | 1/31/2022 | $73 | Concur Expense Reimbursements |
| | 2/21/2022 | $54 | Concur Expense Reimbursements |
| | 3/29/2022 | $21 | Concur Expense Reimbursements |
| | 4/20/2022 | $75 | Concur Expense Reimbursements |
| | 5/16/2022 | $1,095 | Concur Expense Reimbursements |
| | 6/30/2022 | $217 | Concur Expense Reimbursements |
| | 7/31/2022 | $382 | Concur Expense Reimbursements |
| | 8/31/2022 | $111 | Concur Expense Reimbursements |
| | 9/28/2022 | $423 | Concur Expense Reimbursements |
| | **TOTAL CLINT MCGINTY** | **$638,897** | |
| 4.4   GEORGE KOENIG | | $22,717 | W2 Healthcare Reporting |
|      FORMER CHIEF COMMERCIAL OFFICER | | $359,231 | Severance |
|      CONFIDENTIAL - AVAILABLE UPON REQUEST | | $14,500 | 401K Match |
| | | $4,191 | GTL |
| | | $325,000 | Salary |
| | | $126,360 | Bonus |
| | 11/19/2021 | $5 | Concur Expense Reimbursements |
| | **TOTAL GEORGE KOENIG** | **$852,004** | |

**Metal Services LLC**                                              **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.5 | HALET MURPHY<br>FORMER CFO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $690 | GTL |
| | | | $5,159 | Vacation |
| | | | $189,583 | Severance |
| | | | $5,001 | 401K Match |
| | | | $135,417 | Salary |
| | | | $22,699 | W2 Healthcare Reporting |
| | | | $117,000 | Bonus |
| | | 10/28/2021 | $14 | Concur Expense Reimbursements |
| | | 11/30/2021 | $15 | Concur Expense Reimbursements |
| | **TOTAL HALET MURPHY** | | **$475,577** | |
| 4.6 | JOHN HILBERT<br>FORMER CFO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $75,000 | SERP |
| | **TOTAL JOHN HILBERT** | | **$75,000** | |
| 4.7 | KEITH PYLES<br>FORMER SENIOR VP EUROPE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $22,717 | W2 Healthcare Reporting |
| | **TOTAL KEITH PYLES** | | **$22,717** | |
| 4.8 | LAYLE KIPLIND SMITH<br>MEMBER OF THE BOARD OF MANAGERS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $75,000 | Salary |
| | | | $724 | GTL |
| | | | $32,109 | Bonus |
| | | | $8,375 | W2 Healthcare Reporting |
| | | 4/20/2022 | $1,206 | Concur Expense Reimbursements |
| | **TOTAL LAYLE KIPLIND SMITH** | | **$117,415** | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.9    MARK ESSIG | | $30,417 | Salary |
| FORMER CEO | | $1,503 | 401K Match |
| CONFIDENTIAL - AVAILABLE UPON REQUEST | | $334,583 | Severance |
| | | $23,865 | Vacation |
| | | $3,276 | GTL |
| | | $175,200 | Bonus |
| | | $19,240 | W2 Healthcare Reporting |
| | 10/26/2021 | $836 | Concur Expense Reimbursements |
| | 10/28/2021 | $988 | Concur Expense Reimbursements |
| | 3/28/2022 | $350,000 | Equity Repurchase |
| TOTAL MARK ESSIG | | $939,909 | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|-------------------------------------------------------|-------|--------|--------------------|
| 4.10  MARK PORTO<br>CEO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $51,637 | Bonus |
| | | $2,225 | GTL |
| | | $2,000,000 | Retention |
| | | $2,582 | W2 Healthcare Reporting |
| | | $15,250 | 401K Match |
| | | $438,542 | Salary |
| | | $46,103 | Relocation |
| | 10/28/2021 | $1,677 | Concur Expense Reimbursements |
| | 10/28/2021 | $1,130 | Concur Expense Reimbursements |
| | 10/28/2021 | $36 | Concur Expense Reimbursements |
| | 10/31/2021 | $2,000 | Concur Expense Reimbursements |
| | 11/30/2021 | $2,000 | Concur Expense Reimbursements |
| | 11/30/2021 | $89 | Concur Expense Reimbursements |
| | 11/30/2021 | $25 | Concur Expense Reimbursements |
| | 11/30/2021 | $241 | Concur Expense Reimbursements |
| | 11/30/2021 | $235 | Concur Expense Reimbursements |
| | 12/23/2021 | $717 | Concur Expense Reimbursements |
| | 12/23/2021 | $1,562 | Concur Expense Reimbursements |
| | 12/23/2021 | $2,000 | Concur Expense Reimbursements |
| | 12/31/2021 | $173 | Concur Expense Reimbursements |
| | 12/31/2021 | $56 | Concur Expense Reimbursements |
| | 12/31/2021 | $109 | Concur Expense Reimbursements |
| | 1/31/2022 | $2,000 | Concur Expense Reimbursements |
| | 1/31/2022 | $130 | Concur Expense Reimbursements |
| | 1/31/2022 | $109 | Concur Expense Reimbursements |
| | 2/28/2022 | $19,044 | Concur Expense Reimbursements |
| | 2/28/2022 | $673 | Concur Expense Reimbursements |
| | 2/28/2022 | $699 | Concur Expense Reimbursements |
| | 2/28/2022 | $135 | Concur Expense Reimbursements |
| | 3/24/2022 | $2,000 | Concur Expense Reimbursements |

**Metal Services LLC**                                                                              **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 3/24/2022 | $214 | Concur Expense Reimbursements |
| | 3/31/2022 | $200 | Concur Expense Reimbursements |
| | 3/31/2022 | $9,743 | Concur Expense Reimbursements |
| | 3/31/2022 | $273 | Concur Expense Reimbursements |
| | 3/31/2022 | $2,000 | Concur Expense Reimbursements |
| | 4/29/2022 | $200 | Concur Expense Reimbursements |
| | 4/29/2022 | $213 | Concur Expense Reimbursements |
| | 4/29/2022 | $2,000 | Concur Expense Reimbursements |
| | 4/29/2022 | $88 | Concur Expense Reimbursements |
| | 5/16/2022 | $28 | Concur Expense Reimbursements |
| | 5/31/2022 | $209 | Concur Expense Reimbursements |
| | 5/31/2022 | $88 | Concur Expense Reimbursements |
| | 5/31/2022 | $2,000 | Concur Expense Reimbursements |
| | 5/31/2022 | $373 | Concur Expense Reimbursements |
| | 6/20/2022 | $269 | Concur Expense Reimbursements |
| | 6/20/2022 | $46 | Concur Expense Reimbursements |
| | 6/30/2022 | $2,185 | Concur Expense Reimbursements |
| | 7/21/2022 | $156 | Concur Expense Reimbursements |
| | 7/21/2022 | $180 | Concur Expense Reimbursements |
| | 7/31/2022 | $170 | Concur Expense Reimbursements |
| | 7/31/2022 | $2,565 | Concur Expense Reimbursements |
| | 7/31/2022 | $106 | Concur Expense Reimbursements |
| | 8/31/2022 | $1,190 | Concur Expense Reimbursements |
| | 8/31/2022 | $106 | Concur Expense Reimbursements |
| | 8/31/2022 | $225 | Concur Expense Reimbursements |
| | 9/14/2022 | $167 | Concur Expense Reimbursements |
| | 9/14/2022 | $2,637 | Concur Expense Reimbursements |
| | 9/16/2022 | $183 | Concur Expense Reimbursements |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| **TOTAL MARK PORTO** | | **$2,620,995** | |
| 4.11  MICHAEL GLOWA<br>FORMER SENIOR VP AMERICAS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $75,000 | SERP |
| **TOTAL MICHAEL GLOWA** | | **$75,000** | |
| 4.12  PAUL ARONZON<br>MEMBER OF THE BOARD OF MANAGERS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 8/5/2022<br>9/2/2022 | $20,000<br>$20,000 | Director Fees<br>Director Fees |
| **TOTAL PAUL ARONZON** | | **$40,000** | |
| 4.13  PHOENIX SERVICES EUROPE COÖPERATIEF U.A.<br>NON-DEBTOR AFFILIATE<br>STRAWINSKYLAAN 3105 ATRIUM 7TH FL<br>AMSTERDAM 1077ZX<br>NETHERLANDS | 11/16/2021 | $1,000,000 | Intercompany Loan |
| | 11/18/2021 | $102,000 | Intercompany Loan |
| | 11/22/2021 | $505,545 | Intercompany Loan |
| | 12/9/2021 | $110,311 | Intercompany Loan |
| | 12/17/2021 | $25,000 | Intercompany Loan |
| | 12/23/2021 | $5,100 | Intercompany Loan |
| | 1/7/2022 | $410,000 | Intercompany Loan |
| | 2/14/2022 | $500,000 | Intercompany Loan |
| | 3/22/2022 | $279,618 | Intercompany Loan |
| | 4/14/2022 | $439,596 | Intercompany Loan |
| | 7/11/2022 | $650,000 | Intercompany Loan |
| | 7/21/2022 | $4,148 | Intercompany Loan |
| | 7/22/2022 | $85,000 | Intercompany Loan |
| | 7/27/2022 | $359,363 | Intercompany Loan |
| **TOTAL PHOENIX SERVICES EUROPE COÖPERATIEF U.A.** | | **$4,475,681** | |

**Metal Services LLC**  **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| **4.14** PHOENIX SLAG SERVICES GALATI<br>NON-DEBTOR AFFILIATE<br>4 RADNOR CORPORATE CENTER<br>100 MATSONFORD RD.<br>SUITE 520<br>RADNOR, PA 19087 | 7/25/2022 | $155,883 | Intercompany Loan |
| **TOTAL PHOENIX SLAG SERVICES GALATI** | | $155,883 | |
| **4.15** REDAN ADVISORS<br>MEMBER OF THE BOARD OF MANAGERS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 8/5/2022 | $20,000 | Director Fees |
| **TOTAL REDAN ADVISORS** | | $20,000 | |
| **4.16** ROBERT A. RICHARD<br>CFO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $168,750 | Salary |
| | | $750,000 | Retention |
| | | $1,423 | GTL |
| | | $4,903 | 401K Match |
| | | $972 | Retro Pay |
| | 2/28/2022 | $5,283 | Concur Expense Reimbursements |
| | 3/24/2022 | $1,817 | Concur Expense Reimbursements |
| | 6/20/2022 | $346 | Concur Expense Reimbursements |
| **TOTAL ROBERT A. RICHARD** | | $933,494 | |
| **4.17** STEVEN HALL<br>EXECUTIVE VP OF OPERATIONS - NORTH AMERICA<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $160,417 | Salary |
| | | $344,000 | Retention |
| | | $2,079 | GTL |
| | | $4,062 | 401K Match |
| | | $1,091 | Retro Pay |
| | 4/8/2022 | $200 | Out of Pocket Expense Reimbursements |
| **TOTAL STEVEN HALL** | | $511,849 | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.18   TERRY R. WAGAMAN<br>FORMER CEO ADVISOR<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | | $75,000 | SERP |
| **TOTAL TERRY R. WAGAMAN** | | **$75,000** | |

|  | **TOTAL** | **$14,533,575** |  |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date Action was Taken | Value of Property |
|---|---|---|---|
| 5.1    NONE | | | $0 |

|  | TOTAL | $0 |
|---|---|---|

**Metal Services LLC**                                                          Case Number:  22-10910 (MFW)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account Number | Amount |
|------------------------------|--------------------------------------|--------------------|-----------------|---------|
| 6.  1 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | CARRIER DELAY 6/26 | 6/30/2022 | | $10,000 |
| 6.  2 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | SOUTH END DOOR DAMAGE | 6/30/2022 | | $9,640 |
| 6.  3 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | JUNE CARRIER RENTAL | 6/30/2022 | | $7,000 |
| 6.  4 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | JUNE SLAG BACKLOG PENALTY (K&G-HARSCO) | 6/30/2022 | | $380,041 |
| 6.  5 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | CARRIER DELAY 4/14 (ACCRUED IN PRIOR MONTHS, CLEARED IN JULY) | 6/30/2022 | | $10,000 |
| 6.  6 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | OVERPAYMENT ON INVOICE 158027 | 7/29/2022 | | $5,737 |
| 6.  7 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | CARRIER DELAY 7/18 | 7/31/2022 | | $20,000 |
| 6.  8 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | JULY SLAG BACKLOG PENALTY (K&G-HARSCO) | 7/31/2022 | | $445,288 |
| 6.  9 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | JULY CARRIER RENTAL | 7/31/2022 | | $7,000 |
| 6. 10 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | AUGUST SLAG BACKLOG PENALTY (K&G-HARSCO) | 8/31/2022 | | $328,814 |
| 6. 11 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | CARRIER DELAY 8/9 | 8/31/2022 | | $10,000 |
| 6. 12 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | AUGUST CARRIER RENTAL | 8/31/2022 | | $7,000 |
| 6. 13 NORTH AMERICAN STAINLESS<br>6870 HIGHWAY 42 EAST, GHENT, KY 41045 | CARRIER DELAY 8/3 | 8/31/2022 | | $10,000 |

TOTAL      $1,250,519

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within 1 year before filing this case.

☐ None

| | Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
| --- | --- | --- | --- | --- |
| 7.1 | HUNTER VALLES V. DAVID PLEASANT AND CLEVELAND-CLIFFS STEEL LLC CASE NO: 2022 L 008708 | INDEMNIFICATION | CIRCUIT COURT OF COOK COUNTY ILLINOIS COUNTY DEPARTMENT, LAW DIVISION | PENDING |
| 7.2 | CEDRIC SPENCER - EEOC CHARGE NO. 420-2022-01520 | ALLEGED DISCRIMINATION | U.S. EEOC BIRMINGHAM, ALABAMA DISTRICT OFFICE, 1130 22ND STREET SOUTH, SUITE 2000, BIRMINGHAM, AL 35205 | CONCLUDED |
| 7.3 | ALLEN MCMURRAY - EEOC CHARGE NO. 420-2022-01518 | ALLEGED DISCRIMINATION | U.S. EEOC BIRMINGHAM, ALABAMA DISTRICT OFFICE, 1130 22ND STREET SOUTH, SUITE 2000, BIRMINGHAM, AL 35205 | CONCLUDED |
| 7.4 | DEMARCUS BRIGHT - EEOC CHARGE NO. 420-2022-01519 | ALLEGED DISCRIMINATION | U.S. EEOC BIRMINGHAM, ALABAMA DISTRICT OFFICE, 1130 22ND STREET SOUTH, SUITE 2000, BIRMINGHAM, AL 35205 | CONCLUDED |
| 7.5 | BRYAN STANLEY V. PHOENIX INPLANT SERVICES, LLC, PHOENIX SERVICES, LLC ANDMETAL SERVICES, LLC 02-CV-2022-900905.00 | WORKERS COMPENSATION AND RETALIATORY DISCHARGE CLAIMS | CIRCUIT COURT OF MOBILE COUNTY, ALABAMA CIRCUIT CIVIL DIVISION, 205 GOVERNMENT STREET, MOBILE, AL 36644 | PENDING |
| 7.6 | BRIAN LEYS V. METAL SERVICES, LLC & LOUIS WIGGINS 3:22-CV-00431-JAG | EMPLOYMENT DISCRIMINATION AND RETALIATION, WELFARE BENEFITS INTERFERENCE CLAIM, AND VIRGINIA COMMON LAW TORT CLAIMS | U.S. DISTRICT COURT EASTERN DISTRICT OF VIRGINIA, 701 E BROAD ST, RICHMOND, VA 23219 | PENDING |
| 7.7 | MATTHEW BORDERS V. METAL SERVICES, LLC (DBA PHOENIX SERVICES) 3:22-CV-01285-JJH | EMPLOYMENT DISCRIMINATION AND RETALIATION CLAIMS | U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO (TOLEDO), 1716 SPIELBUSCH AVENUE, TOLEDO, OHIO 43604 | PENDING |

**Metal Services LLC**    **Case Number:  22-10910 (MFW)**

| Part 3: | Legal Actions or Assignments |
|---|---|

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of Property | Value |
|---|---|---|---|---|---|
| 8.1    NONE | | | | | |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|------------------------------|-----------------------------------|-------------------------------------------|-------------|-------|

9.1    NONE

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| | Description of Property | How Loss Occurred | Amount of Payments Received | Date of Loss | Property Value |
|---|---|---|---|---|---|
| | | | *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property).* | | |
| 10.1 | CATERPILLAR TRACKED EXCAVATOR - MODEL 318 (ET0034) | THERMAL EVENT | $0.00 | 9/1/2022 | $0 |
| 10.2 | CATERPILLAR WHEELED LOADER - MODEL 988H (LR0113) | THERMAL EVENT | $176,805.44 | 7/1/2022 | $0 |
| 10.3 | CATERPILLAR WHEELED LOADER - MODEL 988K  (LR0239) | THERMAL EVENT | $0.00 | 9/1/2022 | $228,000 |
| 10.4 | CATERPILLAR WHEELED LOADER - MODEL 972 (LR0323) | THERMAL EVENT | $0.00 | 10/18/2022 | $253,320 |
| 10.5 | CATERPILLAR WHEELED LOADER - MODEL 988K (LR0312) | THERMAL EVENT | $0.00 | 4/10/2022 | $425,776 |
| 10.6 | CATERPILLAR WHEELED LOADER - MODEL 988K (LR0283) | THERMAL EVENT | $493,813.68 | 3/1/2022 | $0 |
| 10.7 | CATERPILLAR WHEELED LOADER - MODEL 988K (LR0327) | THERMAL EVENT | $0.00 | 3/31/2022 | $460,002 |
| 10.8 | CATERPILLAR WHEELED LOADER - MODEL 988K (LR0326) | THERMAL EVENT | $0.00 | 9/30/2021 | $474,982 |
| 10.9 | KRESS POT HAULER - MODEL P500 (TS0026) | THERMAL EVENT | $0.00 | 9/30/2021 | $0 |
| 10.10 | CATERPILLAR WHEELED LOADER - MODEL 988K  (LR0282) | THERMAL EVENT | $0.00 | 9/30/2021 | $363,000 |

**TOTAL**        $2,205,079

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 6:** | **Certain Payments or Transfers** |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.1  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 7/8/2022 | $297,584 |
| 11.2  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 7/15/2022 | $82,296 |
| 11.3  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 7/22/2022 | $91,707 |
| 11.4  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 7/29/2022 | $98,093 |
| 11.5  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 8/5/2022 | $115,288 |
| 11.6  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 8/12/2022 | $289,119 |

**Metal Services LLC**                                                                                   **Case Number:  22-10910 (MFW)**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.7  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 9/23/2022 | $1,350,449 |
| 11.8  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 9/2/2022 | $475,819 |
| 11.9  ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 9/9/2022 | $274,453 |
| 11.10 ALIXPARTNERS, LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 | | | | 9/16/2022 | $285,468 |
| 11.11 PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 9/23/2022 | $175,000 |
| 11.12 PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 9/16/2022 | $175,000 |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.13  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 9/2/2022 | $425,000 |
| 11.14  RICHARDS, LAYTON & FINGER, P.A.<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | | | | 9/16/2022 | $150,000 |
| 11.15  SITRICK AND COMPANY<br>11999 SAN VICENTE BLVD.<br>PENTHOUSE<br>LOS ANGELES, CA 90049 | | | | 9/23/2022 | $65,000 |
| 11.16  STRETTO, INC.<br>410 EXCHANGE, STE. 100<br>IRVINE, CA 92602 | | | | 9/23/2022 | $25,000 |
| 11.17  WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | | | | 8/5/2022 | $150,000 |
| 11.18  WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | | | | 8/26/2022 | $1,250,000 |

**Metal Services LLC**                                                                                                      **Case Number:  22-10910 (MFW)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.19  WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | | | | 9/9/2022 | $488,616 |
| 11.20  WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | | | | 9/16/2022 | $1,000,000 |
| 11.21  WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | | | | 9/23/2022 | $1,615,000 |
| 11.22  WEIL, GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153 | | | | 7/8/2022 | $350,000 |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of Trust or Device | Trustee | Describe any Property Transferred | Dates Transfers were Made | Total Amount / Value |
|-------------------------|---------|-----------------------------------|---------------------------|----------------------|
| 12.1    NONE | | | | $0 |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 13.  Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| 13. 1   NONE | | | $0 |

|  |  | TOTAL | $0 |
|---|---|---|---|

**Metal Services LLC**                                                                              **Case Number:  22-10910 (MFW)**

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of Occupancy |
|---|---|
| 14.1    148 W STATE ST, KENNETT SQUARE, PA 19348 | From:    7/1/2009    To:    1/31/2020 |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider. | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
|---------------------------|---------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------|----------------------|
| 15.1    NONE |  |  |  | ☐ Electronic<br>☐ Paper |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.  _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 9: | Personally Identifiable Information |
|---|---|

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☑ Yes.  Fill in below:

      Describe:        401k Plan - Phoenix Services LLC                          EIN:        20-3056493

      Has the plan been terminated?

      ☑ No
      ☐ Yes

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution Name and Address | Last 4 Digits of Acct Number | Type of Account | Date of Closing | Last Balance |
|---|---|---|---|---|
| 18.1   SANTANDER BANK<br>PO BOX 841002<br>BOSTON, MA 02284 | 0434 | PAYROLL ACCOUNT | 4/8/2022 | $0 |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|
| 19.1    NONE | | | ☐ No<br>☐ Yes |

**Metal Services LLC**                                    **Case Number:  22-10910 (MFW)**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|---|---|
| 20.1 | PORT OF INDIANA - STORAGE YARD AND SALES OFFICE 1190 EAST LOOP DRIVE PORTAGE, IN 46368 | ALL BURNS HARBOR EMPLOYEES | 250 WEST US HIGHWAY 12 BURNS HARBOR, IN 46304 | IDOT APPROVED SLAG PRODUCTS DELIVERED FROM THE PHOENIX SLAG PROCESSING PLANT IN BURNS HARBOR TO BE SOLD AND LOADED ONTO THIRD-PARTY TRUCKS | ☐ No ☑ Yes |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| 21.1    NONE | | | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No
☑ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|
| 22. 1  NOTICE OF VIOLATION (NOV) P70142 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD) 21865 COPLEY DR DIAMOND BAR, CA 91765-4178 | NOTICE OF VIOLATION (NOV) - SITE AIR INSPECTION FOR COMPLIANCE YEAR 2020. | PENDING |
| 22. 2  NOTICE TO COMPLY (NTC) E52448 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT 21865 COPLEY DR DIAMOND BAR, CA 91765-4178 | NOTICE TO COMPLY (NTC) - REQUEST TO PHOENIX FOR ALL 2021 OPERATING COMPLIANCE RECORDS AND PERMIT RENEWAL FEES, ETC. | CONCLUDED - ISSUED NOV P76113 BELOW |
| 22. 3  NOTICE OF VIOLATION (NOV) P76113 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT 21865 COPLEY DR DIAMOND BAR, CA 91765-4178 | FOLLOW UP NOTICE OF VIOLATION (NOV) RESULTING FROM NOTICE TO COMPLY (NTE) #E52448 ABOVE. | PENDING |
| 22. 4  VIOLATION NOTICE (VN) A-2021-00329 | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA), BUREAU OF AIR 1021 N GRAND AVE EAST PO BOX 19276 SPRINGFIELD, IL 62794-9276 | VIOLATION NOTICE (VN) DATED 07/25/2021 AND COMPLIANCE COMMITMENT AGREEMENT (CCA) DATED 08/25/2021 - THE STATE DID NOT RECEIVE THE 2020 ANNUAL COMPLIANCE CERTIFICATION (ACC) THAT WAS DUE 05/01/2021. | CONCLUDED - 8/10/2021. |
| 22. 5  VIOLATION NOTICE (VN) A-2022-00118 | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA), BUREAU OF AIR 1021 N GRAND AVE EAST PO BOX 19276 SPRINGFIELD, IL 62794-9276 | VIOLATION NOTICE (VN) RECEIVED 10/26/2022 - VIOLATION CITED FOR A MINOR ISSUE THAT PHOENIX SELF- REPORTED ON 06/07/2022. | PENDING |
| 22. 6  NOTICE OF VIOLATION / AGREED ORDER (NOV/AO) 2012-21689-A | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ) 100 N SENATE AVE INDIANAPOLIS, IN 46204 | NOTICE OF VIOLATION / AGREE ORDER (NOV/AO) -SELF- REPORTED ISSUE REGARDING THE PERMITTING OF THE NEW PLANTS TO REPLACE OLD FAILING LEVY PLANTS/EQUIPMENT. | CONCLUDED - 11/06/2013. |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No
☑ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|
| 22. 7   ENFORCEMENT ACTION LETTER / AGREED ORDER (EAL/NOV) 2020-27561-A | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ) 100 N SENATE AVE INDIANAPOLIS, IN 46204 | ENFORCEMENT ACTION LETTER / AGREED ORDER (EAL/NOV) - AIR PERMIT RENEWAL WAS 11 DAYS LATE. | CONCLUDED - 5/11/2021. |
| 22. 8   NOTICE OF VIOLATION / FINDING OF VIOLATION (NOV/FOV) EPA-5-21-IN-05 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION 77 W JACKSON BLVD CHICAGO, IL 60604-3590 | NOTICE OF VIOLATION / FINDING OF VIOLATION (NOV/FOV) -OPACITY VIOLATIONS OBSERVED FROM A REMOTE LOCATION. | PENDING |
| 22. 9   NOTICE OF VIOLATION / FINDING OF VIOLATION (NOV/FOV) EPA-5-22-IN-06 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION 77 W JACKSON BLVD CHICAGO, IL 60604-3590 | NOTICE OF VIOLATION / FINDING OF VIOLATION (NOV/FOV) -OPACITY VIOLATION OBSERVED FROM A REMOTE LOCATION | PENDING |
| 22. 10  NOTICE OF VIOLATION (NOV) ENV201400010 / CIN20140001 | KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION (KY DEP), DIVISION FOR AIR QUALITY (DAQ) 8020 VETERANS MEMORIAL DR, STE 110 FLORENCE, KY 41042 | NOTICE OF VIOLATION (NOV) - RECORDKEEPING VIOLATION FOR ROADWAY AND STOCKPILE WATER APPLICATION LOGGING. | CONCLUDED - 8/25/2014. |
| 22. 11  NOTICE OF VIOLATION (NOV) PA-11-00527 | PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP), SOUTHWEST REGIONAL OFFICE 400 WATERFRONT DRIVE | NOTICE OF VIOLATION (NOV) - VIOLATION FOR THE OPERATION OF AN AIR CONTAMINATION SOURCE WITHOUT APPROVAL BY THE PA DEPARTMENT OF ENVIRONMENTAL PROTECTION | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No
☑ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|

**Metal Services LLC**                                                                                                 **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23. 1  BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ)<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | INDIANA RULES 326 IAC 2-1.1 AND 326 IAC 2-7-2:FAILURE TO OBTAIN A CONSTRUCTION PERMIT PRIOR TO OPERATION.  [DUE TO IMMENT FAILURE OF PREVIOUS CONTRACTOR'S EQUIPMENT AND MANDATE TO KEEP STEEL MILL OPERATIONS FLOWING PER CONTRACT]. | 4/18/2013 |
| 23. 2  BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ)<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | CONDITION B.16 OF TITLE V PERMIT 36307:FAILURE TO SUBMIT AIR PERMIT RENEWAL APPLICATION BY THE DEADLINE OF 08/31/2020.  [SUBMITTED 11 DAYS LATE ON 09/11/2020.] | 2/10/2021 |
| 23. 3  BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | INDIANA RULE 326 IAC 5-1-2 OPACITY LIMITS:OPACITY EXCEEDANCES OBSERVED FROM A REMOTE LOCATION VIA ALT-M082 BY USEPA ON 06/16/2020, 07/20/2021 & 07/22/2021. | 9/28/2021 |

**Metal Services LLC**                                                                     **Case Number: 22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23. 4  BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | INDIANA RULE 326 IAC 5-1-2 OPACITY LIMITS:OPACITY EXCEEDANCE OBSERVED FROM A REMOTE LOCATION VIA ALT-M082 BY USEPA ON 05/12/2022. | 8/3/2022 |
| 23. 5  GHENT<br>6870 HWY 42 E<br>GHENT, KY | KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION (KY DEP), DIVISION FOR AIR QUALITY (DAQ)<br>8020 VETERANS MEMORIAL DR, STE 110<br>FLORENCE, KY 41042 | SECTION B.5.D OF TITLE V PERMIT V-13-023:FAILURE TO KEEP ROADWAY AND STOCKPILE WATER APPLICATION LOGS. | 7/21/2014 |
| 23. 6  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | CAL H&S CODE 42303:NOTICE TO AND FAILURE TO PROVIDE ALL OPERATING RECORDS FOR THE YEAR 2021. | 3/18/2022 |
| 23. 7  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD)<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | RULES 301(D)(1), 3002(C)(1), SECTION D CONDITION 11 OF TITLE V PERMIT:FAILED TO PAY PERMIT FEES ON TIME AND KEEP REPORTING RECORDS READILY ACCESSIBLE FOR 2020. | 8/24/2021 |

**Metal Services LLC**                                                                                    **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23. 8  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | RULES 301(C)(1), 3002(D), 3002(E), 1155(E)(1):FAILURE TO PROVIDE ALL RECORDS REQUESTED FOR OPERATING YEAR 2021. | 11/2/2022 |
| 23. 9  RIVERDALE<br>13500 SOUTH PERRY AVENUE<br>RIVERDALE, IL | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA), BUREAU OF AIR<br>1021 N GRAND AVE EAST<br>PO BOX 19276<br>SPRINGFIELD, IL 62794-9276 | SECTION 39.5(6)(A) OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT AND CONDITION 2.6(A) OF CAAPP PERMIT 07080049:FAILURE TO SUBMIT THE 2020 ANNUAL COMPLIANCE CERTIFICATION REPORT WHICH WAS INADVERTENTLY LEFT OUT OF THE SUBMITTAL PACKET WITH THE 2020 ANNUAL | 7/15/2021 |
| 23. ## RIVERDALE<br>13500 SOUTH PERRY AVENUE<br>RIVERDALE, IL | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA), BUREAU OF AIR<br>1021 N GRAND AVE EAST<br>PO BOX 19276<br>SPRINGFIELD, IL 62794-9276 | SECTION 31(A)(1) OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT ("ACT"), 415 ILCS 5/31(A)(1) AND CONDITION 4.1.2.D.I. OF CAAPP PERMIT 07080049:FAILED TO NOTIFY IEPA UPON CHANGE OF SIZING FOR POT SLAGGING MATERIAL USED. | 10/26/2022 |

**Metal Services LLC**                                                                    **Case Number:  22-10910 (MFW)**

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| | | | |

**Metal Services LLC**                                                                    **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the folligg definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☑ Yes. Provide details below.

| | Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|---|
| 24.1 | BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ)<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | INDIANA RULES 326 IAC 2-1.1 AND 326 IAC 2-7-2:FAILURE TO OBTAIN A CONSTRUCTION PERMIT PRIOR TO OPERATION.  [DUE TO IMMENT FAILURE OF PREVIOUS CONTRACTOR'S EQUIPMENT AND MANDATE TO KEEP STEEL MILL OPERATIONS FLOWING PER CONTRACT]. | 4/18/2013 |
| 24.2 | BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) OFFICE OF AIR QUALITY (OAQ)<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204 | CONDITION B.16 OF TITLE V PERMIT 36307:FAILURE TO SUBMIT AIR PERMIT RENEWAL APPLICATION BY THE DEADLINE OF 08/31/2020.  [SUBMITTED 11 DAYS LATE ON 09/11/2020.] | 2/10/2021 |
| 24.3 | BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | INDIANA RULE 326 IAC 5-1-2 OPACITY LIMITS:OPACITY EXCEEDANCES OBSERVED FROM A REMOTE LOCATION VIA ALT-M082 BY USEPA ON 06/16/2020, 07/20/2021 & 07/22/2021. | 9/28/2021 |
| 24.4 | BURNS HARBOR<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 5 (USEPA-R5), AIR ENFORCEMENT & COMPLIANCE ASSURANCE SECTION<br>77 W JACKSON BLVD<br>CHICAGO, IL 60604-3590 | INDIANA RULE 326 IAC 5-1-2 OPACITY LIMITS:OPACITY EXCEEDANCE OBSERVED FROM A REMOTE LOCATION VIA ALT-M082 BY USEPA ON 05/12/2022. | 8/3/2022 |

**Metal Services LLC**                                                                    **Case Number:  22-10910 (MFW)**

| **Part 12:** | **Details About Environmental Information** |
| --- | --- |

For the purpose of Part 12, the folliwg definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
| --- | --- | --- | --- |
| 24.5  GHENT<br>6870 HWY 42 E<br>GHENT, KY | KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION (KY DEP), DIVISION FOR AIR QUALITY (DAQ)<br>8020 VETERANS MEMORIAL DR, STE 110<br>FLORENCE, KY 41042 | SECTION B.5.D OF TITLE V PERMIT V-13-023:FAILURE TO KEEP ROADWAY AND STOCKPILE WATER APPLICATION LOGS. | 7/21/2014 |
| 24.6  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT (SCAQMD)<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | RULES 301(D)(1), 3002(C)(1), SECTION D CONDITION 11 OF TITLE V PERMIT:FAILED TO PAY PERMIT FEES ON TIME AND KEEP REPORTING RECORDS READILY ACCESSIBLE FOR 2020. | 8/24/2021 |
| 24.7  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | CAL H&S CODE 42303:NOTICE TO AND FAILURE TO PROVIDE ALL OPERATING RECORDS FOR THE YEAR 2021. | 3/18/2022 |
| 24.8  RANCHO[FACILITY NO LONGER EXISTS AS OF DEC 2021]<br>12459-B ARROW ROUTE<br>RANCHO CUCAMONGA, CA 91739 | CALIFORNIA SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT<br>21865 COPLEY DR<br>DIAMOND BAR, CA 91765-4178 | RULES 301(C)(1), 3002(D), 3002(E), 1155(E)(1):FAILURE TO PROVIDE ALL RECORDS REQUESTED FOR OPERATING YEAR 2021. | 11/2/2022 |

**Metal Services LLC**                                                            **Case Number: 22-10910 (MFW)**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

■ Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No
☑ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 24.9 RIVERDALE<br>13500 SOUTH PERRY AVENUE<br>RIVERDALE, IL | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA),<br>BUREAU OF AIR<br>1021 N GRAND AVE EAST<br>PO BOX 19276<br>SPRINGFIELD, IL 62794-9276 | SECTION 39.5(6)(A) OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT AND CONDITION 2.6(A) OF CAAPP PERMIT 07080049:FAILURE TO SUBMIT THE 2020 ANNUAL COMPLIANCE CERTIFICATION REPORT WHICH WAS INADVERTENTLY LEFT OUT OF THE SUBMITTAL PACKET WITH THE 2020 ANNUAL | 7/15/2021 |
| 24.## RIVERDALE<br>250 W. US HIGHWAY 12<br>BURNS HARBOR, IN | ILLINOIS ENVIRONMENTAL PROTECTION AGENCY (IEPA),<br>BUREAU OF AIR<br>1021 N GRAND AVE EAST<br>PO BOX 19276<br>SPRINGFIELD, IL 62794-9276 | SECTION 31(A)(1) OF THE ILLINOIS ENVIRONMENTAL PROTECTION ACT ("ACT"), 415 ILCS 5/31(A)(1) AND CONDITION 4.1.2.D.I. OF CAAPP PERMIT 07080049:FAILED TO NOTIFY IEPA UPON CHANGE OF SIZING FOR POT SLAGGING MATERIAL USED. | 10/26/2022 |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
|---------------------------|-------------------------------------|--------------------------------|------------------------|
| | | *Do not include SSN or ITIN* | |
| 25.1    See Table | | | |

Phoenix Services Topco, LLC.
SOFA 25
Organization Structure

| Legal Entity Name | Parent | Jurisdiction of Incorporation | Date of Incorporation | Federal Tax ID No | Debtor/Non-Debtor | Location | Nature of Business | Corporation/ Partnership | Note |
|---|---|---|---|---|---|---|---|---|---|
| Phoenix Services Topco, LLC | Shareholders - ANRP II Phoenix Services Holdings (LP) (99%), Current and Former Employees (1%) | Delaware | 5/11/2018 | 83-0934517 | Debtor | New York, NY | Holding Company | Partnership | |
| Phoenix Services Parent, LLC | Phoenix Services Topco, LLC (100%) | Delaware | 11/28/2017 | 82-3738023 | Debtor | New York, NY | Holding Company | Partnership | |
| Phoenix Services Holdings Corp. | Phoenix Services Parent, LLC (100%) | Delaware | 4/2/2009 | 27-2051330 | Debtor | New York, NY | Holding Company | Corporation | Changed name on 3/1/2018 from OGF AIS Holdings Corp. |
| Phoenix Services International LLC | Phoenix Services Holdings Corp (100%) | Delaware | 6/7/2005 | 20-3056493 | Debtor | Radnor, PA | Holding Company | Partnership | Phoenix Services Merger Sub, LLC merged in 3/1/2018 |
| Metal Services LLC | Phoenix Services International LLC (100%) | Delaware | 6/7/2005 | 20-3058793 | Debtor | Radnor, PA | Operating | Partnership | Metal Services Investment II LLC dissolved on 10/24/2018 |
| Terracentric Materials LLC | Metal Services  LLC (100%) | Delaware | 6/22/2016 | 81-3350673 | Debtor | Radnor, PA | Non-Operating | Partnership | |
| Cool Springs LLC | Metal Services  LLC (100%) | Delaware | 10/10/2012 | 46-1208687 | Debtor | Radnor, PA | Non-Operating | Partnership | |
| Phoenix Receivables, LLC | Metal Services  LLC (100%) | Delaware | 6/28/2022 | NA | Debtor | Radnor, PA | Non-Operating | Partnership | |
| Metal Services Investment LLC | Metal Services  LLC (100%) | Delaware | 3/1/2010 | 20-2122924 | Debtor | Radnor, PA | Non-Operating | Partnership | |
| Phoenix Services Europe Coöperatief U.A. | Metal Services Investment LLC (1%), Metal Services  LLC (99%) | NL | 3/9/2010 | 98-0661927 | Non-Debtor | NL | Operating | Partnership | |
| Phoenix Services Europe Coöperatief U.A. | Metal Services  LLC (99%), Metal Services Investment LLC (1%) | NL | 3/9/2010 | 98-0661927 | Non-Debtor | NL | Operating | Partnership | |

**Metal Services LLC**                                          **Case Number:  22-10910 (MFW)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | | Dates of Service | | | |
|---|---|---|---|---|---|
| 26a.1 | BART VENESOEN - FORMER CONTROLLER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | From: | 8/12/2013 | To: | 9/6/2021 |
| 26a.2 | HALET MURPHY - FORMER CFO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | From: | 8/3/2020 | To: | 2/16/2022 |
| 26a.3 | ROBERT RICHARD - CFO<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | From: | 2/15/2022 | To: | Ongoing |
| 26a.4 | TIFFANY HAGAN - GLOBAL CONTROLLER<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | From: | 8/31/2021 | To: | Ongoing |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|---|

### 26. Books, records, and financial statements

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | Dates of Service | | | |
|---|---|---|---|---|---|
| 26b.1 | ERNST & YOUNG LLP<br>ONE COMMERCE SQUARE<br>SUITE 700<br>2005 MARKET STREET<br>PHILADELPHIA, PA 19103 | From: | 1/1/2018 | To: | Ongoing |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**26. Books, records, and financial statements**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1 ROBERT RICHARD - CFO<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | |
| 26c.2 TIFFANY HAGAN - GLOBAL CONTROLLER<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | |

**Metal Services LLC**                                        **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 26. Books, records, and financial statements

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and Address**

26d.1    THE DEBTORS ROUTINELY PROVIDE FINANCIAL INFORMATION TO BANKS, CUSTOMERS, SUPPLIERS, TAX AND GOVERNMENT AUTHORITIES, LESSORS AND INVESTORS, IN THE ORDINARY COURSE AND IN THE COURSE OF WITH ITS DEBT RESTRUCTURING EFFORTS. (ALSO REFER TO GLOBAL NOTES.)

**Metal Services LLC**                                        **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27.1   NONE | | | | |

**Metal Services LLC**                                                      **Case Number:  22-10910 (MFW)**

**Part 13:**     **Details About the Debtor's Business or Connections to Any Business**

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|---|---|---|---|
| 28.1 | MARK PORTO<br>C/O METAL SERVICES  LLC<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | CHIEF EXECUTIVE OFFICER | 0.00% |
| 28.2 | PHOENIX SERVICES INTERNATIONAL LLC<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | OWNERSHIP INTEREST | 100.00% |
| 28.3 | ROBERT A. RICHARD<br>C/O METAL SERVICES  LLC<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | CHIEF FINANCIAL OFFICER; SECRETARY | 0.00% |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held |
|---|---|---|
| 29.1  HALET MURPHY<br>C/O METAL SERVICES  LLC<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | CHIEF FINANCIAL OFFICER; SECRETARY | From: 8/3/2020  To: 2/16/2022 |
| 29.2  MARK ESSIG<br>C/O METAL SERVICES  LLC<br>4 RADNOR CORPORATE CENTER, SUITE 520<br>100 MATSONFORD ROAD<br>RADNOR, PA 19087 | CHIEF EXECUTIVE OFFICER | From: 6/25/2018  To: 10/30/2021 |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

### 30.  Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.1    REFER TO SOFA 4 | | | |
| TOTAL | $0 | | |

|  | TOTAL | $0 |
|---|---|---|

Page 1 of 1 to Question 30

**Metal Services LLC**                                             **Case Number:  22-10910 (MFW)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
|---|---|
| 31. 1    PHOENIX SERVICES PARENT LLC | EIN:     82-3738023 |

**Metal Services LLC**                                                    **Case Number:  22-10910 (MFW)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of Pension Fund | Employer Identification Number of the Pension Fund |
|----------------------|----------------------------------------------------|
| 32. 1  MIDWEST OPERATING ENGINEERS PENSION PLAN ("MOEPP") | EIN:    36-6140097 |

**Metal Services LLC**                                              **Case Number:  22-10910 (MFW)**

**Part 14:**       **Signature and Declaration**

Warning -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a resonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:**         November 28, 2022

**Signature:**   /s/ Robert Richard                                      Robert Richard, Chief Financial Officer

                                                                         **Name and Title**

Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

[X]  No

[ ]  Yes