Phoenix Services Topco, LLC
Case No. 22-10906 (MFW)

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Peter | Keane | DIP/First Lien Group | Pachulski Stang Ziehl & Jones LLP |
| Jeff | Kaplan | BCAS | BCAS |
| Ryan | White | Five Arrows Managers | Five Arrows Managers |
| David | Orme | C&B Gallatin | Carlisle & Bray Enterprises |
| Nathan | Rugg | Motion Industries | BFKN |
| Breana | Drozd | Kress Corporation | Jenner & Block LLP |
| Michael | Glowa | self | |
| Will | Scheff | Official Committee of Unsecured Creditors | FTI Consulting |
| Laura Davis | Jones | DIP/First Lien Group | Pachulski Stang Ziehl & Jones LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Douglas | Winchell | Lockwood Grove CLO, Ltd. | Tall Tree Investment Management, LLC |
| Theodore | Tsekerides | Debtor | Weil, Gotshal & Manges |
| Garrett | Fail | Debtor | Weil, Gotshal & Manges |
| Ray | Schrock | Debtor | Weil, Gotshal & Manges LLP |
| Tyler | Okada | Debtor | Weil, Gotshal & Manges LLP |
| Kyle | Mason | Debtors | |
| Jason | DiBattista | LevFin Insights | LevFin Insights |
| Justin | Alberto | Committee | Cole Schotz P.C. |
| Patrick | Reilley | Committee | Cole Schotz, P.C. |
| Elliot | Smith | C&B Marine – Gallatin LLC | Benesch, Friedlander, Coplan & Aronoff LLP |
| Denny | Upton | J.A. Riggs Tractor Company | |
| Matthew | Milana | Debtors | Richards, Layton & Finger |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Bruce | Roth | SERP Participant #2 | |
| Emily | Devan | Pathward, N.A. | Miles & Stockbridge, P.C. |
| Kenneth J. | Enos | Nucor Yamato-Steel Company and Nucor Steel Arkansas | Young Conaway Stargatt & Taylor, LLP |
| Hillary B. | Crabtree | Nucor-Yamato Steel Company and Nucor Steel Arkansas | Moore & Van Allen PLLC |
| Scott M. | Tyler | Nucor-Yamato Steel Company and Nucor Steel Arkansas | Moore & Van Allen PLLC |
| Brian | Resnick | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Elliot | Moskowitz | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Jonah | Peppiatt | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Cole | Hanson | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Morris Nichols | Conference Room | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell |
| Ari | Bruger | first lien lender | Nassau Corporate Credit LLC |
| David | Gaffey | Boyd Company | Whiteford, Taylor & Preston, LLP |
| Joel | Perrell | Presidential Bank FSB | Miles & Stockbridge PC |
| Lawrence | Oscar | Cleveland-Cliffs Steel LLC | Hahn Loeser & Parks LLP |
| Christopher | Wick | Cleveland-Cliffs Steel LLC | Hahn Loeser & Parks LLP |
| Brian | Smith | ACM ELF ST LLC | Holland & Knight LLP |
| Norman | Kinel | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Travis | McRoberts | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Rebecca | Haverstick | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Brent | Owen | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Zach | Shapiro | Debtors | Richards, Layton & Finger, P.A. |
| Max | Newman | Edward Levy | Butzel Long |
| Cathy | Waddell | Nucor-Yamato Steel Company, Nucor Steel Arkansas (a division of Nucor Corporation), and Nucor Steel Gallatin LLC | |
| Austin | Pitzer | Nucor-Yamato Steel Company, Nucor Steel Arkansas (a division of Nucor Corporation), and Nucor Steel Gallatin LLC | |
| Elmer | Cherry | Nucor-Yamato Steel Company, Nucor Steel Arkansas (a division of Nucor Corporation), and Nucor Steel Gallatin LLC | |
| Howard | Cohen | De Lage Landen Financial Services, Inc. | Fox Rothschild LLP |

Phoenix Services Topco, LLC
Case No. 22-10906 (MFW)

| First | Last | Representing | Firm |
|---|---|---|---|
| Gregory | Flasser | 36th Street Capital Partners, LLC | Bayard, P.A. |
| C | W | Phoenix Services LLC | Metal Services LLC |
| Linda | Casey | United States Trustee | |
| Sameen | Rizvi | ANRP II Phoenix Services | Potter Anderson & Corroon LLP |
| Michael | Fitzpatrick | Official Committee of Unsecured Creditors | Cole Schotz P.C. |
| Elizabeth | Weber | Radius Construction Co., Inc. | Dressman Benzinger LaVelle psc |
| Monica | Loseman | DIP/First Lien Group | |
| Matthew | Williams | DIP/First Lien Group | |
| Jacob | Marsh | DIP/First Lien Group | |
| Timothy | Zimmerman | DIP/First Lien Group | |
| Joseph N | DiStefano | I am a reporter for the Philadelphia Inquirer | Philadelphia Inquirer |
| Ana Lucia | Hurtado | Reorg | |
| PAUL | WINTERHALTER | Radius Construction Co., Inc. | Offit Kurman, P.A. |
| Joan | Adams | Phoenix Services | |
| Adam | Hiller | Wintrust Commercial Finance, a division of Wintrust Asset Finance Inc. | Hiller Law LLC |
| Brian | McLaughlin | Radius Construction Co., Inc. | Offit Kurman |
| Kelly | Neal | Caterpillar Financial Services Corporation | |
| Kate | Buck | Peapack Capital Corporation | McCarter & English LLP |
| Christopher | Shaheen | Pathward, N.A. | Pathward, N.A. |
| Chris | Bedell | Nucor Steel Gallatin LLC, Nucor-Yamato Steel Company and Nucor Steel Arkansas (a division of Nucor Corporation) | |
| Greg | Mitchell | Nucor Steel Gallatin LLC, Nucor-Yamato Steel Company and Nucor Steel Arkansas (a division of Nucor Corporation) | |
| Destiney | Randolph | Outokumpu Stainless USA, LLC | Shook, Hardy & Bacon L.L.P. |
| Taylor | Harrison | Debtwire | |
| Bob | Richard | Phoenix Services | |
| Keith | Pyles | SERP Participant | |
| Jennifer | Zhou | DIP AGENT | Gibson, Dunn & Crutcher LLP |
| Richard | Riley | Boyd Company | Whiteford Taylor & Preston |
| Donald | Schultz | Creditor Carter Machinery Company, Inc. | Crenshaw, Ware & Martin, P.L.C. |
| Alexis | Leventhal | Fifth Third Bank, Wingspire Equipment Finance, Encina Equipment Finance | Reed Smith LLP |
| Richard | Tannenbaum | Wingspire Equipment Finance | Reed Smith LLP |
| Emmy | Cheung | Nassau | Nassau Corporate Credit |
| Jason | Angelo | Fifth Third Bank | Reed Smith LLP |
| John | McLaughlin | Dext Capital | Ferry Joseph, OP.A. |
| Theresa A. | Driscoll | 36th Street Capital Partners, LLC | Moritt Hock & Hamroff LLP |
| James | Savin | ANRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Ira | Dizengoff | ANRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Blaine | Scott | ANRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Yugank | Sikka | The Debtors (Phoenix) | Weil, Gotshal & Manges LLP |
| Morris Nichols | Conf Room 16C | Barclays Bank PLC | Morris Nichols Arsht & Tunnell LLP |
| Emily | Mathews | Debtors | RLF |
| Robert | Dehney | Barclays Bank PLC | Morris Nichols Arsht & Tunnell LLP |
| Evanthea | Hammer | Barclays Bank PLC | Morris Nichols Arsht & Tunnell LLP |
| Travis | Bayer | Alta | |
| Larry | Chek | First National Capital, LLC | Palmer Lehman Sandberg PLLC |
| Grace | Hammarskjold | Atalaya Capital Management | |
| Thomas | GILCHRIST | Novatech | |