# Exhibit C

# Chida, Zohaib

| | |
|---|---|
| **From:** | Owen, Brent R. <brent.owen@squirepb.com> |
| **Sent:** | Tuesday, January 24, 2023 8:37 PM |
| **To:** | Moskowitz, Elliot; Haverstick, Rebecca W.; Kinel, Norman N. |
| **Cc:** | Resnick, Brian M.; McRoberts, Travis; Chida, Zohaib; Saney, Michelle N. |
| **Subject:** | Conferral on Discovery and Extension of the Challenge Period |

Elliot,

Given the Court's guidance at today's hearing, we are reaching out to confer about discovery issues and an extension of the challenge period.  Please let us know your position by 2 PM tomorrow.  We would prefer to avoid bothering the Court, but we are prepared to file a motion absent agreement on the issues below.

1. <u>Complete production and written responses to discovery</u>.  The First Lien Agent will agree to produce documents responsive to all discovery requests (limited by prior agreements as to scope, search terms, etc., but subject to the Committee requesting additional production following certification of completion of production), provide written responses to the Committee's document requests, and certify that the production has been completed (the "<u>Completion Date</u>").

2. <u>Privilege Log</u>.  The First Lien Agent will provide a privilege log identifying materials withheld based on the claim of privilege by the Completion Date.

3. <u>Deposition</u>.  The Frist Lien Agent will cooperate in scheduling the deposition of one or more witness(es).

4. <u>Extension of the Challenge Period</u>.  The First Lien Agent will agree to extend the Challenge Period to thirty-days after the Completion Date.

Please let us know if you'd like to discuss.

Regards,
Brent



**Brent R. Owen**
Partner
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202

T  +1 303 894 6111
O  +1 303 830 1776
F  +1 303 894 9239
M  +1 972 762 7300

**brent.owen@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---

45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the

intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.


#US
------------------------------------------------------------------