# Exhibit D

# Chida, Zohaib

| | |
|---|---|
| **From:** | Moskowitz, Elliot |
| **Sent:** | Wednesday, January 25, 2023 7:32 PM |
| **To:** | Owen, Brent R.; Haverstick, Rebecca W.; Kinel, Norman N. |
| **Cc:** | Resnick, Brian M.; McRoberts, Travis; Chida, Zohaib; Saney, Michelle N. |
| **Subject:** | RE: Conferral on Discovery and Extension of the Challenge Period |

Brent, thanks for your email.  I am still consulting with my client but can offer the following response in the meanwhile.

- We will complete our production based on the previously agreed parameters and will advise you when our production is complete (note that we are still forecasting completion on or around 1/30).  We understand the Committee reserves the right to make further requests and we reserve all rights as well.
- We will produce a privilege log but it may take until slightly after our production is complete to do so because we want to cover the entire review.  Would a categorical log be acceptable?
- We will await your request for a deposition and meet and confer with you thereafter.  We would ask you to consider whether you need a deposition of the agent if you are already taking lender and debtor depositions.
- We will get back to you on the extension request as soon as possible.  I understand you are in touch with the lender group and Debtors so it would be best if we could have a consensus among all the parties.

Thanks,
Elliot


**Elliot Moskowitz**

+1 212 450 4241 office
+1 917 501 7880 mobile
elliot.moskowitz@davispolk.com

---

**Davis Polk & Wardwell LLP**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy notice for important information on how we process personal data. Our website is at davispolk.com.

**From:** Owen, Brent R. <brent.owen@squirepb.com>
**Sent:** Tuesday, January 24, 2023 8:37 PM
**To:** Moskowitz, Elliot <elliot.moskowitz@davispolk.com>; Haverstick, Rebecca W. <rebecca.haverstick@squirepb.com>; Kinel, Norman N. <norman.kinel@squirepb.com>
**Cc:** Resnick, Brian M. <brian.resnick@davispolk.com>; McRoberts, Travis <travis.mcroberts@squirepb.com>; Chida, Zohaib <zohaib.chida@davispolk.com>; Saney, Michelle N. <michelle.saney@squirepb.com>
**Subject:** Conferral on Discovery and Extension of the Challenge Period

Elliot,

Given the Court's guidance at today's hearing, we are reaching out to confer about discovery issues and an extension of the challenge period.  Please let us know your position by 2 PM tomorrow.  We would prefer to avoid bothering the Court, but we are prepared to file a motion absent agreement on the issues below.

1. <u>Complete production and written responses to discovery</u>.  The First Lien Agent will agree to produce documents responsive to all discovery requests (limited by prior agreements as to scope, search terms, etc., but subject to the Committee requesting additional production following certification of completion of production), provide written responses to the Committee's document requests, and certify that the production has been completed (the "<u>Completion Date</u>").

2. <u>Privilege Log</u>.  The First Lien Agent will provide a privilege log identifying materials withheld based on the claim of privilege by the Completion Date.

3. <u>Deposition</u>.  The Frist Lien Agent will cooperate in scheduling the deposition of one or more witness(es).

4. <u>Extension of the Challenge Period</u>.  The First Lien Agent will agree to extend the Challenge Period to thirty-days after the Completion Date.

Please let us know if you'd like to discuss.

Regards,
Brent



**Brent R. Owen**
Partner
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202

T  +1 303 894 6111
O  +1 303 830 1776
F  +1 303 894 9239
M  +1 972 762 7300

**brent.owen@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
---------------------------------------------------------------------