# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PHOENIX SERVICES TOPCO LLC, *et al.*, | ) |
| | ) Case No. 22-10906 (MFW) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 486** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Michael J. Roeschenthaler, Esq., to represent Boyd Company in the above-captioned case.

Dated: January 31, 2023  
       Wilmington, Delaware

*/s/ Richard W. Riley*  
Richard W. Riley (No. 4052)  
WHITEFORD, TAYLOR & PRESTON LLC  
600 North King Street, Suite 300  
Wilmington, Delaware 19801  
Telephone: (302) 353-4144  
Email: rriley@wtplaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Michael J. Roeschenthaler*  
Michael J. Roeschenthaler, Esq.  
WHITEFORD TAYLOR & PRESTON, LLP  
11 Stanwix Street, Suite 1400  
Pittsburgh, Pennsylvania 15222  
Telephone: (412) 618-5600  
Email: mroeschenthaler@wtplaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 1st, 2023**  
**Wilmington, Delaware**

**MARY F. WALRATH**  
**UNITED STATES BANKRUPTCY JUDGE**