# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| PHOENIX SERVICES TOPCO LLC, *et al.*, | ) Case No. 22-10906 (MFW) <br> ) |
| Debtors.[1] | ) Jointly Administered <br> ) <br> ) **Re: D.I. 554 & 563** |

### JOINDER OF ACM ELF ST LLC TO LIMITED OBJECTION OF WINTRUST COMMERCIAL FINANCE TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING (I) REJECTION OF EXECUTORY CONTRACTS WITH NUCOR, (II) SETTLEMENT AGREEMENT WITH NUCOR, (III) SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES TO NUCOR, AND (IV) STIPULATIONS WITH CERTAIN COUNTERPARTIES

ACM ELF ST LLC hereby files this Joinder to the *Limited Objection Wintrust Commercial Finance to Debtors' Motion for Entry of an Order Approving (I) Rejection of Executory Contracts with Nucor, (II) Settlement Agreement with Nucor, (III) Sale of Certain Assets Free and Clear of Liens, Claims, and Encumbrances to Nucor, and (IV) Stipulations with Certain Counterparties* [D.I. 563] (the "Limited Objection"). In joining the Limited Objection, ACM incorporates the arguments raised in the Limited Objection and reserves all rights to fully participate in any hearings and resolutions concerning matters raised in the Limited Objection.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radonr, PA 19807.

#190368036

Dated: February 27, 2023
Wilmington, Delaware

        BAYARD, P.A.

        */s/ Gregory J. Flasser*
        Gregory J. Flasser (No. 6154)
        600 N. King Street, Suite 400
        Wilmington, DE 19801
        Tel: (302) 655-5000
        Fax: (302) 658-6395
        E-mail: gflassser@bayardlaw.com

        -and-

        HOLLAND & KNIGHT LLP
        Brent McIlwain
        Brian Smith
        1722 Routh Street, Suite 1500
        Dallas, TX 75201
        Tel: (214) 964-9500
        Fax: (214) 964-9501
        E-mail:
        brent.mcilwain@hklaw.com
        brian.smith@hklaw.com

        *Counsel for ACM ELF ST LLC*