IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*, : Case No. 22–10906 (MFW)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| April 11, 2023 at 11:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 4<br>Wilmington, Delaware 19801 |

Dated: March 27th, 2023               MARY F. WALRATH
Wilmington, Delaware                  UNITED STATES BANKRUPTCY JUDGE