Case 22-10906-MFW    Doc 768    Filed 05/09/23    Page 1 of 2

22-10906 Phoenix Services Topco, LLC

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Gary | Bressler | U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| John | McLaughlin | Dext Capital LLC | Ferry Joseph, P.A. |
| Gaston | Loomis | U.S. Specialty Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| Andrew | Remming | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell LLP |
| Robert | Dehney | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell LLP |
| Tamara | Mann | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell LLP |
| Evanthea | Hammer | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell LLP |
| Jeffrey | Wisler | Stonebriar Commercial Finance | Connolly Gallagher |
| Aryeh | Falk | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Audrey | Youn | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Brian | Resnick | Barclays Bank PLC | Davis Polk & Wardwell LLP |
| Ira S. | Dizengoff | ANRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Morris Nichols | Conference Room | Barclays Bank PLC | Morris, Nichols, Arsht & Tunnell LLP |
| James | Savin | ANRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Blaine T. | Scott | NRP II Phoenix Services Holdings (LP) | Akin Gump Strauss Hauer & Feld LLP |
| Christopher M. | Samis | ANRP II Phoenix Services Holdings (LP) | Potter Anderson & Corroon LLP |
| R. Stephen | McNeill | ANRP II Phoenix Services Holdings (LP) | Potter Anderson & Corroon LLP |
| Bruce | Roth | SERP Participant 2 | |
| Howard | Cohen | DeLage Landen | Fox Rothschild LLP |
| Tyler | Okada | Interested Party | Weil, Gotshal & Manges LLP |
| Laura | Davis Jones | DIP/First Lien Group | Pachulski Stang Ziehl & Jones LLP |
| Peter | Keane | DIP/First Lien Group | Pachulski Stang Ziehl & Jones LLP |
| Matthew | Williams | Ad Hoc Secured Lender Group | Gibson Dunn & Crutcher |
| Ignacio | Inigo | Cuatrecasas | Cuatrecasas |
| Mar | Villora | Cuatrecasas | Cuatrecasas |
| Breana | Drozd | Kress Corporation | |
| David | Orme | C&B Gallatin | Carlisle & Bray Enterprises |
| Brian | Smith | ACM ELF ST LLC | Holland & Knight LLP |
| Hillary | Crabtree | Nucor | Moore & Van Allen |
| Ken | Enos | Nucor | YCST |
| Ana Lucia | Hurtado | n/a | Reorg Research |
| Douglas | Winchell | Lockwood Grove CLO Ltd. | Tall Tree Investment Management LLC |
| Vinit | Kothary | Debtors | PJT Partners |
| Denny | Upton | J.A. Riggs Tractor Company | |
| John | Singh | Debtor or Phoenix | PJT investment banker |
| Alexis | Leventhal | Fifth Third Bank | Reed Smith LLP |
| Christopher | Wick | Cleveland-Cliffs Steel LLC | Hahn Loeser & Parks LLP |
| Lawrence | Oscar | Cleveland-Cliffs Steel LLC | Hahn Leoser & Parks LLP |
| Daniel | DeFranceschi | Debtors | Richards, Layton & Finger, P.A. |
| Garrett | Fail | Debtors | Weil, Gotshal & Manges LLP |
| Zach | Shapiro | Debtors | Richards, Layton & Finger, P.A. |
| Matthew | Milana | Debtors | Richards, Layton & Finger, P.A. |
| Gavin | Andrews | Debtors | Weil, Gotshal & Manges LLP |
| Scott | Clar | Local 150 Midwest Operating Engineers Pension Funds | Crane, Simon, Clar and Goodman |
| Will | Scheff | Official Committee of Unsecured Creditors | FTI Consulting |
| Linda | Casey | United States Trustee | |
| Taylor | Harrison | Debtwire | |
| Jennifer | Zhou | AHG | Gibson, Dunn & Crutcher, LLP |
| Michael | Neumeister | DIP/First Lien Group | Gibson, Dunn & Crutcher LLP |
| William | Lenga | Lockwood Grove CLO, Ltd | Tall Tree Investment Management, LLC |

| | | | |
|---|---|---|---|
| Michael | Fitzpatrick | Official Committee of Unsecured Creditors | Cole Schotz P.C. |
| Samuel | Wagreich | DIP/First Lien Group | Evercore |
| Patrick | Reilley | Creditors Committee | Cole Schotz |
| Evan | Ochsner | Media | |
| Norman | Kinel | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Travis | McRoberts | Official Committee of Unsecured Creditors | Squire Patton Boggs (US) LLP |
| Emily | Mathews | Debtors | RLF |
| Uday | Gorrepati | N/A (ABI Project) | |
| Justin | Sughrue | CVC Credit Partners LLC | |