**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                         :
In re                         :         **Chapter 11**
                         :
**PHOENIX SERVICES TOPCO LLC**, *et al.*,    :         **Case No. 22–10906 (MFW)**
                         :
           Debtors.[1]          :         **(Jointly Administered)**
                         :
                         :
------------------------------------------------------------ x

## <u>AFFIDAVIT OF SERVICE</u>

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Fifth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 Through February 28, 2023** (Docket No. 780)

- **Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 Through March 31, 2023** (Docket No. 782)

- **Notice of First Interim Fee Application Request of Ernst & Young LLP** (Docket No. 783)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 Through March 31, 2023** (Docket No. 782)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

- **Notice of First Interim Fee Application Request of Ernst & Young LLP** (Docket No. 783)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 16, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of May, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| COUNSEL TO APOLLO GLOBAL MANAGEMENT, INC. | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF AND JAMES SAVIN | ONE BRYANT PARK | NEW YORK | NY | 10036 |
| METAL SERVICES LLC | ATTN: CLINT MCGINTY | 100 MATSONFORD RD, 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19087 |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN:  LINDA CASEY, ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| BARCLAYS BANK PLC | C/O DAVIS POLK & WARDELL LLP | ATTN: BRIAN M. RESNICK, JONAH A. PEPPIATT, & ELLIOT MOSKOWITZ | BRIAN.RESNICK@DAVISPOLK.COM<br>JONAH.PEPPIATT@DAVISPOLK.COM<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM |
| COUNSEL TO APOLLO GLOBAL MANAGEMENT, INC. | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF AND JAMES SAVIN | IDIZENGOFF@AKINGUMP.COM<br>JSAVIN@AKINGUMP.COM |
| DEBTORS' COUNSEL | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: DANIEL J. DEFRANCESCHI, MATTHEW P. MILANA, EMILY RAE MATHEWS & ZACHARY I SHAPIRO | DEFRANCESCHI@RLF.COM<br>RBGROUP@RLF.COM<br>ANN-JEROMINSKI-2390@ECF.PACERPRO.COM<br>MILANA@RLF.COM<br>MATHEWS@RLF.COM<br>SHAPIRO@RLF.COM |
| METAL SERVICES LLC | ATTN: CLINT MCGINTY | | CLINT.MCGINTY@PHOENIX-SERVICES.COM |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN:  LINDA CASEY, ESQ. | | LINDA.CASEY@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO. ESQ., PATRICK J. REILLEY, ESQ., & MICHAEL E. FITZPATRICK, ESQ. | JALBERTO@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>PRATKOWIAK@COLESCHOTZ.COM<br>BANKRUPTCY@COLESCHOTZ.COM<br>LMORTON@COLESCHOTZ.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: STEPHEN D. LERNE, ESQ., NORMAN N. KINEL, ESQ., & TRAVIS A. MCROBERTS, ESQ. | STEPHEN.LERNER@SQUIREPB.COM<br>NORMAN.KINEL@SQUIREPB.COM<br>TRAVIS.MCROBERTS@SQUIREPB.COM<br>SARAH.CONLEY@SQUIREPB.COM<br>NORMAN-KINEL-4300@ECF.PACERPRO.COM<br>STEPHEN-LERNER-2073@ECF.PACERPRO.COM |
| PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, JEFFREY D. SAFERSTEIN, & GARRETT A. FAIL | RAY.SHROCK@WEIL.COM<br>JEFFREY.SAFERSTEIN@WEIL.COM<br>GARRETT.FAIL@WEIL.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MATTHEW J. WILLIAMS, JASON ZACHARY GOLDSTEIN, & MONICA K LOSEMAN | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>SDOMANOWSKI@GIBSONDUNN.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & PETER J. KEANE | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>EFILE1@PSZJLAW.COM |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 1 of 1

# **<u>Exhibit C</u>**

 STRETTO

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLEGHENY SHOVEL & DRAG INC. | ATTN JEREMY WALTERS | 328 FOGLETOWN ROAD | | GARRETT | PA | 15542 | |
| ALTA CONSTRUCTION EQUIPMENT IL | C/O DINSMORE & SHOHL, LLP | 100 W. MAIN STREET SUITE 900 | ATTN: SARA A. JOHNSTON ESQ. | LEXINGTON | KY | 40507 | |
| ALTA CONSTRUCTION EQUIPMENT IL | C/O DINSMORE & SHOHL LLP | 900 WILSHIRE DRIVE SUITE 300 | ATTN: JEFFREY A. HOOVER ESQ. | TROY | MI | 48084 | |
| ALTA CONSTRUCTION EQUIPMENT ILL | ATTN CHRISTOPHER BAIMA | 29547 NETWORK PLACE | | CHICAGO | IL | 60673 | |
| ALTORFER INDUSTRIES INC. | ATTN BRUCE ALTORFER | 2600 6TH STREET SW | | CEDAR RAPIDS | IA | 52404 | |
| ALTORFER INDUSTRIES INC. | ATTN DON O'NEILL | PO BOX 809239 | | CHICAGO | IL | 60680-9201 | |
| BOYD COMPANY | ATTN DAVE CUMMINS | DEPARTMENT 8326 | | CAROL STREAM | IL | 60122 | |
| BOYD COMPANY | ATTN MONTY L BOYD KAREN FERRIS | 10001 LINN STATION ROAD | | LOUISVILLE | KY | 40223 | |
| BRIDGESTONE AMERICAS | ATTN KOLIN HOWELL | PO BOX 73418 | | CHICAGO | IL | 60673-7418 | |
| BRIDGESTONE AMERICAS | ATTN PAOLO FERRARI | 200 4TH AVENUE S. | | NASVHILLE | TN | 37201 | |
| C & B MARINE - GALLATIN LLC | ATTN DAVID ORME | 50 E RIVER CENTER BLVD. | | COVINGTON | KY | 41011 | |
| CARTER MACHINERY COMPANY INC. | ATTN DONNA ASHBROOK | PO BOX 751053 | | CHARLOTTE | NC | 28275-1053 | |
| CARTER MACHINERY COMPANY INC. | ATTN DREW PARKER | 1330 LYNCHBURG TURNPIKE | | SALEM | VA | 24153 | |
| CATERPILLAR FINANCIAL SERVICES CORP | C/O BUCHANAN INGERSOLL & ROOENY PC | 501 GRANT STREET SUITE 200 | ATTN: PETER S. RUSS & KELLY M. NEAL | PITTSBURGH | PA | 15219 | |
| CINTAS CORPORATION (LOC # 04M) | ATTN ANITA MIKHAIL | PO BOX 88005 | | CHICAGO | IL | 60680-1005 | |
| CINTAS CORPORATION (LOC # 04M) | ATTN TODD M. SCHNEIDER | 6800 CINTAS BOULEVARD | | CINCINNATI | OH | 45262 | |
| COUNSEL TO THE DIP LENDERS | C/O PACHULSKI STANG ZIEHL & JONES | 919 N. MARKET ST 17TH FL POB 8705 | ATTN: LAURA DAVIS JONES ESQ. | WILMINGTON | DE | 19899 | |
| COUNSEL TO THE DIP/FIRST LIEN GROUP | C/O GIBSON DUNN & CRUTCHER LLP | 200 PARK AVENUE | ATTN SCOTT GREENBERG & S DOMANOWSKI | NEW YORK | NY | 10166 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 FRANCHISE TAX | | DOVER | DE | 19903 | |
| DELAWARE STATE TREASURY | ATTN: OFFICER OR DIRECTOR | 820 SILVER LAKE BLVD. SUITE 100 | | DOVER | DE | 19904 | |
| E-CRANE INTERNATIONAL USA INC. | ATTN STEVE OSBORNE | 1332 FREESE WORKS PLACE | | GALION | OH | 44833 | |
| FIRST NATIONAL CAPITAL | C/O PALMER LEHMAN SANDBERG  PLLC | 8350 N. CENTRAL EXPRESSWAY STE 1111 | ATTN: LARRY CHEK  ESQ. | DALLAS | TX | 75206 | |
| G. WM. WALKER CONSTRUCTION COMPANY | ATTN SCOTT WALKER | 8760 LOUISIANA ST. | | MERRILLVILLE | IN | 46410 | |
| GRAINGER | ATTN SARAH JANOWICZ | 401 S WRIGHT RD | | JANESVILLE | WI | 53546 | |
| HALYARD CORPORATION | ATTN NICK BALACH | 862 KENNEDY AVE | | SCHERERVILLE | IN | 46375 | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OP | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| J.A. RIGGS TRACTOR CO. | ATTN DENNY UPTON | PO BOX 844753 | | DALLAS | TX | 75284-4753 | |
| J.A. RIGGS TRACTOR CO. | ATTN ROBERT L CRESS | 9125 INTERSTATE 30 | | LITTLE ROCK | AR | 72209 | |
| JMLOTT COMPANY LLC | ATTN JIM MINNICHNACH | PO BOX 45970 | | BALTIMORE | MD | 21297 | |
| MELLOTT COMPANY LLC | ATTN RICH BLAKE | 100 MELLOTT DRIVE | | WARFORDSBURG | PA | 17267 | |
| MID SOUTH SALES LLC | ATTN ANETTE HISER | 4522 EAST STATE HWY 18 | | BLYTHEVILLE | AR | 72315 | |
| MORRIS MOTOR SERVICE INC | ATTN CHRIS LINDERS | 10525 W US HWY 30 BLD 7 | | WANATAH | IN | 46390 | |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | 1605 ALTON ROAD | | BIRMINGHAM | AL | 35210 | |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | PO BOX 404130 | | ATLANTA | GA | 30384-4130 | |
| NOVATECH APS | ATTN TOM GHILCRIST | SKUDEHAVNSVEJ 30 | | AALBORG | | 9000 | DENMARK |
| RADIUS CONSTRUCTION CO. INC. | ATTN MATT TOBLER | 409 WEST 35TH ST. | | LATONIA | KY | 41015 | |
| RADNOR CENTER ASSOCIATES | C/O SIRLIN LESSER & BENSON  P.C. | 123 SOUTH BROAD STREET SUITE 2100 | ATTN: DANA S. PLON  ESQUIRE | PHILADELPHIA | PA | 19109 | |
| RUD-CHAIN INC. | ATTN JIM SAUNDERS | 840 N 20TH AVENUE | | HIAWATHA | IA | 52233 | |
| RUD-CHAIN INC. | ATTN JIM SAUNDERS | PO BOX 367 | | HIAWATHA | IA | 52233 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET NE | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI RD | 200 VESEY ST STE 400 BROOKFIELD PL | NEW YORK REGIONAL OFFICE | NEW YORK | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | 1957 SENNEBOGEN TRAIL | | STANLEY | NC | 28164 | |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | 957 SENNEBOGEN TRAIL | | STANLEY | NC | 28164 | |
| SERP PARTICIPANT #1 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #2 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #3 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #4 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #5 | | ADDRESS REDACTED | | | | | |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST STE 200 | | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | 820 N FRENCH STREET | CARVEL STATE OFFICE BUILDING | WILMINGTON | DE | 19801 | |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | 100 W. RANDOLPH ST | JAMES R. THOMPSON CENTER | CHICAGO | IL | 62706 | |
| STATE OF INDIANA | OFFICE OF THE ATTORNEY GENERAL | 302 W WASHINGTON ST 5TH FL | INDIANA GOVERNMENT CENTER SOUTH | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | 1305 E. WALNUT STREET RM 109 | HOOVER STATE OFFICE BUILDING | DES MOINES | IA | 50319 | |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | 700 CAPITOL AVE STE 118 | CAPITOL BUILDING | FRANKFORT | KY | 40601 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | 30 E BROAD ST 14TH FL | STATE OFFICE TOWER | COLUMBUS | OH | 43215 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | BUILDING 1 RM E-26 | STATE CAPITOL 1900 KANAWHA BLVD E | CHARLESTON | WV | 25305 | |
| STEEL CITY TIRE LLC | ATTN JASON MILLER | PO BOX 5935 DRAWER # 2572 | | TROY | MI | 48007-5935 | |
| STEEL CITY TIRE LLC | ATTN LARRY WILLIAMS | 635 CONKEY ST | | HAMMOND | IN | 46324 | |
| TERBERG TRACTORS AMERICAS INC. | ATTN FERDINAND TERBERG | 2790 NW 79 AVENUE | | MIAMI | FL | 33122 | |
| TREDROC TIRE SERVICES LLC | ATTN JASON MILLER | PO BOX 5935 DRAWER #2572 | | TROY | MI | 48007 | |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 1 of 2



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| TREDROC TIRE SERVICES LLC | ATTN JOSE DELGADO | 24355 HOOVER ROAD | | WARREN | MI | 48089 | |
| TREDROC TIRE SERVICES LLC | ATTN: CHRIS DIGIORGIO | 2450 LUNT AVENUE | | ELK GROVE VILLAGE | IL | 60007 | |
| US ATTORNEY'S OFFICE FOR DE | ATTN: OFFICER OR DIRECTOR | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| WHEMCO STEEL CASTINGS INC. | ATTN FRANK PEARSON | 5 HOT METAL STREET SUITE 300 | | PITTSBURGH | PA | 15203-2351 | |
| WHEMCO STEEL CASTINGS INC. | ATTN THOMAS KANE | PO BOX 78000 | DEPT 781474 | DETROIT | MI | 48278-1474 | |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 2 of 2

# <u>Exhibit D</u>



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36TH STREET CAPITAL PARTNERS LLC | C/O MORITT HOCK & HAMROFF LLP | ATTN: THERESA A. DRISCOLL | TDRISCOLL@MORITTHOCK.COM |
| ALLEGHENY SHOVEL & DRAG, INC. | ATTN JEREMY WALTERS | | JEREMYCWALTERS@AOL.COM<br>KPETAK@SPENCECUSTER.COM |
| ALTA CONSTRUCTION EQUIPMENT ILL | ATTN CHRISTOPHER BAIMA | | CHRISTOPHER.BAIMA@ALTG.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: JEFFREY A. HOOVER, ESQ. | JEFF.HOOVER@DINSMORE.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON, ESQ. | SARA.JOHNSTON@DINSMORE.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: TRAVIS M. BAYER, ESQ. | TRAVIS.BAYER@DINSMORE.COM |
| AMNS CALVERT LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| AMNS CALVERT LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. | JHOOVER@BENESCHLAW.COM |
| ANRP II PHOENIX SERVICES HOLDINGS LP | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, ESQ. | IDZENGOFF@AKINGUMP.COM |
| ANRP II PHOENIX SERVICES HOLDINGS LP | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVING, ESQ. & BLAINE T. SCOTT, ESQ. | JSAVIN@AKINGUMP.COM<br>BSCOTT@AKINGUMP.COM |
| BARCLAYS BANK PLC | C/O MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY & ANDREW R. REMMING | RDEHNEY@MORRISNICHOLS.COM<br>AREMMING@MORRISNICHOLS.COM<br>RDEHNEY@MNAT.COM<br>ROBERT-DEHNEY-4464@ECF.PACERPRO.COM<br>BRENDAN-CORNELY-7012@ECF.PACERPRO.COM<br>RWEIDMAN@MORRISNICHOLS.COM<br>JLAWRENCE@MORRISNICHOLS.COM<br>JOHN-LAWRENCE-0804@ECF.PACERPRO.COM<br>AREMMING@MNAT.COM<br>ANDREW-REMMING-0904@ECF.PACERPRO.COM |
| BOYD COMPANY | ATTN: MONTY L BOYD, KAREN FERRIS | | KARENFERRIS@BOYDCAT.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON LLC | ATTN: RICHARD W. RILEY, ESQ. | RRILEY@WTPLAW.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON, LLP | ATTN: DAVID W. GAFFEY, ESQ. | DGAFFEY@WTPLAW.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON, LLP | ATTN: MICHAEL J. ROESCHENTHALER, ESQ. | MROESCHENTHALER@WTPLAW.COM |
| BRIDGESTONE AMERICAS | ATTN KOLIN HOWELL | | HOWELLKOLIN@BFUSA.COM |
| C & B MARINE - GALLATIN, LLC | ATTN DAVID ORME | | DORME@CARLISLEBRAY.COM |
| C&B MARINE - GALLATIN, LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| C&B MARINE - GALLATIN, LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. | JHOOVER@BENESCHLAW.COM |
| CARTER MACHINERY COMPANY INC. | ATTN DONNA ASHBROOK | | DONNA_ASHBROOK@CARTERMACHINERY.COM |
| CARTER MACHINERY COMPANY INC. | C/O CRENSHAW, WARE & MARTIN, P.L.C. | ATTN: DONAL C. SCHULTZ, ESQ. | DSCHULTZ@CWM-LAW.COM<br>CMATOS@CWM-LAW.COM |
| CARTER MACHINERY COMPANY INC. | C/O MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: GREGORY T. DONILON, ESQ | GDONILON@MMWR.COM<br>GREGORY-DONILON-6537@ECF.PACERPRO.COM |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O BUCHANAN INGERSOLL & ROONEY PC | ATTN: GEOFFREY G. GRIVNER, ESQ. | GEOFFREY.GRIVNER@BIPC.COM<br>SHERRY.FORNWALT@BIPC.COM<br>DONNA.CURCIO@BIPC.COM<br>MARK.PFEIFFER@BIPC.COM<br>ESERVICE@BIPC.COM |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O BUCHANAN INGERSOLL & ROONEY PC | ATTN: PETER S. RUSS, ESQ. & KELLY M. NEAL, ESQ. | PETER.RUSS@BIPC.COM<br>KELLY.NEAL@BIPC.COM |
| CINTAS CORPORATION | C/O FROST BROWN TODD LLC | ATTN: RONALD E. GOLD, ESQ. | RGOLD@FBTLAW.COM<br>AWEBB@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM<br>BPARKER@FBTLAW.COM |
| CINTAS CORPORATION (LOC # 04M) | ATTN ANITA MIKHAIL | | MIKHAILA@CINTAS.COM<br>RAMSEYJ@CINTAS.COM |
| CLEVELAND-CLIFFS STEEL CORPORATION | C/O HAHN LOESER & PARKS LLP | ATTN: LAWRENCE E. OSCAR, ESQ. & CHRISTOPHER B. WICK, ESQ. | LEOSCAR@HAHNLAW.COM<br>CWICK@HAHNLAW.COM<br>CMBEITEL@HAHNLAW.COM<br>CMBEITEL@HAHNLAW.COM |
| CLEVELAND-CLIFFS STEEL CORPORATION | C/O SAUL EWING ARNSTEIN & LEHR LLP | ATTN: LUCIAN MURLEY, ESQ. | LUKE.MURLEY@SAUL.COM<br>ROBYN.WARREN@SAUL.COM |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O FOX ROTHSCHILD LLP | ATTN: HOWARD A. COHEN, ESQ. | HCOHEN@FOXROTHSCHILD.COM |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ, ESQ. | MMENKOWITZ@FOXROTHSCHILD.COM |
| DEXT CAPITAL, LLC | C/O FERRY JOSEPH, P.A. | ATTN: JOHN D. MCLAUGHLIN, JR. | JMCLAUGHLIN@FERRYJOSEPH.COM |
| E-CRANE INTERNATIONAL USA, INC. | ATTN STEVE OSBORNE | | STEVE.OSBORNE@E-CRANE.COM |
| E-CRANE INTERNATIONAL USA, INC. | C/O WHITE AND WILLIAMS LLP | ATTN: AMY E. VULPIO | VULPIOA@WHITEANDWILLIAMS.COM |
| E-CRANE INTERNATIONAL USA, INC. | C/O WHITE AND WILLIAMS LLP | ATTN: ROCHELLE GUMAPAC | GUMAPACR@WHITEANDWILLIAMS.COM |
| ENCINA EQUIPMENT FINANCE, LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| FARMERS BANK & TRUST | C/O BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER, ESQUIRE & MELISSA M. HARTLIPP, ESQUIRE | DKLAUDER@BK-LEGAL.COM<br>MHARTLIPP@BK-LEGAL.COM |
| FIFTH THIRD BANK, N.A. | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| FIRST NATIONAL CAPITAL | C/O CONNOLLY GALLAGHER LLP | ATTN: KARE C. BIFFERATO, ESQ. | KBIFFERATO@CONNOLLYGALLAGHER.COM |
| FIRST NATIONAL CAPITAL | C/O PALMER LEHMAN SANDBERG, PLLC | ATTN: LARRY CHEK, ESQ. | LCHEK@PAMLAW.COM |
| FRITZ ENTERPRISES INC. | C/O ARCHER & GREINER, P.C. | ATTN: DAVID W. CARICKHOFF | DCARICKHOFF@ARCHERLAW.COM |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 1 of 3

 STRETTO

**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| GRAINGER | ATTN SARAH JANOWICZ | | SARAH.JANOWICZ@GRAINGER.COM |
| HALYARD CORPORATION | ATTN NICK BALACH | | NBALACH@HALYARDCORPORATION.COM |
| HARSCO CORPORATION | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & DREW S. MCGEHRIN | LJKOTLER@DUANEMORRIS.COM<br>DSMCGEHRIN@DUANEMORRIS.COM |
| HOLCIM (US), INC. | C/O SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| HOLCIM (US), INC. [LAFARGE NORTH AMERICA, INC.] | C/O WARNER NORCROSS + JUDD LLP | ATTN: ELISABETH VON EITZEN, ESQ. | EVONEITZEN@WNJ.COM |
| J.A. RIGGS TRACTOR CO. | ATTN DENNY UPTON | | DENNYU@JARIGGS.COM |
| J.A. RIGGS TRACTOR CO. | ATTN ROBERT L CRESS | | CRESSR@JARIGGS.COM |
| J.A. RIGGS TRACTOR COMPANY | C/O SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: RICHARD A. BARKASY, ESQ. & KRISTI J. DOUGHTY, ESQ. | RBARKASY@SCHNADER.COM<br>KDOUGHTY@SCHNADER.COM |
| LATROBE SPECIALTY METALS COMPANY, LLC | C/O STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY | JMMURPHY@STRADLEY.COM<br>TCHAMBERLAIN@STRADLEY.COM |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | C/O GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: CHARLES J. BROWN, III, ESQ. | CBROWN@GSBBLAW.COM |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | C/O HACKETT FEINBERG P.C. | ATTN: JONATHAN M. HIXON, ESQ. | JMH@BOSTONBUSINESSLAW.COM |
| LIBERTY COMMERCIAL FINANCE LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| M&T CAPITAL AND LEASING CORP. | C/O PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP | ATTN: CLIFF A. KATZ, ESQ. | CKATZ@PLATZERLAW.COM |
| M&T CAPITAL AND LEASING CORP. | C/O THE ROSNER LAW GROUP LLC | ATTN: JASON A. GIBSON, ESQ. | GIBSON@TEAMROSNER.COM |
| MELLOTT COMPANY LLC | C/O BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS, ESQUIRE & LAUREL D. ROGLEN, ESQUIRE | SUMMERSM@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>CARBONEJ@BALLARDSPAHR.COM<br>HARTL1@BALLARDSPAHR.COM |
| MELLOTT COMPANY, LLC | ATTN JIM MINNICHNACH | | JMINNICHBACH@MELLOTTS.COM |
| MELLOTT COMPANY, LLC | ATTN RICH BLAKE & MICHAEL SAPPENFIELD | | MSAPPENFIELD@MELLOTTS.COM |
| MID SOUTH SALES, LLC | ATTN ANETTE HISER | | AHISER@CADENCEPETROLEUM.COM |
| MIDWEST OPERATING ENGINEERS WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION TRUST FUND, MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND AND MIDWEST OPERATING ENGINEERS APPRENTICESHIP FUND | C/O CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON, ESQUIRE & KEVIN S. MANN, ESQUIRE | CSIMON@CROSSLAW.COM<br>KMANN@CROSSLAW.COM<br>SMACDONALD@CROSSLAW.COM |
| MORRIS MOTOR SERVICE, INC | ATTN CHRIS LINDERS | | CHRIS@MMSITRUCKING.COM |
| MORRIS MOTOR SERVICE, INC. | C/O JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM, ESQ. | JSHRUM@JSHRUMLAW.COM |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | | RANDY.BREAUX@MOTION.COM |
| NORTH AMERICAN STAINLESS | C/O CONAWAY LEGAL LLC | ATTN: BERNARD G. CONAWAY, ESQUIRE, JUSTIN R. ALBERTO | BGC@CONAWAY-LEGAL.COM |
| NOVATECH APS | ATTN TOM GHILCRIST | | TOM.GILCHRIST@ON-CRANESOLUTIONS.COM |
| NUCOR YAMATO-STEEL COMPANY, NUCOR CASTRIP ARKANSAS LLC, NUCOR STEEL MARION, INC., NUCOR STEEL ARKANSAS (DIVISION OF NUCOR CORPORATION), AND NUCOR STEEL GALLATIN LLC | C/O MOORE & VAN ALLEN PLLC | ATTN: ZACHARY H. SMITH, ESQ. & HILLARY B. CRABTREE, ESQ. | ZACHARYSMITH@MVALAW.COM<br>HILLARYCRABTREE@MVALAW.COM<br>SCOTTTYLER@MVALAW.COM |
| OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND | C/O CRANE, SIMON, CLAR & GOODMAN | ATTN: SCOTT R. CLAR, ESQUIRE | SCLAR@CRANESIMON.COM |
| PEAPACK CAPITAL CORPORATION | C/O MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK | KBUCK@MCCARTER.COM |
| POTTER ANDERSON CORROON LLP | ATTN: R. STEPHEN MCNEIL, SAMEEN RIZVI & CHRISTOPHER M. SAMIS | | BANKRUPTCY@POTTERANDERSON.COM<br>LHUBER@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| RADIUS CONSTRUCTION CO., INC. | ATTN MATT TOBLER | | MTOBLER@RADIUS1.COM |
| RADIUS CONSTRUCTION CO., INC. | C/O OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQ. | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM<br>PWINTERHALTER@OFFITKURMAN.COM |
| RADNOR CENTER ASSOCIATES | C/O SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |
| RELIABLE COMPANIES | | | GMATTHEWS@RELIABLE-CO.COM |
| RUD-CHAIN, INC. | ATTN JIM SAUNDERS | | JIM.SAUNDERS@RUDCHAIN.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | | NYROBANKRUPTCY@SEC.GOV |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | | HCAMPAU@SENNEBOGENLLC.COM<br>CLANNES@SENNEBOGENLLC.COM |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | | CLANNES@SENNEBOGENLLC.COM |
| SERP PARTICIPANT #1 | | | ADDRESS REDACTED |
| SERP PARTICIPANT #3 | | | ADDRESS REDACTED |
| SERP PARTICIPANT #4 | | | ADDRESS REDACTED |
| SERP PARTICIPANTS | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| SERP PARTICIPANTS | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. & JUAN E. MARTINEZ | JHOOVER@BENESCHLAW.COM<br>JMARTINEZ@BENESCHLAW.COM |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | MICHELLE@ILSAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | | KYOAGOR@KY.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEEL CITY TIRE LLC | ATTN JASON MILLER | | JMILLER@TREDROC.COM |
| TERBERG TRACTORS AMERICAS INC. | ATTN FERDINAND TERBERG | | F.TERBERG@TERBERGTRACTORS.NL |
| TREDROC TIRE SERVICES LLC | ATTN: CHRIS DIGIORGIO | | CDIGIORGIO@TREDROC.COM |
| TREDROC TIRE SERVICES, LLC | ATTN JASON MILLER | | JMILLER@TREDROC.COM |

In re: Phoenix Services Topco, LLC, et al.<br>Case No. 22-10906 (MFW)

Page 2 of 3



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS & GARY BRESSLER | GLOOMIS@MDMC-LAW.COM GBRESSLER@MDMC-LAW.COM |
| US ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE | | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WASTE MANAGEMENT | C/O MONZACK MERSKY AND BROWDER, P.A. | | RMERSKY@MONLAW.COM |
| WHEMCO STEEL CASTINGS, INC. | ATTN FRANK PEARSON | | FPEARSON@WHEMCO.COM |
| WHEMCO STEEL CASTINGS, INC. | ATTN THOMAS KANE | | TKANE@WHEMCO.COM |

In re: Phoenix Services Topco, LLC, et al.
Case No. 22-10906 (MFW)

Page 3 of 3