IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*, : Case No. 22–10906 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
:
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 30, 2023 AT 11:30 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItcO-ppzMvGTlz_0r-MsiHLw0EyDuVZFE

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

I. **MATTER GOING FORWARD:**

1. Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 805; filed May 24, 2023]

   Response/Objection Deadline:    May 30, 2023 at 10:30 a.m. (ET)

   Responses/Objections Received:    None at this time

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

RLF1 29069148v.1

2

<u>Related Documents</u>:

i. Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 806; filed May 24, 2023]

ii. Order Shortening Notice and Objection Periods with Respect to Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 810; entered May 25, 2023]

iii. Notice of Motion and Hearing [Docket No. 811; filed May 25, 2023]

<u>Status</u>:  The hearing on this matter will go forward.

| | |
|---|---|
| Dated: May 25, 2023<br>Wilmington, Delaware | /s/  *Matthew P. Milana* |

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Emily R. Mathews (No. 6866)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          defranceschi@rlf.com
                    shapiro@rlf.com
                    milana@rlf.com
                    mathews@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Jeffrey D. Saferstein (admitted *pro hac vice*)
Garrett A. Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Email:          ray.schrock@weil.com
                    jeffrey.saferstein@weil.com
                    garrett.fail@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*