IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PHOENIX SERVICES TOPCO, LLC, *et al.*, | : | Case No. 22–10906 (MFW) |
| Debtors.[1] | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| FIFTH THIRD BANK, N.A. | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 23-50314 (MFW) |
| METAL SERVICES, LLC d/b/a PHOENIX SERVICES LLC, | : | |
| Defendant. | : | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 31, 2023 AT 2:00 P.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

RLF1 29069953v.1

**I.      RESOLVED/ADJOURNED MATTERS:**

1. Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 733; filed April 27, 2023]

    Response/Objection Deadline:        May 11, 2023 at 4:00 p.m. (ET)

    Responses/Objections Received:      None

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 781; filed May 15, 2023]

    ii. Order Granting Debtors' First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 804; entered May 23, 2023]

    Status: On May 23, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Adversary Complaint for Declaratory Judgment Regarding Ownership of Certain Equipment [Docket No. 640 / Adv. Docket No. 1; filed March 24, 2023]

    Response/Objection Deadline:        April 28, 2023 at 4:00 p.m. (ET); extended to June 2, 2023 at 4:00 p.m. (ET)

    Responses/Objections Received:      None at this time

    Related Documents:

    i.   Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3; filed March 29, 2023]

    ii.  Notice of Pretrial Scheduling Conference [Adv. Docket No. 5; filed April 4, 2023]

    iii. Bankruptcy Rule 7007.1 Disclosure Statement of Plaintiff Fifth Third Bank, N.A. [Adv. Docket No. 6; filed April 7, 2023]

    iv.  Certification of Counsel Regarding Order Approving Stipulation Extending the Answer Deadline and Adjourning Pretrial Scheduling Conference [Adv. Docket No. 7; filed April 27, 2023]

<u>Status</u>:   By agreement of the parties and with permission from the Court, the pre-trial conference has been adjourned to the omnibus hearing scheduled for June 21, 2023 at 10:30 a.m. (ET).

Dated: May 26, 2023  
Wilmington, Delaware

/s/   *Emily R. Mathews*  
RICHARDS, LAYTON & FINGER, P.A.  
Daniel J. DeFranceschi (No. 2732)  
Zachary I. Shapiro (No. 5103)  
Matthew P. Milana (No. 6681)  
Emily R. Mathews (No. 6866)  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:   (302) 651-7700  
Facsimile:   (302) 651-7701  
Email:   defranceschi@rlf.com  
            shapiro@rlf.com  
            milana@rlf.com  
            mathews@rlf.com  

-and-

WEIL, GOTSHAL & MANGES LLP  
Ray C. Schrock (admitted *pro hac vice*)  
Jeffrey D. Saferstein (admitted *pro hac vice*)  
Garrett A. Fail (admitted *pro hac vice*)  
767 Fifth Avenue  
New York, New York 10153  
Telephone:   (212) 310-8000  
Facsimile:   (212) 310-8007  
Email:   ray.schrock@weil.com  
            jeffrey.saferstein@weil.com  
            garrett.fail@weil.com  

*Attorneys for Debtors  
and Debtors in Possession*