**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                    :
**In re**                            :         **Chapter 11**
                                      :
**PHOENIX SERVICES TOPCO LLC,** *et al.*,    :        **Case No. 22–10906 (MFW)**
                                        :
                   **Debtors.**[1]        :        **(Jointly Administered)**
                                      :
                                      :
---------------------------------------------------------- x

**NOTICE OF** *AMENDED*[2] **AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 30, 2023 AT 11:30 A.M. (ET)**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItcO-ppzMvGTlz_0r-MsiHLw0EyDuVZFE
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## I.    <u>MATTER GOING FORWARD</u>:

1.      Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 805; filed May 24, 2023]

             <u>Response/Objection Deadline</u>:       May 30, 2023 at 10:30 a.m. (ET)

             <u>Responses/Objections Received</u>:     None at this time

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

[2]    **Amended agenda items appear in bold.**

Related Documents:

i.      Debtors' Motion for Entry of an Order Shortening Notice and Objection Periods with Respect to Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 806; filed May 24, 2023]

ii.     Order Shortening Notice and Objection Periods with Respect to Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Protection [Docket No. 810; entered May 25, 2023]

iii.    Notice of Motion and Hearing [Docket No. 811; filed May 25, 2023]

iv.     **Declaration of Robert Richard in Support of Motion of Debtors for Entry of an Order Authorizing Debtors to Enter into Premium Finance Agreement and to Provide Adequate Assurance [Docket No. 816; filed May 30, 2023]**

Status:  The hearing on this matter will go forward.

2

Dated:  May 30, 2023  
    Wilmington, Delaware

/s/  *Matthew P. Milana*  
RICHARDS, LAYTON & FINGER, P.A.  
Daniel J. DeFranceschi (No. 2732)  
Zachary I. Shapiro (No. 5103)  
Matthew P. Milana (No. 6681)  
Emily R. Mathews (No. 6866)  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:    (302) 651-7700  
Facsimile:    (302) 651-7701  
Email:    defranceschi@rlf.com  
    shapiro@rlf.com  
    milana@rlf.com  
    mathews@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP  
Ray C. Schrock (admitted *pro hac vice*)  
Jeffrey D. Saferstein (admitted *pro hac vice*)  
Garrett A. Fail (admitted *pro hac vice*)  
767 Fifth Avenue  
New York, New York 10153  
Telephone:    (212) 310-8000  
Facsimile:    (212) 310-8007  
Email:    ray.schrock@weil.com  
    jeffrey.saferstein@weil.com  
    garrett.fail@weil.com

*Attorneys for Debtors*  
*and Debtors in Possession*