IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
**In re**                                                  : **Chapter 11**
:
**PHOENIX SERVICES TOPCO LLC,** *et al.*,                  : **Case No. 22–10906 (MFW)**
:
**Debtors.**[1]                                            : **(Jointly Administered)**
:
                                                           : Proposed Obj. Deadline: One (1) hour prior to the Hearing
                                                           : Proposed Hearing Date: June 9, 2023 at a time to be determined
:
---------------------------------------------------------- x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on June 5, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contract with Latrobe Specialty Steel Company, (II) Authorizing the Sale of Non-Core Assets and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "**Motion to Shorten**").

PLEASE TAKE FURTHER NOTICE that, if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **June 9, 2023 at a time to be determined** (the "**Hearing**") before The Honorable Mary F. Walrath, United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

RLF1 29121960v.1

Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion must be filed by **One (1) Hour Prior to the Hearing**.

PLEASE TAKE FURTHER NOTICE that if the Court approves or denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

| | |
|---|---|
| Dated: June 5, 2023<br>Wilmington, Delaware | */s/ Matthew P. Milana*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com<br>mathews@rlf.com<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock (admitted *pro hac vice*)<br>Jeffrey D. Saferstein (admitted *pro hac vice*)<br>Garrett A. Fail (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: ray.schrock@weil.com<br>jeffrey.saferstein@weil.com<br>garrett.fail@weil.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |