**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | : | |
| In re | : | Chapter 11 |
| | : | |
| PHOENIX SERVICES TOPCO, LLC, *et al.*, | : | Case No. 22-10906 (MFW) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------ x | | Re: Docket No. _____ |

**ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY
CONTRACT WITH LATROBE SPECIALTY STEEL COMPANY,
(II) AUTHORIZING THE SALE OF NON-CORE ASSETS
AND (III) GRANTING RELATED RELIEF**

Upon the motion, dated June 5, 2023 (the "**Motion**")[2] of Phoenix Services Topco, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order authorizing and approving (I) the rejection of the Rejected Contract, effective as of the Rejection Date, (II) the sale of Non-Core Assets, all as more fully set forth in the Motion, and (III) related relief; this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (6493); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

RLF1 29122354V.1

of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted to the extent set forth herein.

2. All objections to the Motion, if any, have been withdrawn, waived or settled, and all reservations of rights included therein, if any are hereby overruled on the merits with prejudice.

3. The Rejected Contract, identified on **Exhibit 1** attached to this Order, is hereby rejected by the Debtors effective as of the Rejection Date.

4. Any claims arising from the rejection of the Rejected Contract by the Debtors must be filed in accordance with the *Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim by Governmental Units, (III) Establishing an Amended Schedules Bar Date, (IV) Establishing a Rejection Damages Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Form and Manner of Notice of Bar Dates, and (VII) Granting Related Relief* (Docket No. 193) by no

later than **5:00 p.m. (Eastern Time) on the date that is 30 days after the date of service of this Order**.

5. Nothing contained in the Motion or this Order is intended to be or shall be construed as (a) an admission as to the validity of any claim against the Debtors or any lien satisfied pursuant to this Motion, (b) an agreement or obligation to pay any claims, (c) a waiver of any claims or causes of action that may exist against any creditor, interest holder, or the counterparties to the Rejected Contract arising under, or independently of, the Rejected Contract, (d) a waiver of the Debtors' or any appropriate party in interest's rights to dispute any claim, (e) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law, or (f) an approval, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code except as expressly set forth herein.

6. Nothing herein shall prejudice the rights of the Debtors to argue that the Rejected Contract was terminated prior to the Rejection Date or that any claim for damages arising from the rejection of the Rejected Contract is limited to the remedies available under any applicable termination provision of such contract, as applicable, or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

7. This Order shall be binding upon the Debtors, the Debtors' estates, any subsequently appointed trustees in these chapter 11 cases or upon a conversion of these chapter 11 cases to cases under chapter 7, and all holders of claims or Liens against the Non-Core Assets.

8. The conditions of section 363(f) of the Bankruptcy Code have been satisfied in full; therefore, the Debtors are authorized to sell the Non-Core Assets pursuant to sections 105(a), 363(b) and 363(f) of the Bankruptcy Code to Carpenter Technology. The sale of the Non-Core Assets, including the transfer of title of the Non-Core Assets, shall be free and clear of any

Liens with such Liens to attach to the proceeds of such sale with the same order of priority, validity, force and effect and subject to all of the defenses and counterclaims, that they had prior to such sale. Furthermore, after the sale of the Non-Core Assets to Carpenter Technology, Carpenter Technology shall take title to and possession of the Non-Core Assets free and clear of all Liens.

9. The sale of the Non-Core Assets to Carpenter Technology shall be deemed an arm's length transaction entitled to the protections of section 363(m) of the Bankruptcy Code. The purchase price for the sale of the Non-Core Assets is fair and reasonable and, therefore, may not be avoided under section 363(n) of the Bankruptcy Code.

10. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order, including, without limitation, entering into any agreements, bills of sale or other documents necessary to consummate the sale of the Non-Core Assets to Carpenter Technology.

11. Under the circumstances, notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules.

12. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Exhibit 1**

**Rejected Contract**

| # | Counterparty | Counterparty Address | Description / Title | Debtor Counterparty | Rejection Date |
|---|---|---|---|---|---|
| 1. | Latrobe Specialty Steel Company | 2626 Ligonier Street P.O. Box 31 Latrobe, PA 15650 | Slag Handling, Metallic Reclamation and Slag Sorting Agreement (as may be amended and restated) | Metal Services LLC d/b/a Phoenix Services LLC | June 9, 2023 |

**Exhibit 2**

**List of Non-Core Assets**

| Equipment Description | Phoenix Asset Number | Facility | Location |
|---|---|---|---|
| Pot Carrier Attachment | AC0008 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Excavator Bucket | BE0003 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Excavator Bucket | BE0013 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Maintenance Trailer | BM0004 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Slag Building | BM0005 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Maintenance Building | BM0009 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Office Trailer | BT0006 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Drop Ball Crane | CC0043 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| 5 Ton Dropball | DB0040 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 326FL Excavator | ET0079 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Baghouse | EV0003 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Clark Forklift | FL0005 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Hangcha Forklift | FL0086 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 980 Wheel Loader | LR0022 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 950 Wheel Loader | LR0026 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 980 Wheel Loader | LR0036 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 980 Wheel Loader | LR0049 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| CAT 246D Skid Steer | LS0044 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Skyjack Boom Lift | ML0003 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| 53" Magnet | MS0073 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Pressure Washer | PW0055 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |

| Equipment Description | Phoenix Asset Number | Facility | Location |
|---|---|---|---|
| Niton XL3t | QA0011 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Niton XL3t | QA0038 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Truck Scale | ST0005 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Tymco 600 BAH Sweeper Truck | SW0022 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Roll off Container | SX0003 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0061 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0062 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0063 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0064 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0065 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Rolloff Box | SX0066 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| F750 Ford Maintenance Truck | TM0136 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Western Star Roll Off Truck | TR0242 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Flat Bed Trailer | TT0114 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Freightliner Water Truck | TW0006 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Gator Cart | VU0005 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Miller Welder | WD0053 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |
| Processing Plant | XF0006 | Latrobe | 2626 Ligonier St, Latrobe, PA 15650 |