IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*, : Case No. 22–10906 (MFW)
:
Debtors.[1] : (Jointly Administered)
:
: Obj. Deadline: June 9, 2023 at 9:30 a.m. (ET)
: Hearing Date: June 9, 2023 at 10:30 a.m. (ET)
:
: Re: Docket Nos. 854, 855 & 856
:
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on June 5, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of Certain Executory Contract with Latrobe Specialty Steel Company, (II) Authorizing the Sale of Non-Core Assets and (III) Granting Related Relief* [Docket No. 854] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion [Docket No. 855] (the "**Motion to Shorten**"). **You were previously served with copies of the Motion and the Motion to Shorten**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

RLF1 29125498v.1

PLEASE TAKE FURTHER NOTICE that, on June 6, 2023, the Court entered an order granting the Motion to Shorten [Docket No. 856] (the "**Order Shortening Notice**"). A copy of the Order Shortening Notice is attached hereto as <u>Exhibit A</u>. **<u>You are being served with a copy of the Order Shortening Notice contemporaneously herewith</u>**.

PLEASE TAKE FURTHER NOTICE that, notwithstanding any prior notice to the contrary and in accordance with the Order Shortening Notice: (i) a hearing to consider the Motion will be held on **June 9, 2023 at 10:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion, if any, must be made in writing and filed with the Court on or before **June 9, 2023 at 9:30 a.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated:  June 6, 2023<br>Wilmington, Delaware | /s/  *Matthew P. Milana* |

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Emily R. Mathews (No. 6866)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	defranceschi@rlf.com
	shapiro@rlf.com
	milana@rlf.com
	mathews@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Jeffrey D. Saferstein (admitted *pro hac vice*)
Garrett A. Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:	(212) 310-8000
Facsimile:	(212) 310-8007
Email:	ray.schrock@weil.com
	jeffrey.saferstein@weil.com
	garrett.fail@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*