**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **PHOENIX SERVICES TOPCO LLC, *et al.*,** | : | **Case No. 22–10906 (MFW)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the Office of the U.S. Trustee for the District of Delaware Attn: Linda Casey, Esq. at 844 N King St #2207, Lockbox 35, Wilmington, DE 19801, and via electronic mail on the service list attached hereto as **Exhibit A**:

- **Second Notice of Supplement to the List of Ordinary Course Professionals** (Docket No. 835)

Furthermore, on June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 Through April 30, 2023** (Docket No. 836)

Furthermore, on June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Notice of Filing of Plan Supplement in Connection with Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates** (Docket No. 850, Pages 1-3)

- **Notice of Regarding (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures** (Docket No. 851)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

Furthermore, on June 2, 2023 at my direction and under my supervision, employees of Stretto cause the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Notice of Filing of Plan Supplement in Connection with Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates** (Docket No. 850, Pages 1-3 and 121-122)

Furthermore, on June 2, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Notice of Regarding (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures** (Docket No. 851)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 7, 2023

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of June, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____________

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# Exhibit A



# Exhibit A

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: LINDA CASEY, ESQ. | | LINDA.CASEY@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO. ESQ., PATRICK J. REILLEY, ESQ., & MICHAEL E. FITZPATRICK, ESQ. | JALBERTO@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>PRATKOWIAK@COLESCHOTZ.COM<br>BANKRUPTCY@COLESCHOTZ.COM<br>LMORTON@COLESCHOTZ.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: STEPHEN D. LERNE, ESQ., NORMAN N. KINEL, ESQ., & TRAVIS A. MCROBERTS, ESQ. | STEPHEN.LERNER@SQUIREPB.COM<br>NORMAN.KINEL@SQUIREPB.COM<br>TRAVIS.MCROBERTS@SQUIREPB.COM<br>SARAH.CONLEY@SQUIREPB.COM<br>NORMAN-KINEL-4300@ECF.PACERPRO.COM<br>STEPHEN-LERNER-2073@ECF.PACERPRO.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MATTHEW J. WILLIAMS, JASON ZACHARY GOLDSTEIN, & MONICA K LOSEMAN | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>SDOMANOWSKI@GIBSONDUNN.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & PETER J. KEANE | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>EFILE1@PSZJLAW.COM |

# **Exhibit B**



# Exhibit B

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| COUNSEL TO APOLLO GLOBAL MGMT | C/O AKIN GUMP STRAUSS HAUER & FELD | ONE BRYANT PARK | ATTN: IRA DIZENGOFF AND JAMES SAVIN | NEW YORK | NY | 10036 |
| METAL SERVICES LLC | ATTN: CLINT MCGINTY | 100 MATSONFORD RD | 4 RADNOR CORP CNTR STE 520 | RADNOR | PA | 19087 |
| OFFICE OF THE US TRUSTEE OF DE | ATTN: LINDA CASEY ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 |

# Exhibit C



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: LINDA CASEY, ESQ. | 844 N KING ST #2207 LOCKBOX 35 | LINDA.CASEY@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| COUNSEL TO APOLLO GLOBAL MANAGEMENT, INC. | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF AND JAMES SAVIN | IDIZENGOFF@AKINGUMP.COM<br>JSAVIN@AKINGUMP.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MATTHEW J. WILLIAMS, JASON ZACHARY GOLDSTEIN, & MONICA K LOSEMAN | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>SDOMANOWSKI@GIBSONDUNN.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & PETER J. KEANE | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>EFILE1@PSZJLAW.COM |
| BARCLAYS BANK PLC | C/O DAVIS POLK & WARDELL LLP | ATTN: BRIAN M. RESNICK, JONAH A. PEPPIATT, & ELLIOT MOSKOWITZ | BRIAN.RESNICK@DAVISPOLK.COM<br>JONAH.PEPPIATT@DAVISPOLK.COM<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM |
| DEBTORS' COUNSEL | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: DANIEL J. DEFRANCESCHI, MATTHEW P. MILANA, EMILY RAE MATHEWS & ZACHARY I SHAPIRO | DEFRANCESCHI@RLF.COM<br>RBGROUP@RLF.COM<br>ANN-JEROMINSKI-2390@ECF.PACERPRO.COM<br>MILANA@RLF.COM<br>MATHEWS@RLF.COM<br>SHAPIRO@RLF.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: STEPHEN D. LERNE, ESQ., NORMAN N. KINEL, ESQ., & TRAVIS A. MCROBERTS, ESQ. | STEPHEN.LERNER@SQUIREPB.COM<br>NORMAN.KINEL@SQUIREPB.COM<br>TRAVIS.MCROBERTS@SQUIREPB.COM<br>SARAH.CONLEY@SQUIREPB.COM<br>NORMAN-KINEL-4300@ECF.PACERPRO.COM<br>STEPHEN-LERNER-2073@ECF.PACERPRO.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO. ESQ., PATRICK J. REILLEY, ESQ., & MICHAEL E. FITZPATRICK, ESQ. | JALBERTO@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>PRATKOWIAK@COLESCHOTZ.COM<br>BANKRUPTCY@COLESCHOTZ.COM<br>LMORTON@COLESCHOTZ.COM |
| METAL SERVICES LLC | ATTN: CLINT MCGINTY | | CLINT.MCGINTY@PHOENIX-SERVICES.COM |
| PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, JEFFREY D. SAFERSTEIN, & GARRETT A. FAIL | RAY.SHROCK@WEIL.COM<br>JEFFREY.SAFERSTEIN@WEIL.COM<br>GARRETT.FAIL@WEIL.COM |

# **Exhibit D**



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLEGHENY SHOVEL & DRAG, INC. | ATTN JEREMY WALTERS | 328 FOGLETOWN ROAD | | GARRETT | PA | 15542 | |
| ALTA CONSTRUCTION EQUIPMENT ILL | ATTN CHRISTOPHER BAIMA | 29547 NETWORK PLACE | | CHICAGO | IL | 60673 | |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: JEFFREY A. HOOVER, ESQ. | 900 WILSHIRE DRIVE, SUITE 300 | TROY | MI | 48084 | |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON, ESQ. | 100 W. MAIN STREET, SUITE 900 | LEXINGTON | KY | 40507 | |
| ALTORFER INDUSTRIES, INC. | ATTN BRUCE ALTORFER | 2600 6TH STREET SW | | CEDAR RAPIDS | IA | 52404 | |
| ALTORFER INDUSTRIES, INC. | ATTN DON O'NEILL | PO BOX 809239 | | CHICAGO | IL | 60680-9201 | |
| BOYD COMPANY | ATTN DAVE CUMMINS | DEPARTMENT 8326 | | CAROL STREAM | IL | 60122 | |
| BOYD COMPANY | ATTN: MONTY L BOYD, KAREN FERRIS | 10001 LINN STATION ROAD | | LOUISVILLE | KY | 40223 | |
| BRIDGESTONE AMERICAS | ATTN KOLIN HOWELL | PO BOX 73418 | | CHICAGO | IL | 60673-7418 | |
| BRIDGESTONE AMERICAS | ATTN PAOLO FERRARI | 200 4TH AVENUE S. | | NASVHILLE | TN | 37201 | |
| C & B MARINE - GALLATIN, LLC | ATTN DAVID ORME | 50 E RIVER CENTER BLVD. | | COVINGTON | KY | 41011 | |
| CARTER MACHINERY COMPANY INC. | ATTN DONNA ASHBROOK | PO BOX 751053 | | CHARLOTTE | NC | 28275-1053 | |
| CARTER MACHINERY COMPANY INC. | ATTN DREW PARKER | 1330 LYNCHBURG TURNPIKE | | SALEM | VA | 24153 | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O BUCHANAN INGERSOLL & ROONEY PC | ATTN: PETER S. RUSS, ESQ. & KELLY M. NEAL, ESQ. | 501 GRANT STREET SUITE 200 | PITTSBURGH | PA | 15219 | |
| CINTAS CORPORATION (LOC # 04M) | ATTN ANITA MIKHAIL | PO BOX 88005 | | CHICAGO | IL | 60680-1005 | |
| CINTAS CORPORATION (LOC # 04M) | ATTN TODD M. SCHNEIDER | 6800 CINTAS BOULEVARD | | CINCINNATI | OH | 45262 | |
| COUNSEL TO APOLLO GLOBAL MANAGEMENT, INC. | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF AND JAMES SAVIN | ONE BRYANT PARK | NEW YORK | NY | 10036 | |
| COUNSEL TO THE DIP LENDERS & THE DIP/FIRST LIEN GROUP | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, ESQ. | 919 N. MARKET STREET, 17TH FLOOR PO BOX 8705 | WILMINGTON | DE | 19899 | |
| COUNSEL TO THE DIP/FIRST LIEN GROUP | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT GREENBERG, STEVEN DOMANOWSKI, MATTHEW WILLIAMS, JASON GOLDSTEIN, & MONICA K LOSEMAN | 200 PARK AVENUE | NEW YORK | NY | 10166 | |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 FRANCHISE TAX | | DOVER | DE | 19903 | |
| DELAWARE STATE TREASURY | | 820 SILVER LAKE BLVD., SUITE 100 | | DOVER | DE | 19904 | |
| E-CRANE INTERNATIONAL USA, INC. | ATTN STEVE OSBORNE | 1332 FREESE WORKS PLACE | | GALION | OH | 44833 | |
| FIRST NATIONAL CAPITAL, LLC | C/O PALMER LEHMAN SANDBERG, PLLC | ATTN: LARRY CHEK, ESQ. | 8350 N. CENTRAL EXPRESSWAY SUITE 1111 | DALLAS | TX | 75206 | |
| GRAINGER | ATTN SARAH JANOWICZ | 401 S WRIGHT RD | | JANESVILLE | WI | 53546 | |
| HALYARD CORPORATION | ATTN NICK BALACH | 862 KENNEDY AVE | | SCHERERVILLE | IN | 46375 | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| J.A. RIGGS TRACTOR CO. | ATTN DENNY UPTON | PO BOX 844753 | | DALLAS | TX | 75284-4753 | |
| J.A. RIGGS TRACTOR CO. | ATTN ROBERT L CRESS | 9125 INTERSTATE 30 | | LITTLE ROCK | AR | 72209 | |
| MELLOTT COMPANY, LLC | ATTN JIM MINNICHNACH | PO BOX 45970 | | BALTIMORE | MD | 21297 | |
| MELLOTT COMPANY, LLC | ATTN RICH BLAKE & MICHAEL SAPPENFIELD | 100 MELLOTT DRIVE | | WARFORDSBURG | PA | 17267 | |
| MID SOUTH SALES, LLC | ATTN ANETTE HISER | 4522 EAST STATE HWY 18 | | BLYTHEVILLE | AR | 72315 | |
| MORRIS MOTOR SERVICE, INC | ATTN CHRIS LINDERS | 10525 W US HWY 30 BLD 7 | | WANATAH | IN | 46390 | |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | 1605 ALTON ROAD | | BIRMINGHAM | AL | 35210 | |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | PO BOX 404130 | | ATLANTA | GA | 30384-4130 | |
| NOVATECH APS | ATTN TOM GHILCRIST | SKUDEHAVNSVEJ 30 | | AALBORG | | 9000 | DENMARK |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: LINDA CASEY, ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| RADIUS CONSTRUCTION CO., INC. | ATTN MATT TOBLER | 409 WEST 35TH ST. | | LATONIA | KY | 41015 | |
| RADNOR CENTER ASSOCIATES | C/O SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | 123 SOUTH BROAD STREET SUITE 2100 | PHILADELPHIA | PA | 19109 | |
| RUD-CHAIN, INC. | ATTN JIM SAUNDERS | 840 N 20TH AVENUE | | HIAWATHA | IA | 52233 | |
| RUD-CHAIN, INC. | ATTN JIM SAUNDERS | PO BOX 367 | | HIAWATHA | IA | 52233 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 200 VESEY STREET, SUITE 400 BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST | SUITE 20-100 | NEW YORK | NY | 10004-2616 | |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | 1957 SENNEBOGEN TRAIL | | STANLEY | NC | 28164 | |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | 957 SENNEBOGEN TRAIL | | STANLEY | NC | 28164 | |
| SERP PARTICIPANT #1 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #2 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #3 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #4 | | ADDRESS REDACTED | | | | | |
| SERP PARTICIPANT #5 | | ADDRESS REDACTED | | | | | |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | 501 WASHINGTON AVE | | MONTGOMERY | AL | 36104 | |
| STATE OF ARKANSAS | OFFICE OF THE ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | LITTLE ROCK | AR | 72201 | |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | PO BOX 944255 | | SACRAMENTO | CA | 94244-2550 | |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | WILMINGTON | DE | 19801 | |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | CHICAGO | IL | 62706 | |
| STATE OF INDIANA | OFFICE OF THE ATTORNEY GENERAL | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST 5TH FL | INDIANAPOLIS | IN | 46204 | |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET RM 109 | DES MOINES | IA | 50319 | |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | CAPITOL BUILDING | 700 CAPITOL AVE STE 118 | FRANKFORT | KY | 40601 | |
| STATE OF OHIO | OFFICE OF THE ATTORNEY GENERAL | STATE OFFICE TOWER | 30 E BROAD ST 14TH FL | COLUMBUS | OH | 43215 | |
| STATE OF PENNSYLVANIA | OFFICE OF THE ATTORNEY GENERAL | STRAWBERRY SQUARE 16TH FL | | HARRISBURG | PA | 17120 | |
| STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL | 300 W. 15TH ST | | AUSTIN | TX | 78701 | |
| STATE OF VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | 202 N. NINTH ST. | | RICHMOND | VA | 23219 | |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | CHARLESTON | WV | 25305 | |
| STEEL CITY TIRE LLC | ATTN JASON MILLER | PO BOX 5935 DRAWER # 2572 | | TROY | MI | 48007-5935 | |
| STEEL CITY TIRE LLC | ATTN LARRY WILLIAMS | 635 CONKEY ST | | HAMMOND | IN | 46324 | |
| TERBERG TRACTORS AMERICAS INC. | ATTN FERDINAND TERBERG | 2790 NW 79 AVENUE | | MIAMI | FL | 33122 | |
| TREDROC TIRE SERVICES LLC | ATTN: CHRIS DIGIORGIO | 2450 LUNT AVENUE | | ELK GROVE VILLAGE | IL | 60007 | |



**Exhibit D**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| TREDROC TIRE SERVICES, LLC | ATTN JASON MILLER | PO BOX 5935 DRAWER #2572 | | TROY | MI | 48007 | |
| TREDROC TIRE SERVICES, LLC | ATTN JOSE DELGADO | 24355 HOOVER ROAD | | WARREN | MI | 48089 | |
| US ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE | | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| WHEMCO STEEL CASTINGS, INC. | ATTN FRANK PEARSON | 5 HOT METAL STREET, SUITE 300 | | PITTSBURGH | PA | 15203-2351 | |
| WHEMCO STEEL CASTINGS, INC. | ATTN THOMAS KANE | 5 HOT METAL ST. | SUITE 300 | PITTSBURGH | PA | 15203-2351 | |

# Exhibit E



## Exhibit E
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 36TH STREET CAPITAL PARTNERS LLC | C/O MORITT HOCK & HAMROFF LLP | ATTN: THERESA A. DRISCOLL | TDRISCOLL@MORITTHOCK.COM |
| ALLEGHENY SHOVEL & DRAG, INC. | ATTN JEREMY WALTERS | | JEREMYCWALTERS@AOL.COM<br>KPETAK@SPENCECUSTER.COM |
| ALTA CONSTRUCTION EQUIPMENT ILL | ATTN CHRISTOPHER BAIMA | | CHRISTOPHER.BAIMA@ALTG.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: JEFFREY A. HOOVER, ESQ. | JEFF.HOOVER@DINSMORE.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: SARA A. JOHNSTON, ESQ. | SARA.JOHNSTON@DINSMORE.COM |
| ALTA CONSTRUCTION EQUIPMENT ILLINOIS, LLC | C/O DINSMORE & SHOHL LLP | ATTN: TRAVIS M. BAYER, ESQ. | TRAVIS.BAYER@DINSMORE.COM |
| AM/NS CALVERT LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| AM/NS CALVERT LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. | JHOOVER@BENESCHLAW.COM |
| ANRP II PHOENIX SERVICES HOLDINGS LP | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, ESQ. | IDIZENGOFF@AKINGUMP.COM |
| ANRP II PHOENIX SERVICES HOLDINGS LP | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JAMES SAVING, ESQ. & BLAINE T. SCOTT, ESQ. | JSAVIN@AKINGUMP.COM<br>BSCOTT@AKINGUMP.COM |
| BARCLAYS BANK PLC | C/O DAVIS POLK & WARDELL LLP | ATTN: BRIAN M. RESNICK, JONAH A. PEPPIATT, & ELLIOT MOSKOWITZ | BRIAN.RESNICK@DAVISPOLK.COM<br>JONAH.PEPPIATT@DAVISPOLK.COM<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM |
| BARCLAYS BANK PLC | C/O MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY & ANDREW R. REMMING | RDEHNEY@MORRISNICHOLS.COM<br>AREMMING@MORRISNICHOLS.COM<br>RDEHNEY@MNAT.COM<br>ROBERT-DEHNEY-4464@ECF.PACERPRO.COM<br>BRENDAN-CORNELY-7012@ECF.PACERPRO.COM<br>RWEIDMAN@MORRISNICHOLS.COM<br>JLAWRENCE@MORRISNICHOLS.COM<br>JOHN-LAWRENCE-0804@ECF.PACERPRO.COM<br>AREMMING@MNAT.COM<br>ANDREW-REMMING-0904@ECF.PACERPRO.COM |
| BOYD COMPANY | ATTN: MONTY L BOYD, KAREN FERRIS | | KARENFERRIS@BOYDCAT.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON LLC | ATTN: RICHARD W. RILEY, ESQ. | RRILEY@WTPLAW.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON, LLP | ATTN: DAVID W. GAFFEY, ESQ. | DGAFFEY@WTPLAW.COM |
| BOYD COMPANY | C/O WHITEFORD TAYLOR & PRESTON, LLP | ATTN: MICHAEL J. ROESCHENTHALER, ESQ. | MROESCHENTHALER@WTPLAW.COM |
| BRIDGESTONE AMERICAS | ATTN KOLIN HOWELL | | HOWELLKOLIN@BFUSA.COM |
| C & B MARINE - GALLATIN, LLC | ATTN DAVID ORME | | DORME@CARLISLEBRAY.COM |
| C&B MARINE - GALLATIN, LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| C&B MARINE - GALLATIN, LLC | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. | JHOOVER@BENESCHLAW.COM |
| CARTER MACHINERY COMPANY INC. | ATTN DONNA ASHBROOK | | DONNA_ASHBROOK@CARTERMACHINERY.COM |
| CARTER MACHINERY COMPANY INC. | C/O CRENSHAW, WARE & MARTIN, P.L.C. | ATTN: DONAL C. SCHULTZ, ESQ. | DSCHULTZ@CWM-LAW.COM<br>CMATOS@CWM-LAW.COM |
| CARTER MACHINERY COMPANY INC. | C/O MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: GREGORY T. DONILON, ESQ | GDONILON@MMWR.COM<br>GREGORY-DONILON-6537@ECF.PACERPRO.COM |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O BUCHANAN INGERSOLL & ROONEY PC | ATTN: GEOFFREY G. GRIVNER, ESQ. | GEOFFREY.GRIVNER@BIPC.COM<br>SHERRY.FORNWALT@BIPC.COM<br>DONNA.CURCIO@BIPC.COM<br>MARK.PFEIFFER@BIPC.COM<br>ESERVICE@BIPC.COM |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | C/O BUCHANAN INGERSOLL & ROONEY PC | ATTN: PETER S. RUSS, ESQ. & KELLY M. NEAL, ESQ. | PETER.RUSS@BIPC.COM<br>KELLY.NEAL@BIPC.COM |
| CINTAS CORPORATION | C/O FROST BROWN TODD LLC | ATTN: RONALD E. GOLD, ESQ. | RGOLD@FBTLAW.COM<br>AWEBB@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM<br>BPARKER@FBTLAW.COM |
| CINTAS CORPORATION (LOC # 04M) | ATTN ANITA MIKHAIL | | MIKHAILA@CINTAS.COM<br>RAMSEYJ@CINTAS.COM |
| CLEVELAND-CLIFFS STEEL CORPORATION | C/O HAHN LOESER & PARKS LLP | ATTN: LAWRENCE E. OSCAR, ESQ. & CHRISTOPHER B. WICK, ESQ. | LEOSCAR@HAHNLAW.COM<br>CWICK@HAHNLAW.COM<br>CMBEITEL@HAHNLAW.COM<br>CMBEITEL@HAHNLAW.COM |
| CLEVELAND-CLIFFS STEEL CORPORATION | C/O SAUL EWING ARNSTEIN & LEHR LLP | ATTN: LUCIAN MURLEY, ESQ. | LUKE.MURLEY@SAUL.COM<br>ROBYN.WARREN@SAUL.COM |
| COUNSEL TO APOLLO GLOBAL MANAGEMENT, INC. | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF AND JAMES SAVIN | IDIZENGOFF@AKINGUMP.COM<br>JSAVIN@AKINGUMP.COM |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O FOX ROTHSCHILD LLP | ATTN: HOWARD A. COHEN, ESQ. | HCOHEN@FOXROTHSCHILD.COM |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O FOX ROTHSCHILD LLP | ATTN: MICHAEL G. MENKOWITZ, ESQ. | MMENKOWITZ@FOXROTHSCHILD.COM |
| DEBTORS' COUNSEL | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: DANIEL J. DEFRANCESCHI, MATTHEW P. MILANA, EMILY RAE MATHEWS & ZACHARY I SHAPIRO | DEFRANCESCHI@RLF.COM<br>RBGROUP@RLF.COM<br>ANN-JEROMINSKI-2390@ECF.PACERPRO.COM<br>MILANA@RLF.COM<br>MATHEWS@RLF.COM<br>SHAPIRO@RLF.COM |
| DEXT CAPITAL, LLC | C/O FERRY JOSEPH, P.A. | ATTN: JOHN D. MCLAUGHLIN, JR. | JMCLAUGHLIN@FERRYJOSEPH.COM |
| E-CRANE INTERNATIONAL USA, INC. | ATTN STEVE OSBORNE | | STEVE.OSBORNE@E-CRANE.COM |
| E-CRANE INTERNATIONAL USA, INC. | C/O WHITE AND WILLIAMS LLP | ATTN: AMY E. VULPIO | VULPIOA@WHITEANDWILLIAMS.COM |
| E-CRANE INTERNATIONAL USA, INC. | C/O WHITE AND WILLIAMS LLP | ATTN: ROCHELLE GUMAPAC | GUMAPACR@WHITEANDWILLIAMS.COM |



**Exhibit E**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ENCINA EQUIPMENT FINANCE, LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| FARMERS BANK & TRUST | C/O BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER, ESQUIRE & MELISSA M. HARTLIPP, ESQUIRE | DKLAUDER@BK-LEGAL.COM<br>MHARTLIPP@BK-LEGAL.COM |
| FIFTH THIRD BANK, N.A. | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| FIRST NATIONAL CAPITAL | C/O CONNOLLY GALLAGHER LLP | ATTN: KARE C. BIFFERATO, ESQ. | KBIFFERATO@CONNOLLYGALLAGHER.COM |
| FIRST NATIONAL CAPITAL, LLC | C/O PALMER LEHMAN SANDBERG, PLLC | ATTN: LARRY CHEK, ESQ. | LCHEK@PAMLAW.COM |
| FRITZ ENTERPRISES INC. | C/O ARCHER & GREINER, P.C. | ATTN: DAVID W. CARICKHOFF | DCARICKHOFF@ARCHERLAW.COM |
| GRAINGER | ATTN SARAH JANOWICZ | | SARAH.JANOWICZ@GRAINGER.COM |
| HALYARD CORPORATION | ATTN NICK BALACH | | NBALACH@HALYARDCORPORATION.COM |
| HARSCO CORPORATION | C/O DUANE MORRIS LLP | ATTN: LAWRENCE J. KOTLER & DREW S. MCGEHRIN | LJKOTLER@DUANEMORRIS.COM<br>DSMCGEHRIN@DUANEMORRIS.COM |
| HOLCIM (US), INC. | C/O SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM |
| HOLCIM (US), INC. [LAFARGE NORTH AMERICA, INC.] | C/O WARNER NORCROSS + JUDD LLP | ATTN: ELISABETH VON EITZEN, ESQ. | EVONEITZEN@WNJ.COM |
| J.A. RIGGS TRACTOR CO. | ATTN DENNY UPTON | | DENNYU@JARIGGS.COM |
| J.A. RIGGS TRACTOR CO. | ATTN ROBERT L CRESS | | CRESSR@JARIGGS.COM |
| J.A. RIGGS TRACTOR COMPANY | C/O SCHNADER HARRISON SEGAL & LEWIS LLP | ATTN: RICHARD A. BARKASY, ESQ. & KRISTI J. DOUGHTY, ESQ. | RBARKASY@SCHNADER.COM<br>KDOUGHTY@SCHNADER.COM |
| LATROBE SPECIALTY METALS COMPANY, LLC | C/O STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: JULIE M. MURPHY | JMMURPHY@STRADLEY.COM<br>TCHAMBERLAIN@STRADLEY.COM |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | C/O GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: CHARLES J. BROWN, III, ESQ. | CBROWN@GSBBLAW.COM |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | C/O HACKETT FEINBERG P.C. | ATTN: JONATHAN M. HIXON, ESQ. | JMH@BOSTONBUSINESSLAW.COM |
| LIBERTY COMMERCIAL FINANCE LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM<br>GLAUER@REEDSMITH.COM<br>JMARCOLINI@REEDSMITH.COM |
| M&T CAPITAL AND LEASING CORP. | C/O PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP | ATTN: CLIFF A. KATZ, ESQ. | CKATZ@PLATZERLAW.COM |
| M&T CAPITAL AND LEASING CORP. | C/O THE ROSNER LAW GROUP LLC | ATTN: JASON A. GIBSON, ESQ. | GIBSON@TEAMROSNER.COM |
| MELLOTT COMPANY LLC | C/O BALLARD SPAHIR LLP | ATTN: MATTHEW G. SUMMERS, ESQUIRE & LAUREL D. ROGLEN, ESQUIRE | SUMMERSM@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>CARBONEJ@BALLARDSPAHR.COM<br>HARTLT@BALLARDSPAHR.COM |
| MELLOTT COMPANY, LLC | ATTN JIM MINNICHNACH | | JMINNICHBACH@MELLOTTS.COM |
| MELLOTT COMPANY, LLC | ATTN RICH BLAKE & MICHAEL SAPPENFIELD | | MSAPPENFIELD@MELLOTTS.COM |
| MID SOUTH SALES, LLC | ATTN ANETTE HISER | | AHISER@CADENCEPETROLEUM.COM |
| MIDWEST OPERATING ENGINEERS WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION TRUST FUND, MIDWEST OPERATING ENGINEERS RETIREMENT ENHANCEMENT FUND AND MIDWEST OPERATING ENGINEERS APPRENTICESHIP FUND | C/O CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON, ESQUIRE & KEVIN S. MANN, ESQUIRE | CSIMON@CROSSLAW.COM<br>KMANN@CROSSLAW.COM<br>SMACDONALD@CROSSLAW.COM |
| MORRIS MOTOR SERVICE, INC | ATTN CHRIS LINDERS | | CHRIS1@MMSITRUCKING.COM |
| MORRIS MOTOR SERVICE, INC. | C/O JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM, ESQ. | JSHRUM@JSHRUMLAW.COM |
| MOTION INDUSTRIES | ATTN RANDY BREAUX | | RANDY.BREAUX@MOTION.COM |
| NORTH AMERICAN STAINLESS | C/O CONAWAY LEGAL LLC | ATTN: BERNARD G. CONAWAY, ESQUIRE, JUSTIN R. ALBERTO | BGC@CONAWAY-LEGAL.COM |
| NOVATECH APS | ATTN TOM GHILCRIST | | TOM.GILCHRIST@ON-CRANESOLUTIONS.COM |
| LLC, NUCOR STEEL MARION, INC., NUCOR STEEL ARKANSAS (DIVISION OF NUCOR CORPORATION), AND NUCOR STEEL GALLATIN LLC | C/O MOORE & VAN ALLEN PLLC | ATTN: ZACHARY H. SMITH, ESQ. & HILLARY B. CRABTREE, ESQ. | ZACHARYSMITH@MVALAW.COM<br>HILLARYCRABTREE@MVALAW.COM<br>SCOTTTYLER@MVALAW.COM |
| OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: LINDA CASEY, ESQ. | | LINDA.CASEY@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O COLE SCHOTZ P.C. | ATTN: JUSTIN R. ALBERTO. ESQ., PATRICK J. REILLEY, ESQ., & MICHAEL E. FITZPATRICK, ESQ. | JALBERTO@COLESCHOTZ.COM<br>PREILLEY@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>PRATKOWIAK@COLESCHOTZ.COM<br>BANKRUPTCY@COLESCHOTZ.COM<br>LMORTON@COLESCHOTZ.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PHOENIX SERVICES TOPCO, LLC, ET AL. | C/O SQUIRE PATTON BOGGS (US) LLP | ATTN: STEPHEN D. LERNE, ESQ., NORMAN N. KINEL, ESQ., & TRAVIS A. MCROBERTS, ESQ. | STEPHEN.LERNER@SQUIREPB.COM<br>NORMAN.KINEL@SQUIREPB.COM<br>TRAVIS.MCROBERTS@SQUIREPB.COM<br>SARAH.CONLEY@SQUIREPB.COM<br>NORMAN-KINEL-4300@ECF.PACERPRO.COM<br>STEPHEN-LERNER-2073@ECF.PACERPRO.COM |
| OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND | C/O CRANE, SIMON, CLAR & GOODMAN | ATTN: SCOTT R. CLAR, ESQUIRE | SCLAR@CRANESIMON.COM |
| PEAPACK CAPITAL CORPORATION | C/O MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK | KBUCK@MCCARTER.COM |
| POTTER ANDERSON CORROON LLP | ATTN: R. STEPHEN MCNEIL, SAMEEN RIZVI & CHRISTOPHER M. SAMIS | | BANKRUPTCY@POTTERANDERSON.COM<br>LHUBER@POTTERANDERSON.COM<br>SRIZVI@POTTERANDERSON.COM |
| RADIUS CONSTRUCTION CO., INC. | ATTN MATT TOBLER | | MTOBLER@RADIUS1.COM |



**Exhibit E**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| RADIUS CONSTRUCTION CO., INC. | C/O OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQ. | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM<br>PWINTERHALTER@OFFITKURMAN.COM |
| RADNOR CENTER ASSOCIATES | C/O SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |
| RELIABLE COMPANIES | | | GMATTHEWS@RELIABLE-CO.COM |
| RUD-CHAIN, INC. | ATTN JIM SAUNDERS | | JIM.SAUNDERS@RUDCHAIN.COM |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | | NYROBANKRUPTCY@SEC.GOV |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | | CLANNES@SENNEBOGENLLC.COM |
| SENNEBOGEN LLC | ATTN CONSTANTINO LANNES | | HCAMPAU@SENNEBOGENLLC.COM<br>CLANNES@SENNEBOGENLLC.COM |
| SERP PARTICIPANT #1 | | | ADDRESS REDACTED |
| SERP PARTICIPANT #3 | | | ADDRESS REDACTED |
| SERP PARTICIPANT #4 | | | ADDRESS REDACTED |
| SERP PARTICIPANTS | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH, ESQ. | ESMITH@BENESCHLAW.COM |
| SERP PARTICIPANTS | C/O BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, ESQ. & JUAN E. MARTINEZ | JHOOVER@BENESCHLAW.COM<br>JMARTINEZ@BENESCHLAW.COM |
| STATE OF ALABAMA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF CALIFORNIA | OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF DELAWARE | DEPARTMENT OF JUSTICE | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS | OFFICE OF THE ATTORNEY GENERAL | | MICHELLE@LISAMADIGAN.ORG |
| STATE OF IOWA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KENTUCKY | OFFICE OF THE ATTORNEY GENERAL | | KYOAGOR@KY.GOV |
| STATE OF WEST VIRGINIA | OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STEEL CITY TIRE LLC | ATTN JASON MILLER | | JMILLER@TREDROC.COM |
| TERBERG TRACTORS AMERICAS INC. | ATTN FERDINAND TERBERG | | F.TERBERG@TERBERGTRACTORS.NL |
| TREDROC TIRE SERVICES LLC | ATTN: CHRIS DIGIORGIO | | CDIGIORGIO@TREDROC.COM |
| TREDROC TIRE SERVICES, LLC | ATTN JASON MILLER | | JMILLER@TREDROC.COM |
| U.S. SPECIALTY INSURANCE COMPANY | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS & GARY BRESSLER | GLOOMIS@MDMC-LAW.COM<br>GBRESSLER@MDMC-LAW.COM |
| US ATTORNEY'S OFFICE FOR THE DISTRICT OF DELAWARE | | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| WASTE MANAGEMENT | C/O MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY | RMERSKY@MONLAW.COM |
| WHEMCO STEEL CASTINGS, INC. | ATTN FRANK PEARSON | | FPEARSON@WHEMCO.COM |
| WHEMCO STEEL CASTINGS, INC. | ATTN THOMAS KANE | | TKANE@WHEMCO.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, MATTHEW J. WILLIAMS, JASON ZACHARY GOLDSTEIN, & MONICA K LOSEMAN | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>JGOLDSTEIN@GIBSONDUNN.COM<br>SDOMANOWSKI@GIBSONDUNN.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & PETER J. KEANE | LJONES@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM<br>EFILE1@PSZJLAW.COM |

# **Exhibit F**



# Exhibit F

Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| CLEVELAND-CLIFFS BURNS HARBOR LLC | | 250 WEST HIGHWAY 12 | BURNS HARBOR | IN | 46304 |
| CLEVELAND-CLIFFS RIVERDALE LLC | | 13500 SOUTH PERRY AVENUE | RIVERDALE | IL | 60827 |
| CLEVELAND-CLIFFS STEEL LLC | | 1 SOUTH DEARBORN ST, FL 19 | CHICAGO | IL | 60603 |
| GERDAU AMERISTEEL US INC. | | 1500 WEST 3RD STREET, PO BOX 3003 | WILTON | IA | 52778 |
| GERDAU AMERISTEEL US INC. | | 25801 HOFHEIMER WAY | PETERSBURG | VA | 23803 |
| GERDAU MACSTEEL, INC. | ATTN: GENERAL MANAGER | 5225 PLANTERS ROAD | FORT SMITH | AR | 72916 |
| NORTH AMERICAN STAINLESS | | 6870 HIGHWAY 42 EAST | GHENT | KY | 41045 |
| NUCOR STEEL MARION, INC | ATTN: LESLIE ARMSTRONG, CONTROLLER | 912 CHENEY AVENUE | MARION | OH | 43302 |
| UNITED STATES STEEL CORPORATION | ATTN: DIRECTOR - RAW MATERIALS | 600 GRANT ST | PITTSBURGH | PA | 15219 |

# **Exhibit G**



# Exhibit G

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| CLEVELAND-CLIFFS BURNS HARBOR LLC | | LEGALNOTICES@CLEVELANDCLIFFS.COM |
| NUCOR STEEL MARION, INC | ATTN: LESLIE ARMSTRONG, CONTROLLER | LESLIE.ARMSTRONG@NUCOR.COM |

# **Exhibit H**



## Exhibit H

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ACM ELF ST LLC | C/O HOLLAND & KNIGHT LLP | ATTN: BRIAN SMITH & BRENT MCILWAIN | 1722 ROUTH STREET SUITE 1500 | DALLAS | TX | 75201 |
| AIG SPECIALTY | | 1271 AVE OF THE AMERICAS FL 41 | | NEW YORK | NY | 10020-1304 |
| ALLARD RENTAL CORP | | 8820 INDIANAPOLIS BLVD | | HIGHLAND | IN | 46322 |
| ALTORFER INDUSTRIES, INC. | | PO BOX 809329 | | CHICAGO | IL | 60680-9201 |
| BANK OF AMERICA N.A. | | 10 FOUNTAIN PLAZA | | BUFFALO | NY | 14202 |
| BANK OF AMERICA N.A. | DANIEL SHARON | 10 FOUNTAIN PLAZA | | BUFFALO | NY | 14202 |
| BEAZLEY/LLOYD'S | | 30 BATTERSON PARK ROAD | | FARMINGTON | CT | 06032 |
| BERKLEY INSURANCE COMPANY | | 475 STEAMBOAT ROAD | | GREENWICH | CT | 06830 |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE | | 1 LINCOLN STREET, 23RD FLOOR | | BOSTON | MA | 02111 |
| BP LUBRICANTS USA INC. | ATTN: PENNI WICKS | 1500 VALLEY ROAD | | WAYNE | NJ | 07470 |
| BP LUBRICANTS USA INC. | ATTN: ROCHELLE ANDERSON AND JAY HILL, LEE ANN MULCAHY | 1500 VALLEY ROAD | | WAYNE | NJ | 07470 |
| BRANDEIS MACHINERY & SUPPLY COMPANY | | P.O. BOX 32230 | | LOUISVILLE | KY | 40232 |
| BRANDEIS MACHINERY & SUPPLY COMPANY | ATTN: BRIAN LOGSDON | 1801 WATTERSON TRAIL | | LOUISVILLE | KY | 40299 |
| CANON SOLUTIONS AMERICA | | ONE CANON PARK | | MELVILLE | NY | 11747 |
| CARLOS SARMENTO | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| CARTER MACHINERY COMPANY, INC. | ATTN: THOMAS SMELLEY | 208 CATERPILLAR DR | | LACROSSE | VA | 23950 |
| CITIBANK, N.A. | | 388 GREENWICH STREET | | NEW YORK | NY | 10013 |
| CLINT MCGINTY | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| COOK'S PEST CONTROL, INC. | | 1741 FIFTH AVENUE, SE | | DECATUR | AL | 35601 |
| DEXT CAPITAL | | 4000 KRUSE WAY PLACE | BUILDING 3, SUITE 100 | LAKE OSWEGO | OR | 97035 |
| EMAINT ENTERPRISES, LLC | | 3181 NORTH BAY VILLAGE CT | | BONITA SPRINGS | FL | 34135 |
| ENCINA EQUIPMENT FINANCE SPV, LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | 1201 MARKET STREET SUITE 1500 | WILMINGTON | DE | 19801 |
| EVEREST NATIONAL INSURANCE | | 100 EVEREST WAY | | WARREN | NJ | 7059 |
| FEDERAL INSURANCE | ATTN: CHUBB UNDERWRITING DEPARTMENT | CHUBB GROUP OF INSURANCE COMPANIES | 202B HALL'S MILL ROAD | WHITEHOUSE STATION | NJ | 08889 |
| FIRST-CITIZENS BANK & TRUST COMPANY [CIT BANK, N.A. AS PREDECESSOR BY MERGER TO CLAIMANT] | C/O KUTAK ROCK LLP | ATTN: JEFFREY T. WEGNER, ESQ. | 1650 FARNAM STREET | OMAHA | NE | 68102 |
| GERDAU AMERISTEEL US INC. | | 1500 WEST 3RD STREET, PO BOX 3003 | | WILTON | IA | 52778 |
| GERDAU AMERISTEEL US INC. | | 25801 HOFHEIMER WAY | | PETERSBURG | VA | 23803 |
| GERDAU MACSTEEL, INC. | ATTN: GENERAL MANAGER | 5225 PLANTERS ROAD | | FORT SMITH | AR | 72916 |
| GLOBAL TAX MANAGEMENT, INC. | ATTN: DENNIS JOHNSON | 656 EAST SWEDESFORD ROAD, SUITE 200 | | WAYNE | PA | 19087 |
| HARTFORD | | PO BOX 660916 | | DALLAS | TX | 75266-0916 |
| INDIGO | | 5838 E NAPLES PLAZA | | LONG BEACH | CA | 90803 |
| INTERNATIONAL SOS ASSISTANCE INC | | 3600 HORIZON BLVD | STE 300 | TREVOSE | PA | 19053 |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 150, AFL-CIO | | 6200 JOLIET RD | | COUNTRYSIDE | IL | 60525 |
| JEFF MELLEN | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| KELLY & ASSOCIATES INSURANCE GROUP, INC. | ATTN: CRAIG S. HORNER | 1 KELLY WAY | | SPARKS | MD | 21152 |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | ATTN: MARK PRIMO | 1 HARBOR STREET SUITE 201 | | BOSTON | MA | 02210 |
| LIBERTY MUTUAL INSURANCE | | PO BOX 85830 | | SAN DIEGO | CA | 92186-5830 |
| MARK PORTO | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| NATIONAL UNION FIRE INSURANCE | | 1271 AVE OF THE AMERICAS FL 37 | | NEW YORK | NY | 10020-1304 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | | 1271 AVENUE OF THE AMERICAS, 35TH FL | | NEW YORK | NY | 10020-1304 |
| NORTH MILL EQUIPMENT FINANCE, LLC | | 601 MERRITT 7 | SUITE 5 | NORWALK | CT | 06851 |
| OHIO BUREAU OF WORKERS COMPENSATION | | PO BOX 89492 | | CLEVELAND | OH | 44101-6492 |
| OHIO CASUALTY (LIBERTY) | | 175 BERKELEY STREET | | BOSTON | MA | 02116 |
| OHIO VALLEY SEPTIC | | 190 VALLEY VIEW DRIVE | | WELLSBURG | WV | 26070 |
| PARK ENTERPRISE CONSTRUCTION CO | ATTN: ERIC PARK, PRESIDENT | 560 BARKS ROAD WEST | | MARION | OH | 43302 |
| PATRICK BARTELS | | ADDRESS REDACTED | | | | |
| PAUL ARONZON | | ADDRESS REDACTED | | | | |
| PORTS OF INDIANA | MIRIAM ROBESON | 150 WEST MARKET STREET, SUITE 450 | | INDIANAPOLIS | IN | 46204 |
| PORTS OF INDIANA | RICH COOPER | 150 W MARKET STREET, STE. 100 | | INDIANAPOLIS | IN | 46204 |
| PORTS OF INDIANA | VANTA E. CODA II | 150 WEST MARKET STREET, SUITE 100 | | INDIANAPOLIS | IN | 46204 |
| PRESIDENTIAL BANK, FSB | | 4520 EAST-WEST HIGHWAY | | BETHESDA | MD | 20814 |
| RKL ESOLUTIONS,LLC | | 1800 FRUITVILLE PIKE | | LANCASTER | PA | 17601 |
| ROBERT RICHARD | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| SITRICK GROUP | | 11999 SAN VINCENTE BOULEVARD, PENTHOUSE | | LOS ANGELES | CA | 90049 |



**Exhibit H**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| SOMPO ENDURANCE | | 161 WASHINGTON STREET SUITE 1600 | | CONSHOHOCKEN | PA | 19428 |
| STEVE HALL | C/O PHOENIX SERVICES | 4 RADNOR CORPORATE CENTER, SUITE 520 | | RADNOR | PA | 19807 |
| STILES ASSOCIATES | | 276 NEWPORT ROAD, SUITE 208 | | NEW LONDON | NH | 03257 |
| STONEBRIAR COMMERCIAL FINANCE LLC | ATTN: JEFFREY L WILKISON, SVP | 5601 GRANITE PARKWAY | STE 1350 | PLANO | TX | 75024 |
| TAYLOR LEASING CORPORATION DBA TAYLOR LEASING & RENTAL | | 3690 NORTH CHURCH AVENUE | | LOUISVILLE | MS | 39339 |
| T-CEO | TIMUR COLAK | 1600 TIGERTAIL AVENUE | | MIAMI | FL | 33133 |
| TOMCO2 SYSTEMS COMPANY | | 3340 ROSEBUD ROAD | | LOGANVILLE | GA | 30052 |
| TRAVELERS INSURANCE | | PO BOX 430 | | BUFFALO | NY | 14240 |
| TRAVELERS PROPERTY CASUALTY | | PO BOX 430 | | BUFFALO | NY | 14240 |
| US STEEL | | 5700 VALLEY RD | | FAIRFIELD | AL | 35064 |
| USAIG | | 125 BROAD STREET | | NEW YORK | NY | 10004 |
| VATIC OUTSOURCING, LLC | | P.O. BOX 673907 | | MARIETTA | GA | 30006 |
| WEIDENHAMMER SYSTEMS CORPORATION | ATTENTION: JOHN P. WEIDENHAMMER | 935 BERKSHIRE BOULEVARD | | WYOMISSING | PA | 19610 |
| WHEELING & LAKE ERIE RAILWAY CO. | | 100 EAST FIRST STREET | | BREWSTER | OH | 44613 |
| WINGSPIRE EQUIPMENT FINANCE, LLC [LIBERTY COMMERCIAL FINANCE, LLC] | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | 1201 MARKET STREET, SUITE 1500 | WILMINGTON | DE | 19801 |
| WINTRUST COMMERCIAL FINANCE, A DIVISION OF WINTRUST ASSET FINANCE, INC. | ATTN: PAMELA LENAMON & BARBARA YERDON BOOTH | 3201 DALLAS PARKWAY SUITE 800 | | FRISCO | TX | 75034 |
| XEROX FINANCIAL SERVICES (ADVANCED DOCUMENT SOLUTIONS) | | 819 S FLOYD ST | | LOUISVILLE | KY | 40203-2339 |
| XEROX FINANCIAL SERVICES (ADVANCED DOCUMENT SOLUTIONS) | | PO BOX 660831 | | DALLAS | TX | 75226-0831 |
| XL SPECIALTY INS. | | 70 SEAVIEW AVENUE SEAVIEW HOUSE | | STAMFORD | CT | 06902 |
| ZURICH AMERICAN INSURANCE CO. | | 8734 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN: ROGER LEVINE, DOMESTIC CASUALTY REGIONAL MANAGER | 300 S RIVERSIDE PLAZA, SUITE 2100 | | CHICAGO | TX | 60606 |

# Exhibit I



# Exhibit I

Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACM ELF ST LLC | C/O HOLLAND & KNIGHT LLP | ATTN: BRIAN SMITH & BRENT MCILWAIN | BRIAN.SMITH@HKLAW.COM BRENT.MCILWAIN@HKLAW.COM |
| ALTORFER INDUSTRIES, INC. | | | CREDIT@ALTORFER.COM |
| BEAZLEY/LLOYD'S | | | USAINFO@BEAZLEY.COM |
| BP LUBRICANTS USA INC. | ATTN: ROCHELLE ANDERSON AND JAY HILL, LEE ANN MULCAHY | | LEEANN.MULCAHY@BP.COM |
| BRANDEIS MACHINERY & SUPPLY COMPANY | ATTN: BRIAN LOGSDON | | BRIAN_LOGSDON@BRAMCO.COM |
| DEXT CAPITAL | | | MIKE.BARONIO@DEXTCAPITAL.COM |
| ENCINA EQUIPMENT FINANCE SPV, LLC | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| FIRST-CITIZENS BANK & TRUST COMPANY [CIT BANK, N.A. AS PREDECESSOR BY MERGER TO CLAIMANT] | C/O KUTAK ROCK LLP | ATTN: JEFFREY T. WEGNER, ESQ. | JEFFREY.WEGNER@KUTAKROCK.COM |
| LENDINGCLUB BANK, NATIONAL ASSOCIATION, SUCCESSOR TO RADIUS BANK F/K/A FIRST TRADE UNION BANK | ATTN: MARK PRIMO | | MPRIMO@LENDINGCLUB.COM |
| OHIO VALLEY SEPTIC | | | OHIOVALLEYSEPTIC@GMAIL.COM |
| PARK ENTERPRISE CONSTRUCTION CO | ATTN: ERIC PARK, PRESIDENT | | EPARK@PARKEMAIL.COM |
| PRESIDENTIAL BANK, FSB | | | PEGGY.DUNCAN@PRESIDENTIAL.COM |
| STONEBRIAR COMMERCIAL FINANCE LLC | ATTN: JEFFREY L WILKISON, SVP | | JEFF.WILKISON@STONEBRIARCF.COM |
| WINGSPIRE EQUIPMENT FINANCE, LLC [LIBERTY COMMERCIAL FINANCE, LLC] | C/O REED SMITH LLP | ATTN: JASON D. ANGELO | JANGELO@REEDSMITH.COM |
| WINTRUST COMMERCIAL FINANCE, A DIVISION OF WINTRUST ASSET FINANCE, INC. | ATTN: PAMELA LENAMON & BARBARA YERDON BOOTH | | PLENAMON@WINTRUST.COM WKIRKMAN@BAKERDONELSON.COM |