# EXHIBIT A

| Surety | Importer No. | Importer Name | Bond Number | GSA Bond No. | Bond Effective Date | Bond Amt | Release Date |
|---|---|---|---|---|---|---|---|
| 846 | 20-305879300 | Phoenix Services | 22C000Q49 | BNDACE757156 | 06/15/2022 | $50,000.00 | 01/24/2023 |
| 846 | 20-305879300 | Phoenix Services | 22C000Q49 | BNDACE757156 | 06/15/2022 | $50,000.00 | 09/07/2022 |

| OGA | Port | Entry Type | Entry Type | Entry No. | Entry Date | Entry Summary Date | Future Liquidation Date |
|---|---|---|---|---|---|---|---|
| Y | 5310 | 1 | Consumption - Free and Dutiable | BPQ-7040172-9 | 01/24/2023 | 02/03/2023 | 12/22/2023 |
| Y | 5310 | 1 | Consumption - Free and Dutiable | BPQ-7038180-6 | 09/07/2022 | 09/19/2022 | 08/04/2023 |

| Extension Suspension Code 1 | Cancel Date | Record Status | PMStatement Indicator | Value | Estimated Duty | Estimated Taxes | Estimated Fee |
|---|---|---|---|---|---|---|---|
| | | Entry accepted not liquidated | Yes | $130,000.00 | $0.00 | $0.00 | $162.50 |
| | | Entry accepted not liquidated | Yes | $1,106,735.00 | $0.00 | $0.00 | $1,921.82 |

| Estimated Antidumping Duty | Estimated Countervailing Duty | Estimated DTandF | Collection Date | Collection Status | Collection Status Code | Entry Source | Transmission Date |
|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $162.50 | 02/07/2023 | Fully paid. | 2 | ABI | 04/15/2023 |
| $0.00 | $0.00 | $1,921.82 | 09/21/2022 | Fully paid. | 2 | ABI | 04/15/2023 |