# **EXHIBIT A**

**Tabulation Summary**

**Exhibit A**
Tabulation Summary

| Voting Class | Voting Class Description | Total Ballots Counted | | | | Class Voting Result |
|---|---|---|---|---|---|---|
| | | Accepting | | Rejecting | | |
| | | Number | Amount | Number | Amount | |
| 3 | Prepetition Lender Claims | 271 100.0% | $332,063,861.92 100.0% | 0 0.0% | $0.00 0.0% | Accepts |