**EXHIBIT B**

**Detailed Report of All Tabulated Ballots**

**Exhibit B**
Detailed Report of All Tabulated Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 69 | 3 | 522 FUNDING CLO 2019-5, LTD. | 6/6/2023 | $1,072,769.88 | Accept | Yes |
| 55 | 3 | AMUNDI ASSET MANAGEMENT US INC A/CPIONEER FLOATING RATE FUND | 6/1/2023 | $1,678,840.49 | Accept | Yes |
| 200 | 3 | APEX CREDIT CLO 2016 LTD. | 6/9/2023 | $1,515,378.21 | Accept | Yes |
| 104 | 3 | APIDOS CLO XI | 6/7/2023 | $485,140.40 | Accept | Yes |
| 87 | 3 | APIDOS CLO XII | 6/7/2023 | $726,494.24 | Accept | Yes |
| 89 | 3 | APIDOS CLO XV | 6/7/2023 | $664,322.39 | Accept | Yes |
| 92 | 3 | APIDOS CLO XVIII-R | 6/7/2023 | $598,971.72 | Accept | Yes |
| 94 | 3 | APIDOS CLO XX | 6/7/2023 | $728,499.76 | Accept | Yes |
| 97 | 3 | APIDOS CLO XXII | 6/7/2023 | $457,465.74 | Accept | Yes |
| 98 | 3 | APIDOS CLO XXIII | 6/7/2023 | $507,670.54 | Accept | Yes |
| 100 | 3 | APIDOS CLO XXIV | 6/7/2023 | $323,475.73 | Accept | Yes |
| 102 | 3 | APIDOS CLO XXIX | 6/7/2023 | $572,529.17 | Accept | Yes |
| 103 | 3 | APIDOS CLO XXV | 6/7/2023 | $726,639.04 | Accept | Yes |
| 99 | 3 | APIDOS CLO XXVI | 6/7/2023 | $481,024.93 | Accept | Yes |
| 101 | 3 | APIDOS CLO XXVII | 6/7/2023 | $509,259.46 | Accept | Yes |
| 86 | 3 | APIDOS CLO XXVIII | 6/7/2023 | $1,062,408.44 | Accept | Yes |
| 105 | 3 | APIDOS CLO XXX | 6/7/2023 | $720,616.18 | Accept | Yes |
| 88 | 3 | APIDOS CLO XXXII | 6/7/2023 | $227,026.53 | Accept | Yes |
| 90 | 3 | APIDOS CLO XXXIII | 6/7/2023 | $227,026.53 | Accept | Yes |
| 91 | 3 | APIDOS CLO XXXIV | 6/7/2023 | $259,981.98 | Accept | Yes |
| 93 | 3 | APIDOS CLO XXXV | 6/7/2023 | $1,703,066.04 | Accept | Yes |
| 95 | 3 | APIDOS CLO XXXVI | 6/7/2023 | $1,830,859.09 | Accept | Yes |
| 96 | 3 | APIDOS CLO XXXVII | 6/7/2023 | $183,559.03 | Accept | Yes |
| 28 | 3 | BANDERA STRATEGIC CREDIT PARTNERS I L.P. | 6/1/2023 | $629,374.68 | Accept | Yes |
| 157 | 3 | BARCLAYS BANK PLC-NEW YORK BRANCH | 6/8/2023 | $18,702,086.10 | Accept | Yes |
| 216 | 3 | BARCLAYS BANK PLC | 6/9/2023 | $4,336,214.54 | Accept | Yes |
| 29 | 3 | BASSWOOD PARK CLO LTD. | 6/1/2023 | $360,420.55 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 152 | 3 | BENEFIT STREET PARTNERS CLO II LIMITED | 6/8/2023 | $876,493.13 | Accept | Yes |
| 153 | 3 | BENEFIT STREET PARTNERS CLO IV LIMITED | 6/8/2023 | $883,902.21 | Accept | Yes |
| 154 | 3 | BENEFIT STREET PARTNERS CLO V-B LTD. | 6/8/2023 | $883,902.21 | Accept | Yes |
| 155 | 3 | BENEFIT STREET PARTNERS CLO XI LIMITED | 6/8/2023 | $1,060,238.10 | Accept | Yes |
| 156 | 3 | BENEFIT STREET PARTNERS CLO XIV LIMITED | 6/8/2023 | $1,587,763.99 | Accept | Yes |
| 30 | 3 | BLACKSTONE DIVERSIFIED ALTERNATIVES ASSET HOLDCO LLC | 6/1/2023 | $199,814.74 | Accept | Yes |
| 31 | 3 | BLACKSTONE TREASURY ASIA PTE LIMITED | 6/1/2023 | $1,821,240.48 | Accept | Yes |
| 32 | 3 | BLACKSTONE/GSO SECURED TRUST LIMITED | 6/1/2023 | $4,458,810.97 | Accept | Yes |
| 33 | 3 | BOYCE PARK CLO LTD. | 6/1/2023 | $1,441,682.23 | Accept | Yes |
| 63 | 3 | BRIGHTHOUSE FUNDS TRUST 1 BRIGHTHOUSE/EATON VANCE FLOATING RATE PORTFOLIO | 6/6/2023 | $996,588.86 | Accept | Yes |
| 34 | 3 | BRISTOL PARK CLO LTD | 6/1/2023 | $824,880.05 | Accept | Yes |
| 35 | 3 | BURNHAM PARK CLO LIMITED | 6/1/2023 | $477,540.27 | Accept | Yes |
| 36 | 3 | BUTTERMILK PARK CLO LIMITED | 6/1/2023 | $720,841.11 | Accept | Yes |
| 64 | 3 | CALVERT MANAGEMENT SERIES-CALVERTFLOATING-RATE ADVANTAGE FUND | 6/6/2023 | $374,958.38 | Accept | Yes |
| 37 | 3 | CATSKILL PARK CLO LIMITED | 6/1/2023 | $1,677,390.25 | Accept | Yes |
| 158 | 3 | CEDAR FUNDING II CLO LTD. | 6/9/2023 | $370,453.59 | Accept | Yes |
| 159 | 3 | CEDAR FUNDING IV CLO LIMITED | 6/9/2023 | $555,680.35 | Accept | Yes |
| 160 | 3 | CEDAR FUNDING IX CLO LTD. | 6/9/2023 | $834,361.99 | Accept | Yes |
| 161 | 3 | CEDAR FUNDING V CLO LTD. | 6/9/2023 | $555,680.35 | Accept | Yes |
| 162 | 3 | CEDAR FUNDING VI CLO LIMITED | 6/9/2023 | $555,680.35 | Accept | Yes |
| 163 | 3 | CEDAR FUNDING VII CLO LTD. | 6/9/2023 | $792,417.55 | Accept | Yes |
| 164 | 3 | CEDAR FUNDING VIII CLO LTD. | 6/9/2023 | $555,680.35 | Accept | Yes |
| 165 | 3 | CEDAR FUNDING XI CLO LIMITED | 6/9/2023 | $748,391.06 | Accept | Yes |
| 166 | 3 | CEDAR FUNDING XII CLO LTD. | 6/9/2023 | $1,498,868.42 | Accept | Yes |
| 167 | 3 | CEDAR FUNDING XV CLO LTD. | 6/9/2023 | $612,711.76 | Accept | Yes |
| 38 | 3 | CIRRUS FUNDING 2018-1 LIMITED | 6/1/2023 | $1,811,158.52 | Accept | Yes |
| 39 | 3 | COOK PARK CLO LIMITED | 6/1/2023 | $2,883,364.45 | Accept | Yes |
| 8 | 3 | DESTINATIONS CORE FIXED INCOME FUND (927) | 5/26/2023 | $75,993.47 | Accept | Yes |
| 3 | 3 | DL SHILLER ENHANCED CAPE (DSEEX) | 5/26/2023 | $399,675.09 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 1 | 3 | DOUBLELINE CORE FIXED INCOME FUND | 5/26/2023 | $1,639,147.86 | Accept | Yes |
| 4 | 3 | DOUBLELINE FLEXIBLE INCOME FUND | 5/26/2023 | $403,994.03 | Accept | Yes |
| 2 | 3 | DOUBLELINE FLOATING RATE FUND | 5/26/2023 | $963,276.04 | Accept | Yes |
| 224 | 3 | DRYDEN 36 SENIOR LOAN FUND | 6/9/2023 | $1,072,001.90 | Accept | Yes |
| 225 | 3 | DRYDEN 37 SENIOR LOAN FUND | 6/9/2023 | $460,955.84 | Accept | Yes |
| 247 | 3 | DRYDEN 38 SENIOR LOAN FUND | 6/9/2023 | $460,955.84 | Accept | Yes |
| 226 | 3 | DRYDEN 40 SENIOR LOAN FUND | 6/9/2023 | $571,585.23 | Accept | Yes |
| 227 | 3 | DRYDEN 41 SENIOR LOAN FUND | 6/9/2023 | $368,764.67 | Accept | Yes |
| 228 | 3 | DRYDEN 42 SENIOR LOAN FUND | 6/9/2023 | $193,458.17 | Accept | Yes |
| 229 | 3 | DRYDEN 43 SENIOR LOAN FUND | 6/9/2023 | $571,585.23 | Accept | Yes |
| 248 | 3 | DRYDEN 47 SENIOR LOAN FUND | 6/9/2023 | $479,394.21 | Accept | Yes |
| 249 | 3 | DRYDEN 49 SENIOR LOAN FUND | 6/9/2023 | $368,764.67 | Accept | Yes |
| 230 | 3 | DRYDEN 50 SENIOR LOAN FUND | 6/9/2023 | $368,764.67 | Accept | Yes |
| 250 | 3 | DRYDEN 53 CLO LIMITED | 6/9/2023 | $631,963.29 | Accept | Yes |
| 251 | 3 | DRYDEN 54 SENIOR LOAN FUND | 6/9/2023 | $553,146.99 | Accept | Yes |
| 252 | 3 | DRYDEN 55 CLO | 6/9/2023 | $371,551.25 | Accept | Yes |
| 253 | 3 | DRYDEN 57 CLO LIMITED | 6/9/2023 | $724,154.46 | Accept | Yes |
| 254 | 3 | DRYDEN 58 CLO LIMITED | 6/9/2023 | $508,245.59 | Accept | Yes |
| 255 | 3 | DRYDEN 60 CLO LTD. | 6/9/2023 | $368,764.67 | Accept | Yes |
| 260 | 3 | DRYDEN 61 CLO LTD. | 6/9/2023 | $388,543.73 | Accept | Yes |
| 259 | 3 | DRYDEN 64 CLO LTD | 6/9/2023 | $445,861.56 | Accept | Yes |
| 258 | 3 | DRYDEN 65 CLO LIMITED | 6/9/2023 | $739,377.73 | Accept | Yes |
| 257 | 3 | DRYDEN 68 CLO LTD. | 6/9/2023 | $494,951.46 | Accept | Yes |
| 231 | 3 | DRYDEN 72 CLO LTD. | 6/9/2023 | $693,809.24 | Accept | Yes |
| 256 | 3 | DRYDEN 76 CLO LIMITED | 6/9/2023 | $255,001.95 | Accept | Yes |
| 232 | 3 | DRYDEN 77 CLO LTD. | 6/9/2023 | $602,064.73 | Accept | Yes |
| 233 | 3 | DRYDEN 78 CLO LTD. | 6/9/2023 | $212,947.96 | Accept | Yes |
| 234 | 3 | DRYDEN 80 CLO LIMITED | 6/9/2023 | $481,467.68 | Accept | Yes |
| 235 | 3 | DRYDEN 85 CLO LTD. | 6/9/2023 | $829,956.28 | Accept | Yes |
| 241 | 3 | DRYDEN 86 CLO LTD. | 6/9/2023 | $405,693.43 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 236 | 3 | DRYDEN 87 CLO LTD. | 6/9/2023 | $823,280.79 | Accept | Yes |
| 237 | 3 | DRYDEN 92 CLO LTD. | 6/9/2023 | $1,295,917.19 | Accept | Yes |
| 238 | 3 | DRYDEN 95 CLO LTD. | 6/9/2023 | $455,012.68 | Accept | Yes |
| 65 | 3 | EATON VANCE CLO 2013-1 LIMITED | 6/6/2023 | $666,562.97 | Accept | Yes |
| 70 | 3 | EATON VANCE CLO 2014-1R LIMITED | 6/6/2023 | $741,240.19 | Accept | Yes |
| 71 | 3 | EATON VANCE CLO 2015-1 LIMITED | 6/6/2023 | $666,562.99 | Accept | Yes |
| 73 | 3 | EATON VANCE CLO 2018-1 LTD | 6/6/2023 | $740,315.93 | Accept | Yes |
| 75 | 3 | EATON VANCE CLO 2019-1 LIMITED | 6/6/2023 | $744,040.87 | Accept | Yes |
| 79 | 3 | EATON VANCE FLOATING RATE PORTFOLIO | 6/6/2023 | $6,586,723.95 | Accept | Yes |
| 81 | 3 | EATON VANCE FLOATING-RATE INCOME TRUST | 6/6/2023 | $663,776.39 | Accept | Yes |
| 72 | 3 | EATON VANCE INSTITUTIONAL SENIOR LOAN FUND | 6/6/2023 | $4,443,614.24 | Accept | Yes |
| 85 | 3 | EATON VANCE INSTITUTIONAL SENIOR LOAN PLUS FUND | 6/6/2023 | $417,046.20 | Accept | Yes |
| 82 | 3 | EATON VANCE INTERNATIONAL (CAYMAN ISLANDS) FLOATING-RATE INCOME PORTFOLIO | 6/6/2023 | $460,955.84 | Accept | Yes |
| 74 | 3 | EATON VANCE LIMITED DURATION INCOME FUND | 6/6/2023 | $663,776.39 | Accept | Yes |
| 77 | 3 | EATON VANCE LOAN HOLDING LIMITED | 6/6/2023 | $73,845.41 | Accept | Yes |
| 80 | 3 | EATON VANCE SENIOR FLOATING-RATE TRUST | 6/6/2023 | $626,899.92 | Accept | Yes |
| 83 | 3 | EATON VANCE SENIOR INCOME TRUST | 6/6/2023 | $129,067.64 | Accept | Yes |
| 84 | 3 | EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | 6/6/2023 | $92,191.17 | Accept | Yes |
| 78 | 3 | EATON VANCE VT FLOATING RATE INCOME FUND | 6/6/2023 | $493,712.14 | Accept | Yes |
| 68 | 3 | EV SENIOR INCOME TRUST | 6/6/2023 | $165,944.09 | Accept | Yes |
| 40 | 3 | GREENWOOD PARK CLO LTD. | 6/1/2023 | $2,522,943.88 | Accept | Yes |
| 41 | 3 | GRIPPEN PARK CLO LTD. | 6/1/2023 | $477,540.27 | Accept | Yes |
| 42 | 3 | HARBOR PARK CLO LIMITED | 6/1/2023 | $1,265,094.30 | Accept | Yes |
| 43 | 3 | HBOS FINAL SALARY PENSION SCHEME | 6/1/2023 | $1,430,993.51 | Accept | Yes |
| 106 | 3 | ICG RHINEBECK CLO 2021-4 LIMITED | 6/7/2023 | $2,990,472.66 | Accept | Yes |
| 107 | 3 | ICG US CLO 2014-1 LIMITED | 6/7/2023 | $1,988,710.58 | Accept | Yes |
| 108 | 3 | ICG US CLO 2014-2 | 6/7/2023 | $1,801,202.33 | Accept | Yes |
| 109 | 3 | ICG US CLO 2014-3 | 6/7/2023 | $1,797,333.06 | Accept | Yes |
| 110 | 3 | ICG US CLO 2015-1 LIMITED | 6/7/2023 | $1,983,464.44 | Accept | Yes |
| 111 | 3 | ICG US CLO 2015-2R LTD. | 6/7/2023 | $879,547.99 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 112 | 3 | ICG US CLO 2016-1, LTD. | 6/7/2023 | $1,441,485.42 | Accept | Yes |
| 113 | 3 | ICG US CLO 2017-1 LIMITED | 6/7/2023 | $2,839,831.46 | Accept | Yes |
| 114 | 3 | ICG US CLO 2018-1 LTD. | 6/7/2023 | $2,116,726.42 | Accept | Yes |
| 115 | 3 | ICG US CLO 2018-2 LTD. | 6/7/2023 | $2,243,913.87 | Accept | Yes |
| 116 | 3 | ICG US CLO 2018-3 LTD. | 6/7/2023 | $1,265,625.80 | Accept | Yes |
| 117 | 3 | ICG US CLO 2020-1, LTD | 6/7/2023 | $1,509,011.43 | Accept | Yes |
| 118 | 3 | ICG US CLO 2021-1 LTD. | 6/7/2023 | $1,516,769.82 | Accept | Yes |
| 119 | 3 | ICG US CLO 2021-2 LTD. | 6/7/2023 | $2,042,090.62 | Accept | Yes |
| 239 | 3 | INTERNATIONALE KAG ACTING FOR GOTHAER HOCHZINS (ANIV) | 6/9/2023 | $295,011.74 | Accept | Yes |
| 122 | 3 | JEFFERSON MILL CLO LTD. | 6/8/2023 | $1,026,156.36 | Accept | Yes |
| 201 | 3 | JFIN CLO 2013 LTD. | 6/9/2023 | $756,027.70 | Accept | Yes |
| 204 | 3 | JFIN CLO 2015-II LTD. | 6/9/2023 | $375,521.07 | Accept | Yes |
| 206 | 3 | JFIN CLO 2017-II LTD. | 6/9/2023 | $488,925.27 | Accept | Yes |
| 9 | 3 | JNL/DOUBLELINE CORE FIXED INCOME FUND | 5/26/2023 | $109,345.05 | Accept | Yes |
| 6 | 3 | JNL/DOUBLELINE SHILLER ENHANCED CAPE FUND | 5/26/2023 | $98,033.51 | Accept | Yes |
| 205 | 3 | LCM 26 LIMITED | 6/9/2023 | $968,118.11 | Accept | Yes |
| 208 | 3 | LCM 27 LTD. | 6/9/2023 | $678,056.37 | Accept | Yes |
| 210 | 3 | LCM 28 LTD. | 6/9/2023 | $678,318.41 | Accept | Yes |
| 211 | 3 | LCM 29 LTD. | 6/9/2023 | $888,164.64 | Accept | Yes |
| 218 | 3 | LCM 30 LTD. | 6/9/2023 | $770,460.59 | Accept | Yes |
| 214 | 3 | LCM 31 LTD. | 6/9/2023 | $611,233.95 | Accept | Yes |
| 215 | 3 | LCM 32 LTD. | 6/9/2023 | $586,575.96 | Accept | Yes |
| 217 | 3 | LCM 33 LTD. | 6/9/2023 | $1,520,679.02 | Accept | Yes |
| 219 | 3 | LCM 34 LTD. | 6/9/2023 | $721,198.30 | Accept | Yes |
| 220 | 3 | LCM 35 LTD. | 6/9/2023 | $761,285.85 | Accept | Yes |
| 221 | 3 | LCM 36 LTD. | 6/9/2023 | $762,278.42 | Accept | Yes |
| 222 | 3 | LCM 37 LTD. | 6/9/2023 | $767,256.76 | Accept | Yes |
| 223 | 3 | LCM LOAN INCOME FUND I LIMITED | 6/9/2023 | $633,540.97 | Accept | Yes |
| 120 | 3 | LCM XIII LP | 6/8/2023 | $1,122,107.02 | Accept | Yes |
| 121 | 3 | LCM XIV LP | 6/8/2023 | $657,081.31 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 191 | 3 | LCM XIX LP | 6/9/2023 | $1,105,254.03 | Accept | Yes |
| 129 | 3 | LCM XV LP | 6/8/2023 | $1,083,686.27 | Accept | Yes |
| 184 | 3 | LCM XVI LIMITED | 6/9/2023 | $454,931.56 | Accept | Yes |
| 180 | 3 | LCM XVI LP | 6/9/2023 | $640,823.02 | Accept | Yes |
| 187 | 3 | LCM XVII LP | 6/9/2023 | $896,663.64 | Accept | Yes |
| 189 | 3 | LCM XVIII LP | 6/9/2023 | $760,542.03 | Accept | Yes |
| 192 | 3 | LCM XX LP | 6/9/2023 | $876,562.78 | Accept | Yes |
| 194 | 3 | LCM XXI LP | 6/9/2023 | $401,830.64 | Accept | Yes |
| 196 | 3 | LCM XXII LIMITED | 6/9/2023 | $819,850.45 | Accept | Yes |
| 197 | 3 | LCM XXIII LIMITED | 6/9/2023 | $629,765.57 | Accept | Yes |
| 199 | 3 | LCM XXIV LIMITED | 6/9/2023 | $760,423.91 | Accept | Yes |
| 202 | 3 | LCM XXV LIMITED | 6/9/2023 | $700,636.08 | Accept | Yes |
| 44 | 3 | LLOYDS BANK PENSION SCHEME NO.1 | 6/1/2023 | $1,553,304.41 | Accept | Yes |
| 45 | 3 | LLOYDS BANK PENSION SCHEME NO.2 | 6/1/2023 | $1,143,455.94 | Accept | Yes |
| 213 | 3 | LOCKWOOD GROVE CLO LIMITED | 6/9/2023 | $1,253,880.11 | Accept | Yes |
| 66 | 3 | MORGAN STANLEY EATON VANCE CLO 2021-1 LTD. | 6/6/2023 | $762,304.22 | Accept | Yes |
| 67 | 3 | MORGAN STANLEY EATON VANCE CLO 2022-16, LTD | 6/6/2023 | $919,903.83 | Accept | Yes |
| 46 | 3 | MYERS PARK CLO LIMITED | 6/1/2023 | $1,083,971.57 | Accept | Yes |
| 56 | 3 | NASSAU 2017-1 LIMITED | 6/2/2023 | $188,047.46 | Accept | Yes |
| 57 | 3 | NASSAU 2017-II LTD. | 6/2/2023 | $928,954.60 | Accept | Yes |
| 58 | 3 | NASSAU 2018-I LTD. | 6/2/2023 | $1,669,861.74 | Accept | Yes |
| 59 | 3 | NASSAU 2018-II LTD. | 6/2/2023 | $932,677.79 | Accept | Yes |
| 60 | 3 | NASSAU 2019-I LIMITED | 6/2/2023 | $1,496,782.05 | Accept | Yes |
| 61 | 3 | NASSAU 2019-II LTD. | 6/2/2023 | $1,502,084.28 | Accept | Yes |
| 62 | 3 | NASSAU 2020-I LIMITED | 6/2/2023 | $757,961.27 | Accept | Yes |
| 240 | 3 | NEWARK BSL CLO 1 LTD | 6/9/2023 | $371,551.25 | Accept | Yes |
| 242 | 3 | NEWARK BSL CLO 2 LTD | 6/9/2023 | $371,551.25 | Accept | Yes |
| 24 | 3 | OBERON USA INVESTMENTS SARL | 5/30/2023 | $373,252.93 | Accept | Yes |
| 21 | 3 | OCEAN TRAILS CLO 8 | 5/30/2023 | $1,409,395.77 | Accept | Yes |
| 20 | 3 | OCEAN TRAILS CLO IX | 5/30/2023 | $568,470.95 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 23 | 3 | OCEAN TRAILS CLO V | 5/30/2023 | $1,116,428.19 | Accept | Yes |
| 22 | 3 | OCEAN TRAILS CLO VII | 5/30/2023 | $1,126,563.22 | Accept | Yes |
| 19 | 3 | OCEAN TRAILS CLO X | 5/30/2023 | $757,961.27 | Accept | Yes |
| 18 | 3 | OCEAN TRAILS CLO XI | 5/30/2023 | $1,527,643.56 | Accept | Yes |
| 17 | 3 | OCEAN TRAILS CLO XII | 5/30/2023 | $1,114,160.08 | Accept | Yes |
| 11 | 3 | PARALLEL 2018-1 LTD | 5/26/2023 | $727,766.36 | Accept | Yes |
| 13 | 3 | PARALLEL 2019-1 LIMITED | 5/26/2023 | $740,226.08 | Accept | Yes |
| 12 | 3 | PARALLEL 2020-1 LIMITED | 5/26/2023 | $327,821.82 | Accept | Yes |
| 14 | 3 | PARALLEL 2021-1 LTD. | 5/26/2023 | $1,222,114.85 | Accept | Yes |
| 15 | 3 | PARALLEL 2021-2 LTD. | 5/26/2023 | $1,225,272.76 | Accept | Yes |
| 16 | 3 | PARALLEL 2023-1 LTD. | 5/26/2023 | $769,773.65 | Accept | Yes |
| 243 | 3 | PGIM INC A/C DRYDEN 30 SENIOR LOANFUND | 6/9/2023 | $918,109.97 | Accept | Yes |
| 244 | 3 | PGIM INC A/C DRYDEN 45 SENIOR LOANFUND | 6/9/2023 | $571,585.23 | Accept | Yes |
| 245 | 3 | PGIM INC A/C DRYDEN XXVI SENIOR LOAN FUND | 6/9/2023 | $321,571.90 | Accept | Yes |
| 246 | 3 | PGIM INC A/C DRYDEN XXVIII SENIOR LOAN FUND | 6/9/2023 | $320,885.13 | Accept | Yes |
| 27 | 3 | POINT AU ROCHE PARK CLO LTD. | 6/1/2023 | $1,484,364.85 | Accept | Yes |
| 47 | 3 | PPG INDUSTRIES INC PENSION PLAN TRUST | 6/1/2023 | $122,298.20 | Accept | Yes |
| 133 | 3 | REGATTA II FUNDING LP | 6/8/2023 | $1,059,086.45 | Accept | Yes |
| 137 | 3 | REGATTA IX FUNDING LIMITED | 6/8/2023 | $1,209,804.50 | Accept | Yes |
| 134 | 3 | REGATTA VI FUNDING LIMITED | 6/8/2023 | $635,826.01 | Accept | Yes |
| 135 | 3 | REGATTA VII FUNDING LTD | 6/8/2023 | $680,923.95 | Accept | Yes |
| 136 | 3 | REGATTA VIII FUNDING LIMITED | 6/8/2023 | $660,102.88 | Accept | Yes |
| 138 | 3 | REGATTA X FUNDING LIMITED | 6/8/2023 | $687,330.15 | Accept | Yes |
| 139 | 3 | REGATTA XI FUNDING LTD. | 6/8/2023 | $658,576.61 | Accept | Yes |
| 140 | 3 | REGATTA XII FUNDING LIMITED | 6/8/2023 | $591,082.98 | Accept | Yes |
| 141 | 3 | REGATTA XIII FUNDING LIMITED | 6/8/2023 | $734,011.06 | Accept | Yes |
| 142 | 3 | REGATTA XIV FUNDING LIMITED | 6/8/2023 | $901,102.57 | Accept | Yes |
| 147 | 3 | REGATTA XIX FUNDING LTD. | 6/8/2023 | $767,779.42 | Accept | Yes |
| 143 | 3 | REGATTA XV FUNDING LIMITED | 6/8/2023 | $791,672.24 | Accept | Yes |
| 144 | 3 | REGATTA XVI FUNDING LTD. | 6/8/2023 | $792,783.64 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 145 | 3 | REGATTA XVII FUNDING LIMITED | 6/8/2023 | $460,667.67 | Accept | Yes |
| 146 | 3 | REGATTA XVIII FUNDING LIMITED | 6/8/2023 | $1,074,891.16 | Accept | Yes |
| 148 | 3 | REGATTA XX FUNDING LTD. | 6/8/2023 | $609,343.77 | Accept | Yes |
| 149 | 3 | REGATTA XXI FUNDING LTD. | 6/8/2023 | $765,795.48 | Accept | Yes |
| 150 | 3 | REGATTA XXIII FUNDING LIMITED | 6/8/2023 | $1,350,229.38 | Accept | Yes |
| 151 | 3 | REGATTA XXIV FUNDING LIMITED | 6/8/2023 | $1,350,229.38 | Accept | Yes |
| 7 | 3 | RENAISSANCE FLEXIBLE YIELD FUND | 5/26/2023 | $290,252.28 | Accept | Yes |
| 261 | 3 | ROCKFORD TOWER CLO 2017-1 LIMITED | 6/9/2023 | $1,042,170.69 | Accept | Yes |
| 262 | 3 | ROCKFORD TOWER CLO 2017-2 LIMITED | 6/9/2023 | $771,466.60 | Accept | Yes |
| 263 | 3 | ROCKFORD TOWER CLO 2017-3 LIMITED | 6/9/2023 | $1,862,551.11 | Accept | Yes |
| 264 | 3 | ROCKFORD TOWER CLO 2018-1 LTD | 6/9/2023 | $1,789,269.73 | Accept | Yes |
| 265 | 3 | ROCKFORD TOWER CLO 2018-2 LIMITED | 6/9/2023 | $1,119,758.85 | Accept | Yes |
| 266 | 3 | ROCKFORD TOWER CLO 2019-1 LIMITED | 6/9/2023 | $1,001,348.69 | Accept | Yes |
| 267 | 3 | ROCKFORD TOWER CLO 2019-2 LIMITED | 6/9/2023 | $1,870,977.59 | Accept | Yes |
| 268 | 3 | ROCKFORD TOWER CLO 2020-1, LTD | 6/9/2023 | $383,889.72 | Accept | Yes |
| 269 | 3 | ROCKFORD TOWER CLO 2021-1 LTD. | 6/9/2023 | $767,779.42 | Accept | Yes |
| 270 | 3 | ROCKFORD TOWER CLO 2021-2 LTD. | 6/9/2023 | $768,776.52 | Accept | Yes |
| 271 | 3 | ROCKFORD TOWER CLO 2021-3 LTD. | 6/9/2023 | $1,142,807.49 | Accept | Yes |
| 123 | 3 | ROMARK CLO - I LIMITED | 6/8/2023 | $1,166,928.73 | Accept | Yes |
| 124 | 3 | ROMARK CLO - II LTD. | 6/8/2023 | $1,166,928.73 | Accept | Yes |
| 125 | 3 | ROMARK CLO - III LIMITED | 6/8/2023 | $1,626,242.29 | Accept | Yes |
| 126 | 3 | ROMARK CLO - IV LIMITED | 6/8/2023 | $1,418,837.16 | Accept | Yes |
| 127 | 3 | ROMARK CLO - V LTD | 6/8/2023 | $1,359,564.60 | Accept | Yes |
| 128 | 3 | ROMARK WM-R LIMITED | 6/8/2023 | $1,270,655.72 | Accept | Yes |
| 48 | 3 | SCOTTISH WIDOWS RETIREMENT BENEFITS SCHEME | 6/1/2023 | $206,754.94 | Accept | Yes |
| 76 | 3 | SENIOR DEBT PORTFOLIO | 6/6/2023 | $11,349,816.23 | Accept | Yes |
| 26 | 3 | SPCP GROUP LLC | 5/30/2023 | $40,269,201.45 | Accept | Yes |
| 25 | 3 | SPCP INSTITUTIONAL GROUP LLC | 5/30/2023 | $7,239,122.43 | Accept | Yes |
| 49 | 3 | SPDR BLACKSTONE HIGH INCOME ETF | 6/1/2023 | $577,257.80 | Accept | Yes |
| 50 | 3 | SPDR BLACKSTONE SENIOR LOAN ETF | 6/1/2023 | $6,688,582.98 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 5 | 3 | SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | 5/26/2023 | $305,528.72 | Accept | Yes |
| 51 | 3 | STEWART PARK CLO LIMITED | 6/1/2023 | $411,909.21 | Accept | Yes |
| 168 | 3 | TRANSAMERICA FLOATING RATE | 6/9/2023 | $595,294.22 | Accept | Yes |
| 10 | 3 | TREASURER OF THE STATE OF NORTH CAROLINA | 5/26/2023 | $236,153.09 | Accept | Yes |
| 52 | 3 | TREMAN PARK CLO LIMITED | 6/1/2023 | $955,080.54 | Accept | Yes |
| 53 | 3 | UNITED HEALTHCARE INSURANCE COMPANY | 6/1/2023 | $485,540.64 | Accept | Yes |
| 212 | 3 | VENTURE 28A CLO LIMITED | 6/9/2023 | $444,763.93 | Accept | Yes |
| 207 | 3 | VENTURE 32 CLO LIMITED | 6/9/2023 | $1,885,967.85 | Accept | Yes |
| 209 | 3 | VENTURE 33 CLO LIMITED | 6/9/2023 | $374,032.72 | Accept | Yes |
| 203 | 3 | VENTURE 34 CLO LIMITED | 6/9/2023 | $291,428.56 | Accept | Yes |
| 198 | 3 | VENTURE 36 CLO LIMITED | 6/9/2023 | $338,278.44 | Accept | Yes |
| 195 | 3 | VENTURE 37 CLO LIMITED | 6/9/2023 | $338,278.44 | Accept | Yes |
| 193 | 3 | VENTURE 38 CLO LIMITED | 6/9/2023 | $1,495,236.30 | Accept | Yes |
| 190 | 3 | VENTURE 39 CLO LIMITED | 6/9/2023 | $1,411,323.17 | Accept | Yes |
| 188 | 3 | VENTURE 41 CLO LIMITED | 6/9/2023 | $295,011.74 | Accept | Yes |
| 186 | 3 | VENTURE 43 CLO LIMITED | 6/9/2023 | $1,174,234.31 | Accept | Yes |
| 169 | 3 | VENTURE XIII CLO LIMITED | 6/9/2023 | $2,152,338.97 | Accept | Yes |
| 170 | 3 | VENTURE XIV CLO LIMITED | 6/9/2023 | $2,722,809.03 | Accept | Yes |
| 174 | 3 | VENTURE XIX CLO LIMITED | 6/9/2023 | $295,011.74 | Accept | Yes |
| 171 | 3 | VENTURE XV CLO LIMITED | 6/9/2023 | $1,216,492.53 | Accept | Yes |
| 172 | 3 | VENTURE XVII CLO LIMITED | 6/9/2023 | $1,061,428.24 | Accept | Yes |
| 173 | 3 | VENTURE XVIII CLO LIMITED | 6/9/2023 | $463,911.57 | Accept | Yes |
| 175 | 3 | VENTURE XXI CLO LIMITED | 6/9/2023 | $847,833.85 | Accept | Yes |
| 176 | 3 | VENTURE XXII CLO LIMITED | 6/9/2023 | $568,359.10 | Accept | Yes |
| 177 | 3 | VENTURE XXIII CLO LIMITED | 6/9/2023 | $295,011.74 | Accept | Yes |
| 178 | 3 | VENTURE XXIV CLO LIMITED | 6/9/2023 | $1,663,834.53 | Accept | Yes |
| 183 | 3 | VENTURE XXIX CLO LIMITED | 6/9/2023 | $463,911.56 | Accept | Yes |
| 179 | 3 | VENTURE XXV CLO LIMITED | 6/9/2023 | $295,011.74 | Accept | Yes |
| 181 | 3 | VENTURE XXVI CLO LIMITED | 6/9/2023 | $538,359.01 | Accept | Yes |
| 182 | 3 | VENTURE XXVII CLO LIMITED | 6/9/2023 | $410,864.84 | Accept | Yes |

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| 185 | 3 | VENTURE XXVIII CLO LIMITED | 6/9/2023 | $1,045,682.55 | Accept | Yes |
| 54 | 3 | WHEELS COMMON INVESTMENT FUND | 6/1/2023 | $531,465.72 | Accept | Yes |
| 130 | 3 | WIND RIVER 2016-1K CLO LTD. | 6/8/2023 | $716,672.06 | Accept | Yes |
| 131 | 3 | WIND RIVER 2016-2 CLO LTD | 6/8/2023 | $3,713,820.18 | Accept | Yes |
| 132 | 3 | WIND RIVER 2018-2 CLO LTD | 6/8/2023 | $1,481,814.25 | Accept | Yes |