# **EXHIBIT C**

**Detailed Report of All Abstaining Ballots**

RLF1 29192922V.1

**Exhibit C**
Detailed Report of All Abstaining Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? |
|---|---|---|---|---|---|---|
| No Abstaing Ballots Filed | | | | | | |