# EXHIBIT D

## Detailed Report of All Ballots Not Tabulated

**Exhibit D**
Detailed Report of All Ballots Not Tabulated
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject the Plan? | Opt-In to the Third Party Release? | Reason Not Tabulated |
|---|---|---|---|---|---|---|---|
| | | | No Non-Tabulated Ballots Filed | | | | |