IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PHOENIX SERVICES TOPCO, LLC, *et al.*, | Case No. 22-10906 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 895 |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on June 16, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates* [Docket No. 895] (including all exhibits and supplements thereto, and as modified or amended from time to time, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed form of order confirming the Plan, a copy of which is attached hereto as **Exhibit A** (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Plan and entry of the Proposed Confirmation Order has been scheduled for **June 21, 2023 at 10:30 a.m. (ET)** (the "**Hearing**") via Zoom before the Honorable Mary F. Walrath, United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (6493); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

Bankruptcy Judge for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Confirmation Order, substantially in the form attached hereto, to the Court at the Hearing. To the extent the Debtors make revisions to the Proposed Confirmation Order, the Debtors intend to submit a revised form of order to the Court prior to or at the Hearing.

Dated: June 19, 2023
Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Jeffery Saferstein (admitted *pro hac vice*)
Garrett A. Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*