### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| PHOENIX SERVICES TOPCO, LLC, *et al.*, | : | Case No. 22–10906 (MFW) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

--------------------------------------------------------- x

|  |  |  |
|---|---|---|
| FIFTH THIRD BANK, N.A. | : |  |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | Adv. Pro. No. 23-50314 (MFW) |
|  | : |  |
| METAL SERVICES, LLC d/b/a | : |  |
| PHOENIX SERVICES LLC, | : |  |
|  | : |  |
| Defendant. | : |  |

--------------------------------------------------------- x

### *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 21, 2023 AT 10:30 A.M. (ET)

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsd--srz4pH_2mW0kpEt8-pndritzbRu0
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

[2]    **Amended items appear in bold.**

## I.    **RESOLVED/ADJOURNED MATTERS:**

1.    Debtors' Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 824; filed May 30, 2023]

Response/Objection Deadline:        June 13, 2023 at 4:00 p.m. (ET)

Responses/Objections Received:        None

Related Documents:

i.    Certificate of No Objection Regarding Debtors' Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Executory Contracts and Unexpired Leases and (II) Grating Related Relief [Docket No. 888; filed June 14, 2023]

ii.    Order Granting Debtors' Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 889; entered June 15, 2023]

Status: On June 15, 2023, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2.    Motion for Relief from Stay filed by Bryan Stanley [Docket No. 864; filed June 7, 2023]

Response/Objection Deadline:        June 13, 2023 at 4:00 p.m. (ET); extended for the Debtors

Responses/Objections Received:        None at this time

Status:  The hearing on this matter has been adjourned to a date and time to be determined.

3.    Adversary Complaint for Declaratory Judgment Regarding Ownership of Certain Equipment [Docket No. 640 / Adv. Docket No. 1; filed March 24, 2023]

Response/Objection Deadline:        April 28, 2023 at 4:00 p.m. (ET); extended for the Debtors

Responses/Objections Received:        None at this time

Related Documents:

i.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3; filed March 29, 2023]

ii.   Notice of Pretrial Scheduling Conference [Adv. Docket No. 5; filed April 4, 2023]

iii.  Bankruptcy Rule 7007.1 Disclosure Statement of Plaintiff Fifth Third Bank, N.A. [Adv. Docket No. 6; filed April 7, 2023]

iv.   Certification of Counsel Regarding Order Approving Stipulation Extending the Answer Deadline and Adjourning Pretrial Scheduling Conference [Adv. Docket No. 7; filed April 27, 2023]

Status:  The adversary proceeding has been resolved and the Debtors intend to submit a proposed form of order under certification of counsel.  The pretrial conference has been adjourned to a date and time to be determined to the extent necessary.

## II.   **CONFIRMATION:**

4.    Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 753; filed May 5, 2023]

Confirmation Objection/Response Deadline:   June 9, 2023 at 4:00 p.m. (ET); extended for certain parties

Confirmation Objections/Responses Received:

A.    Informal comments from the Office of the United States Trustee, the United States Department of Justice on behalf of the Environmental Protection Agency, and the State of Ohio

B.    Objection of Holcim (US), Inc. f/k/a LaFarge North America, Inc. to Confirmation of Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 867; filed June 8, 2023]

C.    Zurich American Insurance Company's Reservation of Rights to Confirmation of Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtors Affiliates [Docket No. 876; filed June 9, 2023]

3

D.    Objection of U.S. Specialty Insurance Company to the Joint Prepackaged Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 881; filed June 12, 2023]

E.    Limited Objection of Cleveland-Cliffs Steel LLC to Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 892; filed June 16, 2023]

Related Documents:

i.    Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC, and its Debtor Affiliates [Docket No. 754; filed May 5, 2023]

ii.    Order (I) Approving Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Proposed Plan, and (V) Granting Related Relief [Docket No. 769; filed May 9, 2023]

iii.    Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of the Proposed Plan, (IV) Procedures for Objection to the Confirmation of the Proposed Plan, and (V) Procedures and Deadline for Voting on the Proposed Plan [Docket No. 773; filed May 10, 2023]

iv.    Notice of Filing of Plan Supplement in Connection with Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 850; filed June 2, 2023]

v.    Notice Regarding (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures [Docket No. 851; filed June 2, 2023] (the "**Initial Assumption Notice**")

vi.    Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 895; filed June 16, 2023]

vii.    Notice of Filing of Second Plan Supplement in Connection with Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 897; filed June 16, 2023]

4

viii.  Supplemental Notice Regarding (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Proposed Cure Obligations, and (III) Related Procedures [Docket No. 898; filed June 16, 2023] (the "Supplemental Assumption Notice")[3]

ix.  **Certification of Counsel in Support of U.S. Specialty Insurance Company's Objection to the Joint Prepackaged Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtors Affiliates [Docket No. 753] [Docket No. 900; filed June 19, 2023]**

x.  **Supplemental Declaration of Frank M. Lanak in Support U.S. Specialty Insurance Company's Objection to the Joint Prepackaged Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtors Affiliates [Docket No. 753] [Docket No. 901; filed June 19, 2023]**

xi.  **U.S. Specialty Insurance Company's Witness & Exhibit List for the June 21, 2023 Hearing [Docket No. 902; filed June 19, 2023]**

xii.  **Declaration of James Sean McGuire in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 904; filed June 19, 2023]**

xiii.  **Declaration of Robert Richard in Support of Confirmation of Joint Chapter 11 Plan of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 905; filed June 19, 2023]**

xiv.  **Declaration of Jeffrey Kopa in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 906; filed June 19, 2023]**

xv.  **Declaration of John Singh in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 907; filed June 19, 2023]**

xvi.  **Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Phoenix Services Topco, LLC and its Debtor Affiliates [Docket No. 908; filed June 19, 2023]**

xvii.  **Notice of Filing of Proposed Confirmation Order [Docket No. 909; filed June 19, 2023]**

---

[3]  The deadline to object to the Supplemental Assumption Notice is June 26, 2023 at 4:00 p.m. (ET).

Debtors' Confirmation Reply Deadline:        June 19, 2023 at 12:00 p.m. (ET)

Initial Assumption Notice Objection Deadline:        June 12, 2023 at 4:00 p.m. (ET)

Initial Assumption Notice Objections Received:[4]

A.        Objection of M&T Capital and Leasing Corp. to Debtors' Proposed Assumption, Assignment and Cure Amounts [Docket No. 857; filed June 6, 2023]

Debtors' Witness Information:

A.        Robert Richard, Chief Financial Officer of the Debtors

B.        John Singh, Partner at PJT Partners LP

C.        Jeffrey W. Kopa, Partner at AlixPartners, LLP

D.        James Sean McGuire, Managing Director at Stretto

Status:  The confirmation hearing will go forward.  Testimony of the witnesses identified above will be presented by declaration in lieu of live testimony. The Debtors are in discussions with the parties and anticipate that all objections and informal comments to confirmation will be resolved in advance of the hearing.  The hearing with respect to any objections to the Initial Assumption Notice is adjourned to the extent not resolved.

## III.        INTERIM FEE APPLICATIONS:

5.        Second Interim Fee Applications (Exhibit A)

Related Documents:

i.        Certification of Counsel Regarding Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 890; filed June 15, 2023]

Status: On June 15, 2023, the Debtors file a proposed form of order approving the interim fee applications listed on Exhibit A under certification of counsel. Accordingly, a hearing is only necessary to the extent that the Court has any questions or concerns.

---

[4]    The Debtors also received a number of informal comments to the Initial Assumption Notice which they are working to resolve.

RLF1 29192753v.1

Dated:  June 19, 2023   /s/ *Matthew P. Milana*
 Wilmington, Delaware  RICHARDS, LAYTON & FINGER, P.A.
           Daniel J. DeFranceschi (No. 2732)
           Zachary I. Shapiro (No. 5103)
           Matthew P. Milana (No. 6681)
           Emily R. Mathews (No. 6866)
           One Rodney Square
           920 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 651-7700
           Facsimile: (302) 651-7701
           Email:  defranceschi@rlf.com
              shapiro@rlf.com
              milana@rlf.com
              mathews@rlf.com

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Ray C. Schrock (admitted *pro hac vice*)
           Jeffrey D. Saferstein (admitted *pro hac vice*)
           Garrett A. Fail (admitted *pro hac vice*)
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007
           Email:  ray.schrock@weil.com
              jeffrey.saferstein@weil.com
              garrett.fail@weil.com

           *Attorneys for Debtors*
           *and Debtors in Possession*

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
:
In re                                  :          Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*,    :          Case No. 22–10906 (MFW)
:
           Debtors.[1]           :          (Jointly Administered)
:
:
-------------------------------------------------------------- x

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE JUNE 21, 2023 HEARING

1.     Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through March 31, 2023 [Docket No. 782; filed May 15, 2023]

     Response/Objection Deadline:          June 5, 2023 at 4:00 p.m. (ET)

     Related Documents:

     A.     Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 [Docket No. 610; filed March 6, 2023]

     B.     Certificate of No Objection Regarding Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 653; filed March 28, 2023]

     C.     Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 [Docket No. 667; filed March 31, 2023]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

      D.      Certificate of No Objection Regarding Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 715; filed April 24, 2023]

      E.      Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 [Docket No. 749; filed May 3, 2023]

      F.      Certificate of No Objection Regarding Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 813; filed May 25, 2023]

2.      Notice of First Interim Fee Application Request of Ernst & Young LLP (September 27, 2022 through March 31, 2023) [Docket No. 783; filed May 15, 2023]

      Response/Objection Deadline:      June 5, 2023 at 4:00 p.m. (ET)

      Related Documents:

      A.      Combined First Monthly Fee Statement of Ernst & Young LLP as Audit & Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 27, 2022 through and including March 31, 2023 [Docket No. 767; filed May 9, 2023]

      B.      Certificate of No Objection Regarding Combined First Monthly Fee Statement of Ernst & Young LLP as Audit & Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 27, 2022 through and including March 31, 2023 (No Order Required) [Docket No. 859; filed June 6, 2023]

3.      Second Interim Fee Application of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through March 31, 2023 [Docket No. 784; filed May 15, 2023]

      Response/Objection Deadline:      June 5, 2023 at 4:00 p.m. (ET)

      Related Documents:

      A.      Fourth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2023 to January 31, 2023 [Docket No. 622; filed March 10, 2023]

B.  Certificate of No Objection Regarding Fourth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2023 to January 31, 2023 [Docket No. 671; filed April 3, 2023]

C.  Fifth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2023 to February 28, 2023 [Docket No. 668; filed April 3, 2023]

D.  Certificate of No Objection Regarding Fifth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2023 to February 28, 2023 [Docket No. 727; filed April 25, 2023]

E.  Sixth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2023 to March 31, 2023 [Docket No. 735; filed April 28, 2023]

F.  Certificate of No Objection Regarding Sixth Monthly Fee Statement of Squire Patton Boggs (US) LLP for Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2023 to March 31, 2023 [Docket No. 798; filed May 22, 2023]

4.  Second Interim Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through March 31, 2023 [Docket No. 785; filed May 15, 2023]

Response/Objection Deadline:            June 5, 2023 at 4:00 p.m. (ET)

Related Documents:

A.  Fourth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 623; filed March 10, 2023]

B.  Certificate of No Objection Regarding Fourth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 672; filed April 3, 2023]

C.  Fifth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 669; filed April 3, 2023]

D.      Certificate of No Objection Regarding Fifth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 728; filed April 25, 2023]

E.      Sixth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [Docket No. 736; filed April 28, 2023]

F.      Certificate of No Objection Regarding Sixth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 1, 2023 [Docket No. 799; filed May 22, 2023]

5.      Second Interim Application for Compensation and Reimbursement of Expenses of FTI Consulting, Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from January 1, 2023 through March 31, 2023 [Docket No. 786; filed May 15, 2023]

Response/Objection Deadline:              June 5, 2023 at 4:00 p.m. (ET)

Related Documents:

A.      Fourth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 1, 2023 through January 31, 2023 [Docket No. 624; filed March 10, 2023]

B.      Certificate of No Objection Regarding Fourth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 [Docket No. 673; filed April 3, 2023]

C.      Fifth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period February 1, 2023 through February 28, 2023 [Docket No. 670; filed April 3, 2023]

D.      Certificate of No Objection Regarding Fifth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 [Docket No. 729; filed April 25, 2023]

E.      Sixth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred

for the Period March 1, 2023 through March 31, 2023 [Docket No. 737; filed April 28, 2023]

F.    Certificate of No Objection Regarding Sixth Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 [Docket No. 800; filed May 22, 2023]

6.    Notice of Second Interim Fee Application Request of Richards, Layton & Finger, P.A. (January 1, 2023 through March 31, 2023) [Docket No. 789; filed May 16, 2023]

Response/Objection Deadline:        June 6, 2023 at 4:00 p.m. (ET)

Related Documents:

A.    Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2023 through January 31, 2023 [Docket No. 632; filed March 21, 2023]

B.    Certificate of No Objection Regarding Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 704; filed April 12, 2023]

C.    Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2023 through February 28, 2023 [Docket No. 707; filed April 18, 2023]

D.    Certificate of No Objection Regarding Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 772; filed May 10, 2023]

E.    Sixth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2023 through March 31, 2023 [Docket No. 777; May 11, 2023]

F.    Certificate of No Objection Regarding Sixth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 840; filed June 2, 2023]

- 5 -

7.      First Interim Application of KPMG LLP Providing Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 6, 2023 through March 31, 2023 [Docket No. 797; filed May 22, 2023]

Response/Objection Deadline:              June 12, 2023 at 4:00 p.m. (ET)

Related Documents:

A.      First Monthly Application of KPMG LLP Providing Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 6, 2023 through February 28, 2023 [Docket No. 634; filed March 22, 2023]

B.      Certificate of No Objection Regarding First Monthly Application of KPMG LLP Providing Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period January 6, 2023 through February 28, 2023 [Docket No. 705; filed April 13, 2023]

C.      Second Monthly Application of KPMG LLP Providing Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2023 through March 31, 2023 [Docket No. 761; filed May 5, 2023]

D.      Certificate of No Objection Regarding Second Monthly Application of KPMG LLP Providing Consulting Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2023 through March 31, 2023 [Docket No. 821; filed May 30, 2023]

8.      Second Interim Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through March 31, 2023 [Docket No. 801; filed May 22, 2023]

Response/Objection Deadline:              June 12, 2023 at 4:00 p.m. (ET)

Related Documents:

A.      Fourth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 [Docket No. 706; filed April 13, 2023]

B.      Certificate of No Objection Regarding Fourth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 760; filed May 5, 2023]

C.      Fifth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 [Docket No. 780; filed May 15, 2023]

D.      Certificate of No Objection Regarding Fifth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 860; filed June 6, 2023]

E.      Sixth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period March 1, 2023 through March 31, 2023 [Docket No. 794; filed May 18, 2023]

F.      Certificate of No Objection Regarding Sixth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 877; filed June 9, 2023]

RLF1 29119658v.1