UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re                                              :    Chapter 11
:
PHOENIX SERVICES TOPCO LLC, *et al.*,              :    Case No. 22–10906 (MFW)
:
Debtors.[1]                                        :    (Jointly Administered)
:
:    Re: Docket No. 677, 753, 895 & 915
------------------------------------------------------------ x

### NOTICE OF CHANGED PAGES BLACKLINE OF SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF PHOENIX SERVICES TOPCO, LLC AND ITS DEBTOR AFFILIATES

PLEASE TAKE NOTICE that on April 4, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates* [Docket No. 677] (the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on May 5, 2023, the Debtors filed the solicitation version of the Plan [Docket No. 753].

PLEASE TAKE FURTHER NOTICE that on June 16, 2023, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates* [Docket No. 895] (the "**Amended Plan**").

PLEASE TAKE FURTHER NOTICE that on June 20, 2023, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (4693); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, PA 19087.

RLF1 29195795v.1

*its Debtor Affiliates* [Docket No. 915] (the "**Second Amended Plan**"), reflecting certain technical modifications and comments received from certain parties.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a changed pages blackline comparison of the Second Amended Plan marked against the Amended Plan is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Second Amended Plan has been scheduled for **June 21, 2023 at 10:30 a.m. (ET)** (the "**Confirmation Hearing**") via Zoom before The Honorable Mary F. Walrath, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Second Amended Plan may be further modified, if necessary, prior to, during or as a result of the Confirmation Hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  June 20, 2023<br>Wilmington, Delaware | */s/  Matthew P. Milana*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Matthew P. Milana (No. 6681)<br>Emily R. Mathews (No. 6866)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:            defranceschi@rlf.com<br>                       shapiro@rlf.com<br>                       milana@rlf.com<br>                       mathews@rlf.com<br><br>-and-<br><br>WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock (admitted *pro hac vice*)<br>Jeffrey D. Saferstein (admitted *pro hac vice*)<br>Garrett A. Fail (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone:    (212) 310-8000<br>Facsimile:     (212) 310-8007<br>Email:            ray.schrock@weil.com<br>                       jeffrey.saferstein@weil.com<br>                       garrett.fail@weil.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* |

RLF1 29195795v.1