## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------- x
                :
In re                   :    **Chapter 11**
                :
**PHOENIX SERVICES TOPCO, LLC, *et al.*,**  :    **Case No. 22-10906 (MFW)**
                :
         **Debtors.**[1]    :    **(Jointly Administered)**
                :
                :  Re: Docket Nos. 895, 909 & 915
                :
---------------------------------------------------------- x

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on June 16, 2023, the above-captioned debtors (collectively, the "**Debtors**") filed the *Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates* [Docket No. 895] (including all exhibits and supplements thereto, and as modified or amended from time to time, the "**Amended Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on June 19, 2023, the Debtors filed a proposed form of order confirming the Amended Plan [Docket No. 909] (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that, on June 20, 2023, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Phoenix Services Topco, LLC and its Debtor Affiliates* [Docket No. 915] (the "**Second Amended Plan**").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Phoenix Services Topco, LLC (4517); Phoenix Services Parent, LLC (8023); Phoenix Services Holdings Corp. (1330); Phoenix Services International LLC (6493); Metal Services LLC (8793); Terracentric Materials LLC (0673); Cool Springs LLC (8687); Metal Services Investment LLC (2924); and Phoenix Receivables, LLC (not applicable). The Debtors' mailing address is 4 Radnor Corporate Center, Suite 520, 100 Matsonford Road, Radnor, Pennsylvania 19087.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised version of the Proposed Confirmation Order (the "**Revised Confirmation Order**") reflecting certain technical modifications and comments received from certain parties.  A copy of the Revised Confirmation Order is attached hereto as **Exhibit A**.  For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Confirmation Order marked against the Proposed Confirmation Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Second Amended Plan and entry of the Revised Confirmation Order has been scheduled for **June 21, 2023 at 10:30 a.m. (ET)** (the "**Hearing**") via Zoom before the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Revised Confirmation Order, substantially in the form attached hereto, to the Court at the Hearing. To the extent the Debtors make revisions to the Revised Confirmation Order, the Debtors intend to submit a further revised form of order to the Court prior to or at the Hearing.

*[Remainder of page intentionally left blank]*

Dated: June 20, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

-and

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Jeffery Saferstein (admitted *pro hac vice*)
Garrett A. Fail (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

3